ORIGINAL

IN THE UNITED STATES FEDERAL COURT OF CLAIMS

FILED
OCT 17 2006
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

FOUR RIVERS INVESTMENTS, INC., a
Nevada corporation doing business in California,

Plaintiff,

v.

Case No. 1:06-cv-00598-LJB

UNITED STATES OF AMERICA and
COMMISSIONER OF INTERNAL REVENUE,

Defendants.

ERRATA

Plaintiff, Four Rivers Investment, Inc., by and through counsel Robert Alan Jones, hereby submits this *Errata* to its Complaint filed on August 22, 2006.

Exhibit 1 to the Complaint is a Declaration of Vicki Seidel which has an Exhibit 1 to itself.

In the course of preparing copies of the Complaint for filing and service, Exhibit 1 to the Declaration of Vicki Seidel was inadvertently omitted. The omitted page is attached.

Respectfully submitted this 3rd day of October, 2006.

Robert Alan Jones
Counsel for Four Rivers Investment, Inc.

RECEIVED
OCT 1 0 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

CERTIFICATE OF SERVICE

I hereby certify that on the 6rd day of October, 2006, I caused to be served the foregoing ERRATA TO COMPLAINT, by U.S. Mail, postage paid envelope, to the following interested party :

Joseph B. Syverson, Esquire
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC 20044

Dated this 6th day of October, 2006.

Stephanie Burton

An Employee of RAJ Limited PC.
1061 East flamingo Road
Suite #7
Las Vegas, NV 89119
(702) 791-0742

# ATTACHMENT "A" TO DECLARATION OF VICKI SEIDEL

03/29/2005 12:59 7034251557 ALVIN BROWN & ASSOC. PAGE 05/15
02/20/2006 10:52 FAX 8318254582 [illegible] 002/002

MAY-13-1999 16:58 IRS SALINAS 831 771 1234 P.02

Internal Revenue Service
COLLECTION DIVISION
55 PLAZA CIR., A-200
SALINAS, CA. 93901
(831)771-1740 EXT# 18

Department of the Treasury

Date: MAY 13, 1999

In reply refer to:
BY FAX

TO VICKI L. SEIDEL

DEAR MRS. SEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 12, 1999 CONCERNING
IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. YOU HAVE NOT BEEN HELD
TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER
IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. AS YOU KNOW THERE IS A
NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. SEIDEL FOR
THE IRC 6672 PENALTY. THOMAS E. SEIDEL IS THE PERSON WHO WAS DEEMED
RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

[signature], R/O
STEPHEN [illegible])
REVENUE OFFICER
BADGE # 77-01 [illegible]



TOTAL P.02