IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of sixty (60) days, from October 23, 2006, to and including December 22, 2006, within which to answer or otherwise respond to the complaint filed in this matter. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney has not yet received the Internal Revenue Service's defense recommendation and administrative files pertaining to the defense of this federal tax case. Without the views of the IRS, defendant cannot frame meaningful responses to the allegations in the complaint or determine whether any jurisdictional matters or affirmative defenses should be raised in the answer.

As further reason for its motion, defendant states that the IRS attorney, in the IRS's San Jose, CA Regional Counsel's Office, who is responsible for preparing the initial draft of the IRS's recommendation has advised defendant's counsel that he did not receive complete administrative files, including transcripts of account, relating to this case until October 12, 2006. He is currently reviewing the files, before beginning work on the defense recommendation. After he completes preparation of the draft recommendation, it must be reviewed within the Regional Counsel's Office and then by the National Office of the IRS Chief Counsel. The 60-day period of enlargement requested herein is necessary to permit accomplishment of these tasks, as well as to allow sufficient time thereafter for defendant's counsel to review the administrative files and the defense recommendation and to prepare the response to the complaint.

Defendant's counsel spoke with plaintiff's counsel by telephone on October 17 and 18, 2006, and counsel stated that plaintiff has no objection to an enlargement of thirty (30) days, but objects to an enlargement for any greater period of time.

Respectfully submitted,

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

October 18, 2006 Of Counsel