CR 06 00539 JF RS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## *SAN JOSE DIVISION*

UNDER SEAL RS

SEALED BY ORDER OF THE COURT

## THE UNITED STATES OF AMERICA

***vs.***

**THOMAS EVERETT SEIDEL, SR.,**
**VICKI RENEE SEIDEL, and RANDY LEE WILSON**

# INDICTMENT

**COUNT ONE**: Title 18, United States Code, Section 371- Conspiracy to Defraud the United States
**COUNT TWO**: Title 26, United States Code, Section 7201- Tax Evasion
**COUNTS THREE and FOUR**: Title 26, United States Code, Section 7206(1)- Making and Subscribing False Tax Returns
**COUNT FIVE**: Title 26, United States Code, Section 7206(2)– Aiding or Assisting in the Filing of a False Tax Return
**COUNT SIX:** Title 18, United States Code, Section 1512(b)(3)- Witness Tampering

***A true bill.*** [signature]

***Foreperson***

*Filed in open court this* 2nd *day of* **August**

***A.D. 2006***

| DOCUMENT NO. | CSA's INITIALS |
|---|---|
| 1 | e |
| DISTRICT COURT CRIMINAL CASE PROCESSING | |

[signature]

***Magistrate Judge***

***Bail. $*** NO BAIL WARRANTS FOR EACH DEFENDANT. RS

EXHIBIT 1

Case 5:06-cr-00539-JF Document 1 Filed 08/02/2006 Page 2 of 14

SEALED BY ORDER OF THE COURT

KEVIN V. RYAN (CASBN 118321)
United States Attorney

FILED
AUG - 2 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS EVERETT SEIDEL, SR., VICKI RENEE SEIDEL, and RANDY LEE WILSON,<br>Defendants. | CR 06 00539 JF RS<br>No.<br>VIOLATIONS: 18 U.S.C. § 371 – Conspiracy; 26 U.S.C. § 7201 – Tax Evasion; 26 U.S.C. § 7206(1) – Filing False Tax Returns; 26 U.S.C. § 7206(2) –Aiding or Assisting in Preparing False Tax Returns; 18 U.S.C. § 1512(b)(3) – Witness Tampering<br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Defraud the United States)

INTRODUCTION - DEFINITIONS

1. The Internal Revenue Service ("IRS") is an agency of the United States within the Department of the Treasury of the United States.

2. (a) The Internal Revenue Code (Title 26 of the United States Code) contains the statutes and laws of the United States concerning, among other things, tax liability.

(b) "Federal employment taxes" refers to taxes due the United States under the Internal Revenue Code. Part of the taxes are withheld by employers from employees' paychecks, and part are paid by the employer. The funds are applied to several programs, including employees' income tax obligations, Social Security, and Medicare.

3. Prior to June of 1996, T. E. Seidel Electric, Incorporated ("Seidel Electric") was a corporation owned and operated by defendant Thomas Everett Seidel, Sr. in the Northern District of California. His wife, Vicki Renee Seidel, assisted in the operation of the company. From 1993 through 1996, Seidel Electric failed to pay employment taxes to the IRS, despite having withheld the employees' share from their paychecks. As a result, Seidel Electric had an unpaid tax liability of $601,251.24. Thomas E. Seidel, Sr. was personally liable for these unpaid taxes.

4. In June of 1996, Thomas E. Seidel, Sr. disbanded Seidel Electric and had the business declare bankruptcy. Thomas E. Seidel and Vicki Seidel both declared personal bankruptcy a few months later.

5. Bayview Electric was a business formed and operated by Thomas E. Seidel, Sr. and Vicki Seidel immediately after Seidel Electric was disbanded.

6. All Advantage Electric was a company formed by an individual known to the grand jury who was a friend of Thomas E. Seidel, Sr. and Vicki Seidel, at the request of Thomas E. Seidel and Vicki Seidel. Also at their request, the friend hired Thomas E. Seidel, Sr. to run the business, and the friend hired Vicki Seidel to handle payroll and accounting for All Advantage Electric.

7. S & W Land Development, Incorporated ("S & W") was a company formed by Thomas E. Seidel, Sr. and Randy Lee Wilson ten days after the filing of bankruptcy by Seidel Electric.

8. Four Rivers Investment was created by Vicki Seidel on November 12, 1998. Thomas E. Seidel, Sr. was heavily involved in its operations, and did such things as executing contracts and investing in real estate. The investments included a 30 acre parcel of real estate located on Laureles Grade in Monterey County, in the Northern District of California. The parcel was assigned assessors parcel number 416-082-026.

9. Beginning on an unknown date, but no later than June 6, 1996, and continuing to an unknown date, but at least until an unknown date in January of 2003, both dates being approximate and inclusive, in the Northern District of California, and elsewhere, the defendants

THOMAS EVERETT SEIDEL, SR.,
VICKI RENEE SEIDEL, and
RANDY LEE WILSON,

and others did knowingly and intentionally conspire to commit an offense against the United States, *to wit*: to evade and defeat a tax and the payment thereof, in violation of 26 U.S.C. § 7201 namely federal employment taxes owed by T. E. Seidel Electric, Incorporated, and Thomas Everett Seidel Sr., a natural person.

10. It was part of the conspiracy that the defendants would and did do the following overt acts, among others:

(a) Thomas E. Seidel, Sr. and Vicki Seidel operated Bayview Electric through the use of a nominee president, that is, Thomas E. Seidel, Sr.'s adult son. Seidel's son was, in fact, attending college full time at a campus located several hours away, and was not involved in the running of Bayview Electric, as Thomas E Seidel, Sr. Well knew at the time. Thomas E. Seidel, Sr. provided the IRS with a written statement in which he falsely asserted that he, Thomas E. Seidel, Sr., had no involvement in Bayview finances or management.

(b) On August 3, 2000, Thomas E. Seidel, Sr. submitted to the IRS an Offer in Compromise, also known an IRS Form 656, wherein he offered to settle his $601,251.24 tax liability for $10,000.00. In the offer, he stated that he had "insufficient assets and income to pay the full amount." At the same time, he submitted a Collection Information Statement, also know as an IRS Form 433-A, supposedly listing all his sources of income and assets.

(c) From 1996 to 2001, while operating All Advantage Electric, Thomas E. Seidel, Sr. and Vicki Seidel purchased several personal items, including four all terrain vehicles (ATVs), a jet ski, a fishing boat, and a berth in a marina in Monterey, California, for the fishing boat. Title to all these assets was placed in the name of All Advantage Electric.

(d) Thomas E. Seidel, Sr. did not list All Advantage Electric, or the assets held in its name as of August 3, 2000, on the IRS Collection Information Sheet.

(e) After forming S & W Land and Development, Inc., Thomas E. Seidel, Sr. and Randy Wilson transferred title to an Idaho wheat farm they had purchased to S & W for nominal consideration, via a quit claim deed.

(f) Thomas E. Seidel, Sr. did not list S & W or the Idaho wheat farm, on the IRS Collection Information Sheet.

(g) Thomas E. Seidel, Sr. did not list Four Rivers Investments, or the Laureles Grade property, on the IRS Collection Information Sheet.

(h) On an unknown date in January of 2003, but prior to January 21, 2003, Thomas E. Seidel, Sr. telephoned a witness whose identity is known to the grand jury, who had been involved in the purchase of the Laureles Grade property from Four Rivers Investments. He warned the witness that the witness was going to be contacted by investigators from the IRS who were investigating Thomas E. Seidel, Sr.'s involvement in the sale of the Laureles Grade property. Thomas E. Seidel, Sr. suggested to the witness that the witness tell the investigators, falsely, that he (Thomas E Seidel, Sr.) had very little to do with the sale of the Laureles Grade property. The witness refused to do so.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: (26 U.S.C. § 7201– Tax Evasion)

11. Paragraphs One through Ten, above, are hereby incorporated by reference as though set forth fully, and in their entirety.

12. On or about August 3, 2000, in the Northern District of California, the defendant

THOMAS EVERETT SEIDEL, SR.,

did willfully and knowingly attempt to evade and defeat a part of the employment taxes due and owing by said defendant and Seidel Electric to the United States of America for the calendar years 1993 through and including 1996, by preparing, signing, and mailing or otherwise delivering, and causing to be prepared, signed and mailed or otherwise delivered, a false and fraudulent Offer in Compromise, also known as an IRS Form 656; and by preparing, signing, and mailing or otherwise delivering, and causing to be prepared, signed and mailed or otherwise delivered, a false and fraudulent Collection Information Statement, also known as an IRS Form

433-A; which documents were filed with the Internal Revenue Service.

All in violation of Title 26 United States Code, Section 7201

COUNT THREE: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns)

13. Paragraphs One through Ten, above, are hereby incorporated by reference as though set forth fully, and in their entirety.

14. On or about March 26, 2001, in the Northern District of California, the defendant,

THOMAS EVERETT SEIDEL, SR.,

did willfully make and subscribe his individual U.S. income tax return for the tax year 2000, which was filed with the Internal Revenue Service and verified by the defendant in a written declaration that it was made under the penalties of perjury, which income tax return he did not believe to be true and correct as to every material matter in that the defendant willfully omitted material information concerning the taxable income reported on the return, in that on line 39, the defendant claimed that the taxable income for the 2000 tax year was $13,808.00, when in truth and in fact, as the defendant well knew and believed, the taxable income of 2000 was in excess of that amount.

All in violation of Title 26, United States Code, Section 7206(1).

COUNT FOUR: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns)

15. Paragraphs One through Ten, above, are hereby incorporated by reference as though set forth fully, and in their entirety.

16. On or about April 9, 2002, in the Northern District of California, the defendant

THOMAS EVERETT SEIDEL, SR.,

did willfully make and subscribe his individual tax return for the tax year 2001, which was filed with the Internal Revenue Service and verified by the defendant in a written declaration that it was made under the penalties of perjury, which income tax return he did not believe to be true and correct as to every material matter in that the defendant willfully omitted material information concerning the taxable income reported on the return, in that on line 39, the defendant claimed that the taxable income for the 2001 tax year was $3,786.00, when in truth and in fact, as the defendant well knew and believed, the taxable income of 2001 was in excess of

that amount.

All in violation of Title 26, United States Code, Section 7206(1).

<u>COUNT FIVE</u>: (26 U.S.C. § 7206(2) - Aiding or Assisting in the Filing of a False Tax Return)

17. Paragraphs One through Ten, above, are hereby incorporated by reference as though set forth fully, and in their entirety.

18. On or about October 13, 2000, in the Northern District of California, said date being approximate, the defendant,

VICKI RENEE SEIDEL,

did willfully aid, assist, procure, counsel, and advise the preparation and presentation, in a matter arising under the internal revenue laws, of a corporate tax return for Bayview Electric for the tax period ending May 31, 2000, which was fraudulent and false, in that on line 30 of said tax return, Bayview Electric claimed that the taxable income for the year was $9,751.00 when in truth and in fact, as the defendant well knew and believed, the taxable income was in excess of that amount.

All in violation of Title 26, United States Code, Section 7206(2).

<u>COUNT SIX</u>: (18 U.S.C. § 1512(b)(3) – Witness Tampering)

19. On an unknown date in January, 2003, but prior to January 21, 2003, in the Northern District of California, said date being approximate, the defendant,

THOMAS EVERETT SEIDEL, SR.,

did knowingly use intimidation, threats, and corruptly persuaded; and attempted to use intimidation, threats and to corruptly persuade, another person whose identity is known to the grand jury, with the intent to hinder, delay and prevent the communication to a law enforcement

//

//

//

//

//

//

//

officer of information relating to the commission and possible commission of a Federal offense.

All in violation of Title 18, United States Code, Section 1512(b)(3).

DATED:

A TRUE BILL.

FOREPERSON

KEVIN V. RYAN
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: AUSA Gary G. Fry)

Case 5:06-cr-00539-JF Document 1 Filed 08/02/2006 Page 9 of 14

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

See Attachment for Charges

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

2006 AUG -2 P

PENALTY:

See Attachment for Penalties

SEALED BY ORDER OF THE COURT

## DEFENDANT - U.S.

THOMAS EVERETT SEIDEL, SR.

DISTRICT COURT NUMBER

CR 06 00539 JF RS

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Internal Revenue Service, Anthony Ghio, SA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): GARY G. FRY

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** — Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

Penalty Sheet Attachment
U.S. v. Thomas Everett Seidel Sr., et al

COUNT ONE (18 U.S.C. § 371)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

COUNT TWO (26 U.S.C. § 7201)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

COUNT THREE AND COUNT FOUR (26 U.S.C. § 7206(1))
3 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

COUNT FIVE (26 U.S.C. § 7206(2))
3 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

COUNT SIX (18 U.S.C. § 18 U.S.C. § 1512(b)(3))
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 371- Conspiracy to Defraud the United States
COUNT FIVE : Aiding or Assisting in the Filing of a False Tax Return

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

COUNT ONE: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment
COUNT FIVE: 3 years imprisonment; $250,000 fine; 1 year supervised release; $100 special assessment

CR

**DEFENDANT - U.S.**

VICKI RENEE SEIDEL

DISTRICT COURT NUMBER

06 00539 JF

RS

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

Internal Revenue Service, Anthony Ghio, SA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): GARY G. FRY

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

Penalty Sheet Attachment
U.S. v. Thomas Everett Seidel Sr., et al

COUNT ONE (18 U.S.C. § 371)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

COUNT TWO (26 U.S.C. § 7201)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

COUNT THREE AND COUNT FOUR (26 U.S.C. § 7206(1))
3 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

COUNT FIVE (26 U.S.C. § 7206(2))
3 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

COUNT SIX (18 U.S.C. § 18 U.S.C. § 1512(b)(3))
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 371- Conspiracy to Defraud the United States

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

SEALED BY ORDER OF THE COURT

PENALTY:

COUNT ONE: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

## DEFENDANT - U.S.

RANDY LEE WILSON

2006 AUG -2 P 1:5?

DISTRICT COURT NUMBER

CR 06 00539 JF

RS

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Internal Revenue Service, Anthony Ghio, SA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): GARY G. FRY

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

3

Penalty Sheet Attachment
U.S. v. Thomas Everett Seidel Sr., et al

COUNT ONE (18 U.S.C. § 371)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

COUNT TWO (26 U.S.C. § 7201)
5 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

COUNT THREE AND COUNT FOUR (26 U.S.C. § 7206(1))
3 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

COUNT FIVE (26 U.S.C. § 7206(2))
3 years imprisonment
$250,000 fine
1 year supervised release
$100 special assessment

COUNT SIX (18 U.S.C. § 18 U.S.C. § 1512(b)(3))
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment