# In the United States Court of Federal Claims

No. 06-598 T

(Filed January 5, 2007)

| | |
|---|---|
| FOUR RIVERS INVESTMENTS, INC., | * |
| *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |

## ORDER

On December 18, 2006, defendant filed an opposed Motion for Enlargement of Time of forty-five days, to and including February 5, 2007, within which to answer or otherwise respond to plaintiff's complaint. Although defendant stated that plaintiff objects to the government's request for additional time, plaintiff has failed to file a formal objection setting forth the reasons for its objection within the period of time allowed by the court's rules for such objections. As defendant's motion states, this is defendant's second enlargement of time. The first enlargement was for a period of sixty days and was unopposed.

Accordingly, for the reasons set forth in defendant's motion, it is hereby **ORDERED** that defendant's motion is **GRANTED**. Absent extraordinary circumstances, defendant shall not be allowed any additional enlargements for the subject deadline.

/s/Lynn J. Bush
LYNN J. BUSH
Judge