IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT TABLE OF CONTENTS**

The United States respectfully requests that this Court grant it leave to file its Motion to Dismiss Plaintiff's Complaint without a table of contents.

As reason for its request, defendant states that the undersigned trial attorney's litigation assistant had to leave the office unexpectedly today before completing preparation of the table of contents. Another litigation assistant in the office took over the task, but was unable to complete it in time for filing of the motion.

If this motion is granted, defendant will file a substitute motion to dismiss that includes a table of contents on February 6, 2007.

Respectfully submitted,

February 5, 2007

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate

February 5, 2007

Of Counsel