

# United States of America

### Department of the Treasury
### Internal Revenue Service

Date:  December 5, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Thomas E. Seidel, Social Security Number: ████ 9700, covering Civil Penalty for the period ending September 30, 1996

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations



Catalog Number 19002E          Ex. 1 pg. 1          Form **2866** (Rev. 09-1997)

--------------------------------------------------------------------------------

THOMAS E SEIDEL                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

|      |                            | ASSESSMENT, | PAYMENT,   | ASSESSMENT |
|------|----------------------------|-------------|------------|------------|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT    | DATE (23C, |
|      |                            | (REVERSAL)  | (REVERSAL) | RAC 006 )  |

--------------------------------------------------------------------------------


12-09-1996 FEES AND COLLECTION COSTS                26.00

            PROMPT ASSESSMENT              601,251.24          10-23-1996
            IRC 6672 - TRUST FUND
            RECOVERY PENALTY
            77251-297-14900-6

            PROMPT ASSESSMENT                      0.00       10-23-1996
            77251-297-14900-6

            INTEREST ASSESSED                  8,036.12       12-16-1996
            19964908

10-23-1996 XREF 100% PENALTY
           941        199503
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199406
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199409
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199609
           77-0278294

FORM 4340  (REV. 01-2002)                  PAGE   1

Ex. 1 pg. 2

--------------------------------------------------------------------------------

THOMAS E SEIDEL                         EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                        (REVERSAL)     (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------


10-23-1996 XREF 100% PENALTY
           941        199606
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199603
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199312
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199506
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199412
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199403
           77-0278294

10-23-1996 XREF 100% PENALTY
           941        199509
           77-0278294

04-15-1997 OVERPAID CREDIT APPLIED                      3,981.00
           1040       199612

FORM 4340  (REV. 01-2002)                    PAGE    2

--------------------------------------------------------------------------------

THOMAS E SEIDEL                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

                                       ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                       (REVERSAL)     (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------


10-23-1996 OVERPAID CREDIT APPLIED                    1,400.00
           1040      199512

10-23-1996 INTEREST OVERPAYMENT                         56.66
           CREDIT
           1040      199512

04-30-1996 OVERPAID CREDIT APPLIED                    1,506.71
           941       199603
           77-0382210

07-28-2000 FEDERAL TAX LIEN

08-04-2000 FEDERAL TAX LIEN

08-28-2000 FEES AND COLLECTION COSTS        6.00

08-24-2000 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

08-28-2000 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-19-2000 OFFER IN COMPROMISE
           PENDING

11-24-2000 FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)              ⌠PAGE    3 ⌡

Ex. 1 pg. 4

--------------------------------------------------------------------------------

THOMAS E SEIDEL                              EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

                                         ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS  CREDIT      DATE (23C,
                                         (REVERSAL)    (REVERSAL)  RAC 006 )
--------------------------------------------------------------------------------


12-18-2000 FEES AND COLLECTION COSTS                  6.00

04-15-2001 OVERPAID CREDIT APPLIED                              1,228.00
           1040      200012

07-23-2001 OVERPAID CREDIT APPLIED                               300.00
           1040      200012

04-15-2002 OVERPAID CREDIT APPLIED                             4,956.00
           1040      200112

04-14-2003 OVERPAID CREDIT APPLIED                              996.00
           1040      200212

04-02-2003 OFFER IN COMPROMISE
           REJECTED

05-05-2003 SUBSEQUENT PAYMENT                                 4,011.87
           LEVY

04-28-2003 SUBSEQUENT PAYMENT                                41,007.32
           LEVY

11-16-2004 SUBSEQUENT PAYMENT                               161,334.55
           FEDERAL TAX LIEN

10-25-1996 FEDERAL TAX LIEN

03-07-2005 SUBSEQUENT PAYMENT                                 143.90
           FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)                 /PAGE   4/

--------------------------------------------------------------------------------

THOMAS E SEIDEL                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

|         |                            | ASSESSMENT,  | PAYMENT,   | ASSESSMENT |
|---------|----------------------------|--------------|------------|------------|
| DATE    | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT     | DATE (23C, |
|         |                            | (REVERSAL)   | (REVERSAL) | RAC 006 )  |
--------------------------------------------------------------------------------


04-15-2005 OVERPAID CREDIT APPLIED                          6.00
           1040       200412

06-27-2006 RECEIVED POA/TIA

10-23-1996 Statutory Notice of Balance Due

04-21-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              [ PAGE   5 ]

THOMAS E SEIDEL                        EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996
--------------------------------------------------------------------------------


BALANCE       388,397.35

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____David R. Martin_____

TITLE:____Chief, Accounting Operations_____

DELEGATION ORDER:____CS/SP – F : 19 (Rev. 10)_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/01/2006

FORM 4340  (REV. 01-2002)                    PAGE    6