**EXHIBIT 2**

\*\* TOTAL PAGE.01 \*\*

| Form 668-A(c) (DO) (Rev. Sept. 1997) | Department of the Treasury — Internal Revenue Service<br>**Notice of Levy** |
|---|---|

DATE: MARCH 31, 2003   DISTRICT: CENTRAL, CALIFORNIA

REPLY TO:
INTERNAL REVENUE SERVICE
SB/SE (COLLECTION DIVISION)
STEPHEN PENROD, REVENUE OFFICER
55 PLAZA CIR., A-200
SALINAS, CA. 93901

TO:
WELLS FARGO BANK
1037 SOUTH MAIN STREET
SALINAS, CA. 93901

ACCOUNT: 0117-326983
(AND ANY OTHERS FOUND)

TELEPHONE NUMBER (831)771-1240x16
OF IRS OFFICE:

4/3/03 @ 11:15
Helen Dydas co - CSR
A0903-011/0409
(831) 6?9 ...

NAME AND ADDRESS OF TAXPAYER:
FOUR RIVERS INVESTMENTS, INC,
AS THE NOMINEE, ALTER EGO AND/OR
TRANSFEREE OF THOMAS E. SEIDEL
310 S CARSON
CARSON CITY, NV 89701
OR P.O. BOX 2623
SALINAS, CA. 93902

IDENTIFYING NUMBER(S): [redacted]

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | $595,896.99 | $387,469.05 | $983,366.04 |

"RECEIPT ACKNOWLEDGED" 4/3/03
04/03/03

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➡

| Total Amount Due ▶ | $983,366.04 |
|---|---|

We figured the interest and late payment penalty to **MAY 15, 2003**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:
1. Make your check or money order payable to Internal Revenue Service.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub.).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title<br>TERRITORY MANAGER |
|---|---|

Part 1 - FOR ADDRESSEE   FORM 668-A(c) (DO) (Rev. 9-97)   15704T

**Please Remove This Page Before Completing It.**

SECTION 1. LEVY ACKNOWLEDGEMENT

L030404S9174511

Signature of person responding  _[signature]_

Printed name of person responding   Levy Processing Department

Your telephone number   ( (603) 378-5436

Date and time this Levy received   4/04/03

SECTION 2. LEVY RESULTS

Check attached in the amount of $ 4,011.87
No funds  ☐
No account ☐
No record  ☐

SECTION 3. OTHER INFORMATION — Please complete only if you are not sending us the total amount the taxpayer owes.

taxpayer's latest address, if different from the one on this levy   _____

Taxpayer's telephone number   (   )  _____

Name and address of taxpayer's employer (if different from addressee) _____

Next date you will owe funds to the taxpayer   _____

Other information you believe may help us

FORM 668-A(c)(DO) (9-93) 15704T

Ex. 2 pg. 2