NOV-27-2006 14:15 FROM : IRS SALINAS CA 831 771 1234 P.10

Form 668-A(c) (DO) (Rev. Sept. 1997)

Department of the Treasury — Internal Revenue Service

# Notice of Levy

DATE: MARCH 31, 2003 DISTRICT: CENTRAL, CALIFORNIA

TELEPHONE NUMBER OF IRS OFFICE: (831)771-1240x16

REPLY TO: INTERNAL REVENUE SERVICE
SB/SE (COLLECTION DIVISION)
STEPHEN HEROD, REVENUE OFFICER
55 PLAZA CIR., A-200
SALINAS, CA. 93901

NAME AND ADDRESS OF TAXPAYER:
FOUR RIVERS INVESTMENTS, INC,
AS THE NOMINEE, ALTER EGO AND/OR
TRANSFEREE OF THOMAS E. SEIDEL
310 S CARSON
CARSON CITY, NV 89701
OR P.O. BOX 2623
SALINAS, CA. 93902

TO: A.G. EDWARDS & SONS, INC.
24600 SILVER CLOUD COURT, SUITE 200
MONTEREY, CA. 93940

ACCOUNT: 596-166180
(AND ANY OTHERS FOUND)

IDENTIFYING NUMBER(S): 88-0411668
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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN (IRC 6672) | 09/30/1996 | $595,896.59 | $387,469.05 | $983,366.04 |

Receipt Acknowledged 06/03/03

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. | | Total Amount Due | $983,366.04 |
|---|---|---|---|

We figured the interest and late payment penalty to ~~MAY 15, 2003~~

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative: [signature] | Title: TERRITORY MANAGER

Part 4 - FOR TAXPAYER

FORM 668-A(c) (DO) (Rev. 9-97) 15704T

EXHIBIT 4