**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

One North Jefferson
St. Louis, Missouri 63103
(314) 955-3000

April 24, 2003

Internal Revenue Service
55 Plaza Circle, A-200
Salinas, CA  93901
Attn:  Stephen Penrod

RE:   Four Rivers Investment, Inc. and Thomas Seidel
      Tax ID:88-0411668 and ■■■■■
      Notice of Levy/$983,336.04

Dear Mr. Penrod:

   Pursuant to the above mentioned Notice of Levy dated March 31, 2003, and in accordance therewith, enclosed please find our draft in the amount of $41,007.32, which will partially satisfy the levy.  This amount represents the entire cash balance in the Four Rivers Investment account #596-166180.  No accounts were found under the name and social security number of Thomas Seidel.

   Upon receipt of this draft, please provide A.G. Edwards & Sons, Inc. with a Release of Levy/Release of Property from Levy form 668-D so that we may close our file.

Sincerely,

*[signature]*
Harry A. Carr, IV
Administrative Paralegal

HAC/kh

Enclosure

cc:   Four Rivers Investment Inc.
      Jane McKenzie/Branch 596
      Anthony Piazza/Branch 596

34042403.66

Ex. 5 pg. 1

**EXHIBIT 5**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0596 | 166180 | 1 | 41,007.32 | | UME | April 24, 2003 |

Interoffice Batch

INTERNAL REVENUE SERVICE
FAO: FOUR RIVERS INVESTMENTS
TAX ID: 88-0411668
LEVY PROCEEDS

INTERNAL REVENUE SERVICE
CHECK # UME 01174496

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

1 N. JEFFERSON   0011
ST. LOUIS, MO 63103

**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*
Member New York Stock Exchange, Inc.
Void After 90 Days

80-1769(3)/0815

01174496

April 24, 2003

| BRANCH | ACCOUNT NO. | FC | TYPE |
|---|---|---|---|
| 0596 | 166180 | 26 | 1 |

PAY THE SUM OF     A.G. EDWARDS & SONS INC   $41,007.32
                                              **4100732**
                                              CTS CIS

PAY TO THE ORDER OF

INTERNAL REVENUE SERVICE
FAO: FOUR RIVERS INVESTMENTS
TAX ID: 88-0411668
LEVY PROCEEDS

US Bank
St Louis, MO

Second Signature Required For Amounts Of
$25,000.00 And Over
Authorized Signature(s)