# Fax Cover Sheet

## Four Rivers Investments Inc.

P.O. Box 2623   Salinas, Ca. 93902
Ph. 831-643-2051
Fax 831-643-2051

| Send to: Alan Pobre | From: Vicki |
|---|---|
| Attention: | Date: 11/1/04 |
| Office location: | Office location: |
| Fax number: | Phone number: |

☐ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover:   4

**Comments:**

*Sorry for the tardiness in getting the paperwork to you. I was attending a funeral out of town.*

*Thank you*
*Vicki*

Ex. 12 pg. 1


EXHIBIT 12

INTERNAL REVENUE SERVICE
Technical Services, Advisory 14
55 Plaza Circle, Suite A-200
Salinas, Ca. 93901

Attn: Alan Pobre

Four Rivers Investments Inc.
PO Box 2623
Salinas, Ca. 93902
Vicki R. Seidel, President

RE:   Subject Property Address   7595 Pine Tree Way
                                 Salinas, Ca. 93905

Mr. Pobre,

I want to thank you for your help and understanding in this issue with my husband's mother's property.

She is not expected to live beyond a few more months (six is the estimate) and that's the only reason I got involved. I had no idea that the lien filed on my other property would carry over and jeopardize her proceeds.

I have never been in trouble with the IRS and prefer to keep it that way. Unfortunately my husband's issues have bled over to my side and now threaten my company.

As I said before the purchasers are ready to close on the property and time is of the essence. I think it would almost be impossible to finance an old doublewide mobile home. I would hate to lose this opportunity for Evelyn.

Thanks again for all of your help. I thought you deserved some sort of explanation.

Sincerely

[signature]

Ex. 12 pg. 2

INTERNAL REVENUE SERVICE
Technical Services, Advisory 14
55 Plaza Circle, Suite A-200
Salinas, Ca. 93901

Attn: Alan Pobre

Request for Discharge of Property from Federal Tax Lien Under section 6325b
11/01/04
Requested by:      Four Rivers Investments Inc.
                       PO Box 2623
                       Salinas, Ca. 93902
                       Vicki R. Seidel, President

#1.   Subject Property Address    7595 Pine Tree Way
                                             Salinas, Ca. 93905

      Remaining property currently under lien:   617-621 Sherwood Drive
                                                       Salinas, Ca. 93905
                                                       APN # 003-211-017

#2.    All proceeds from sale of subject property to be passed along to Evelyn Olds at close of escrow. Any vendors invoices to be paid by the escrow officer which effected the repairs performed on said property.

#3.    a.    Central California District
        b.    Four Rivers Investments Inc. as the nominee alter ego or transferee of Thomas E. Seidel.
        c.    Serial # 77033112615
        d.    [redacted]
        e.    10/23/1996

#4.    See Prelim Report
#5.    See Prelim Report
#6.    See Prelim Report
#7.    See Prelim Report
#8.    No appraisal available 1970's Mobile home on 2+ acres
#9.    The property was in a poor state of repair. I took it upon myself to help my husband's mother get the highest sale price available by instituting repairs needed to make the mobile home livable.

This was due to health related items, she could not perform the repairs herself, or come up with the capital required to have the repairs completed. I used my company contacts and credit to help her out. The property sold for more than I expected after it was repaired. These additional funds were to be forwarded to my mother-in-law after the close of escrow.

The equity in the property on Sherwood Drive also exceeds the lien amount that was placed on my husband.

#11.   Distribution of funds Per prelim title report. Other than any funds that were originally to be dispersed to Four Rivers Investments to go directly to Evelyn Olds.

[signature]

Ex. 12 pg. 3

| Form **8821** (Rev. January 2000) Department of the Treasury Internal Revenue Service | **Tax Information Authorization** ▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED. | OMB No. 1545-1165 For IRS Use Only Received by: Name _____ Telephone (  ) Function _____ Date  /  / |

### 1 Taxpayer information.

Taxpayer name(s) and address (please type or print)

Four Rivers Investments Inc.
PO Box 2623
Salinas, Ca. 93902     Vicki R. Seidel President

Social security number(s): 

Employer identification number: 88:0411668

Daytime telephone number: ( 831 ) 970-5303

Plan number (if applicable):

### 2 Appointee.

Name and address (please type or print)

Stewart Title
Jyme Smith 450 Lincoln Ave, Suite 101
Salinas, Ca. 93901

CAF No. .........
Telephone No. ( 831 ) 424-0334
Fax No. ( 831 ) 759-9648
Check if new:  Address __
              Telephone No. __

### 3 Tax matters.
The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| all | all | all | all |
|  |  |  |  |
|  |  |  |  |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) . . . . . . . . . . . . . . . . . ▶
If you checked this box, skip lines 5 and 6

**5 Disclosure of tax information** (you must check the box on line 5a or b unless the box on line 4 is checked):
 a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ✓
 b If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . . . . ▶

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

_[signature]_    Date 11/1/04          Signature _____    Date _____
Signature                               

Print Name Vicki Seidel   Title (if applicable)    Print Name    Title (if applicable)

### General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

 Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use **Form 2848,** Power of Attorney and Declaration of Representative.

Use **Form 56,** Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**   Cat. No. 11596P   Form **8821** (Rev. 1-2000)

Ex. 12 pg. 4