11/3/04

Attn: Alan Pobre

Re: Discharge on Pine Tree Way

The following paperwork was requested.

I feel the discharge should have the funds disbursed the following way:

1.
Eveyln Olds receives her $269,000.00 for note paid.
The vendors get paid as promised.
The remaining amount is given to Evelyn Olds

2.

Eveyln Olds gets her note paid $269,000.00
Vendors get paid as promised
The remaining funds would be split in half ,½ aprox. $72,000 for IRS for the tax lien against Tom (which will be challenged at a later date) and the other half ½ given to Four Rivers . Four Rivers Investment or Vicki Seidel has no tax liability, therefore only half is allowed to be taken from the proceeds (which will be used for any tax liability Four Rivers would receive from this transaction).

Thank you ,

Vicki Seidel

EXHIBIT
13