Stewart Title of California, Inc. (831) 424-0334

## Seller's Final Closing Statement

| | |
|---|---|
| Seller(s) | Four Rivers Investment , Inc. a Nevada Corporation, P.O. Box 2623, Salinas, CA 93902 |
| Buyer(s) | Anne Evelyn Cathey, Trustee, 63 Desmond Road, Prunedale, CA 93907 |
| Lender | |
| Property | 7595 Pine Tree Way, Salinas, CA 93907 |

| | | | |
|---|---|---|---|
| Closing date | 11/16/2004 | Proration date | 11/16/2004 |
| Bank | FNB - First National Bank of Central California | | |
| Escrow Unit | 63 - Salinas Branch - FNB | | |
| Escrow Officer | Jyme Smith | | |

| | Debit | Credit |
|---|---|---|
| **Contract Sales Price** | | 499,000.00 |
| **Prorations:** | | |
| County taxes to | | |
| From 7/1/2004 to 11/16/2004 @ $1.2400/day | 167.30 | |
| **Payoffs:** | | |
| Payoff of first mortgage loan to Evelyn L. Olds | 269,000.00 | |
| Principle Balance Good Thru 10/1/2004 ... $269,000.00 | | |
| **Commissions:** | | |
| $19,960.00 to Prunedale Properties | 19,960.00 | |
| **Title Charges:** | | |
| Settlement or closing fee to Stewart Title of California, Inc. | 460.00 | |
| Document preparation to Stewart Title of California, Inc. | 75.00 | |
| Notary fees to Stewart Title of California, Inc. | 10.00 | |
| Title insurance to Stewart Title of California, Inc. $690.40 | | |
| Owner's coverage to Stewart Title of California, Inc. | | |
| Liability amount $499,000.00 | 690.40 | |
| Overnight courier processing fee to Stewart Title of California, Inc. | 45.00 | |
| Reconveyance fee to Stewart Title of California, Inc. | 45.00 | |
| **Recording Fees/Transfer Charges:** | | |
| County transfer tax to Stewart Title of California, Inc. | 548.90 | |
| **Additional Charges:** | | |
| Natural Hazard Disclosure report to LGS Reports | 49.95 | |
| Furnish & install Vinyl to Floor Center | 918.00 | |
| Work done to COSTA PAINTING | 765.00 | |
| Work done to Orlebeck Construction Inc | 7,180.00 | |
| Bathroom work to Glass Mosaic Tile & Marble Inc | 28,607.00 | |
| Plumbing work to Marina Plumbing & Heating | 8,400.00 | |
| Clean-up & disposal to Eagle Hauling & Recycling | 600.00 | |
| Tax Lien to Treasury Department | 161,334.55 | |
| Subtotal: | 498,856.10 | 499,000.00 |
| Balance due to Seller: | 143.90 | |
| Totals: | 499,000.00 | 499,000.00 |

EXHIBIT
18

The parties herein have been advised that the foregoing amounts are estimates only. We therefore, authorize Stewart Title to change estimated amounts to final amounts owing, to satisfy the items authorized, and to close escrow.

DATED THIS __________ DAY OF ________________________________ IN THE YEAR ____________

Certified to be a true and exact copy of the original document in our file.
Stewart Title of Ca., Inc.
Monterey Division
By:

Four Rivers Investment , Inc. a Nevada Corporation