

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION
ADVISORY INSOLVENCY QUALITY

915 SECOND AVENUE, M/S W-245
SEATTLE, WA 98174-1009

March 16th 2005

STEWART TITLE OF CALIFORNIA
450 Lincoln Ave., Ste. 101
Salinas, CA 93901

Attn: Jymie Smith, Escrow Officer

Dear Ms. Smith:

This correspondence is in regard to Escrow Number 63104181 and in reference to the property at 7595 Pine Tree Way, Salinas, CA 93907.

Enclosed is the Form 669-B Certificate of Discharge of Property from Federal Tax Lien, comprised of two pages, and one attached Legal Description, comprised of three pages.

The notice of federal tax lien referenced in the certificate coresponds to lien item 9 of Schedule B included in the 2nd Amended Preliminary Report associated with this escrow.

Please note that recordation fees are not payable by the Internal Revenue Service.

If you have any questions, please contact Advisor Alan Pobre either by telephone at 831-771-1240, Extension 51, or by mail at:

> Internal Revenue Service
> 55 Plaza Circle, Ste. A-200
> Salinas, CA 93901

Sincerely,

JILL L. PACE
Manager, Advisory Group 12

Ex. 19 pg. 1

EXHIBIT
19

| FORM 669-B (Rev. 01-2000) | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE |
|---|---|
| | **Certificate of Discharge of Property from Federal Tax Lien** |
| | *(Section 6325(b)(2)(A) of the Internal Revenue Code)* |

Whereas, **THOMAS E. SEIDEL**

Of **25360 Boots Road**, City of **Monterey**,

County of **Monterey**, State of **California**

is indebted to the United States for unpaid internal revenue tax in the sum of **Eight hundred forty-one thousand six hundred forty-four and 09/100** Dollars ($ **841,644.09** )

as evidenced by:

| Notice of Federal Tax Lien Serial Number (a) | Recording Information (b) | Date Recorded (c) | Taxpayer Identification Number (d) | Amount Shown on Lien (e) |
|---|---|---|---|---|
| 77033112615 | 2003038231 | 04/03/2003 | ■ | $595,896.99 |

Whereas, to secure the collection of the tax, notice of the lien of the United States, attaching to all the property and rights to property of the taxpayer on account of the tax indebtedness, was filed with the

**Monterey County Recorder** for the

**State of California**, and also with the **N/A**

, in accordance with the applicable provisions of law.

Whereas, the lien of the United States, listed above, for the tax has attached to certain property described as:

**Assessor's Parcel Numbers 127-281-025 (Parcel I) and 127-281-026 (Well Lot). See Exhibit "Legal Description" attached.**

Catalog No. 16752N                                                                                                                     Form **669-B** (01-2000)

Ex. 19 pg. 2

*(Use this space for continued description of property)*

**Property commonly known as 7595 Pine Tree Way, Salinas, CA 93907.**

**Whereas,** the District Director of Internal Revenue has determined that the value of the interest of the United States in the previously mentioned property, under and by reason of the tax lien, amounts to the sum of **One hundred sixty-one thousand four hundred seventy-eight & 45/100** dollars ($ **161,478.45** ). In addition, under the provisions of section 6325(d)(2) of the Internal Revenue Code, the United States subordinates its tax lien to all reasonable and necessary expenses incurred in connection with the sale of the property or administration of the sale proceeds. I have determined that subordination of any interest will increase the amount collected and enhance collection of the tax liability. Therefore, I have authorized the issuance under provisions of section 6325(b)(2)(A) of the Internal Revenue Code, of a certificate discharging the above-described property from the tax lien of the United States upon payment of the sum of **One hundred sixty-one thousand four hundred seventy-eight & 45/100** dollars ($ **161,478.45** ). The payment will be applied in part satisfaction of the liability as stated and which sum has been paid will be applied and the receipt of which sum by me is hereby acknowledged :

**TOM D. MATHEWS, Director of Advisory, Insolvency, and Quality for the Internal Revenue Service**

**Now, therefore, this instrument witness,** that I, **Tom D. Mathews**

**Director of Advisory, Insolvency, and Quality for the Internal Revenue Service**

am charged by law with the duty of collecting and enforcing the collection of internal revenue taxes due the United States. I'm also charged with the assessment as stated, and do, in accordance with the provisions of section 6325(b)(2)(A) of the Internal Revenue Code, discharge the property previously described from the tax lien. I save and reserve, however, the force and effect of the lien against and upon all other property and rights to property to which the lien is attached, wheresoever situated.

**Witness** my hand at **Seattle, WA**, on this, the  10th  day of **March**  · 2005 ·

| Signature | Title |
|---|---|
| By: Jill L. Pace | Manager, Advisory Group 12 |

**Note:** Certificate of officer authorized by law to take acknowledges is not essential to the validity of Discharge of Federal Tax Lien. Rev. Rul. 71-466, 1971-2, C.B. 409.

Form **669-B** (01-2000)

Ex. 19 pg. 3

## LEGAL DESCRIPTION

Order No.: 63104181

The land referred to herein is situated in the State of California, County of Monterey, Unincorporated Area described as follows:

PARCEL I:

SITUATE IN THE COUNTY OF MONTEREY, STATE OF CALIFORNIA AND BEING A PART OF THE RANCHO BOLSA NUEVA Y MORO COJO AND BEING ALSO A PORTION OF LOT 6 AS SHOWN ON THE MAP ENTITLED, "PART OF THE RANCHO BOLSA NUEVA Y MORO COJO THE PROPERTY OF C.F. LANGLEY", FILED FOR RECORD JANUARY 10, 1893 IN VOLUME 1 OF SURVEYS AT PAGE 55, MONTEREY COUNTY RECORDS, BEING ALSO A PORTION OF THE LANDS CONVEYED BY MARIETTE V. ROWE TO ERNEST RAMEIL, ET UX, BY DEED DATED OCTOBER 6, 1959 AND RE-RECORDED OCTOBER 9, 1959 IN VOLUME 1996 AT PAGE 506, OFFICIAL RECORDS MONTEREY COUNTY, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS TO-WIT:

BEGINNING AT A 3" X 4" POST STANDING AT THE NORTHEASTERLY OR MOST NORTHERLY CORNER OF SAID LOT 6 THENCE RUNNING ALONG THE EASTERLY BOUNDARY THEREOF BEING THE EASTERLY BOUNDARY OF SAID LANDS OF RAMEIL

(1) SOUTH 18° 19' EAST 611.7 FEET TO A 3/4" PIPE AT THE NORTHEASTERLY CORNER OF THAT CERTAIN 1.233 ACRE TRACT OF LAND CONVEYED IN THE DEED FROM ERNEST RAMEIL ET UX, TO WAYNE VANDERPLUYM, ET UX, DATED SEPTEMBER 7, 1961 AND RECORDED OCTOBER 3, 1961 IN VOLUME 2189 OF OFFICIAL RECORDS AT PAGE 113, MONTEREY COUNTY RECORDS; THENCE LEAVING SAID EASTERLY BOUNDARY OF RAMEIL AND RUNNING ALONG THE NORTHWESTERLY BOUNDARY OF SAID TRACT CONVEYED TO VANDERPLUYM

(2) SOUTH 59° 00" WEST, 229.69 FEET TO A 3/4" PIPE SET; THENCE

(3) NORTH 24° 39' 30" WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(4) SOUTH 59° 00' WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(5) SOUTH 24° 29' 30" EAST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(6) SOUTH 59° 00' WEST 30.18 FEET TO AN 8" SPIKE SET HEREIN DESIGNATED "A" FOR FUTURE REFERENCE IN THIS DESCRIPTION; THENCE LEAVE LAST MENTIONED BOUNDARY

Continued on next page

[-1-]

**STEWART TITLE**
Guaranty Company

LEGAL DESCRIPTION - continued
Order No.:63104181

(7) NORTH 24° 39' 30" WEST 534.90 FEET TO A 3/4" PIPE SET ON THE NORTHWESTERLY BOUNDARY OF SAID LANDS OF RAMEIL; THENCE RUNNING ALONG LAST MENTIONED BOUNDARY THIS LINE SHOWN OF RECORD AS NORTH 48° 25' 30" EAST

(8) NORTH 48° 28' EAST, 361.29 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO DUANE B. CHASE AND FLORENCE M. CHASE, HUSBAND AND WIFE, BY DEED RECORDED MARCH 27, 1963 IN REEL 161, OFFICIAL RECORDS, PAGE 299.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO CARL A. BOYER AND BARBARA R. BOYER, HUSBAND AND WIFE, BY DEED RECORDED MARCH 10, 1964 IN REEL 295, OFFICIAL RECORDS, PAGE 52.

ALSO EXCEPTING FROM THE ABOVE DESCRIBED PARCEL AN UNDIVIDED 5/8 INTEREST IN AND TO A WELL-SITE DESCRIBED AS:

BEGINNING AT A POINT FROM WHICH THE SOUTHWESTERLY CORNER OF THE ABOVE DESCRIBED PARCEL (AFTER EXCEPTIONS) BEARS SOUTH 32° 57' EAST, 20.00 FEET AND SOUTH 57° 03' WEST, 52.39 FEET.

(1) NORTH 32° 57' WEST, 20 FEET TO A POINT; THENCE

(2) NORTH 57° 03' EAST, 20 FEET TO A POINT; THENCE

(3) SOUTH 32° 57' EAST, 20 FEET TO A POINT; THENCE

(4) SOUTH 57° 03' WEST, 20 FEET TO A POINT OF BEGINNING.

PARCEL II:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES OVER A STRIP OF LAND 20 FEET WIDE DESCRIBED BY ITS EASTERLY BOUNDARY AS BEGINNING AT THE ABOVE REFERRED TO SPIKE DESIGNATED "A" AND RUNNING THENCE NORTH 24° 39' 30" WEST 270.21 FEET TO A POINT.

Continued on next page

-2-

LEGAL DESCRIPTION - continued
Order No.:63104181

PARCEL III:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES 60 FEET IN WIDTH DESCRIBED BY ITS CENTERLINE AS BEGINNING AT THE ABOVE-DESIGNATED "A" THENCE SOUTH 24° 39' 30" EAST, 402.46 FEET TO LANGLEY CANYON ROAD.

PARCEL IV:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS SOUTHERLY BOUNDARY AS BEGINNING AT POINT "A" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO DUANE B. CHASE AND FLORENCE M. CHASE, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 27, 1963 IN REEL 161 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 299, THENCE NORTH 57° 03' EAST, 165.00 FEET TO A STATION.

PARCEL V:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "A" SET FORTH UNDER PARCEL IV HEREIN, THENCE SOUTH 24° 39' 30" EAST, 135.00 FEET TO A STATION.

PARCEL VI:

A RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "B" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO CARL A. BOYER AND BARBARA R. BOYER, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 10, 1964 IN REEL 295 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 52, THENCE RUNNING SOUTH 24° 39' 30" EAST 115.00 FEET TO "C" THEREIN.

   A.P.N.:  127-281-025 (PARCEL I)
         127-281-026 (WELL LOT)

[ -3- ]