IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**MOTION FOR LEAVE TO FILE SUBSTITUTE MOTION TO DISMISS, WITH TABLE OF CONTENTS**

Defendant, the United States, respectfully moves the Court for leave to file the accompanying Motion of the United States to Dismiss Plaintiff's Complaint, which incorporates a table of contents, as a substitute for the motion to dismiss that was filed electronically (without a table of contents), along with a motion for leave to so file, on February 5, 2007.

As reason for its request, defendant states that the table of contents was unable to be completed by the litigation assistant in time for the filing of the motion to dismiss on February 5. It was completed and reviewed on February 6. Defendant also notes that, during the review process, a few minor typographical and citation errors in the motion to dismiss were discovered and corrected.

Respectfully submitted,

February 6, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

February 6, 2007