# In the United States Court of Federal Claims

No. 06-598 T

(Filed February 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS *
INVESTMENTS, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 5, 2007, defendant filed a Motion for Leave to file a Motion to Dismiss Plaintiff's Complaint Without Table of Contents. Upon completion of the table of contents on February 6, 2007, defendant filed a Motion for Leave to File Substitute Motion to Dismiss, With Table of Contents. Defendant's February 6, 2007 motion states that in addition to the table of contents, defendant corrected minor typographical and citation errors in it motion to dismiss. Defendant does not state plaintiff's position on the subject matter.

For good cause shown, it is hereby **ORDERED** that defendant's motions are **GRANTED** and defendant's corrected motion to dismiss, submitted electronically on February 6, 2007, shall be considered filed as of the date of this order.

/s/Lynn J. Bush
LYNN J. BUSH
Judge