**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC.**, a
Nevada corporation doing business in California,

Plaintiff, No. 06-598 T

v. (Judge Bush)

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

Defendants.

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, Plaintiff, by and through its counsel Robert Alan Jones, respectfully moves the Court for an enlargement of time of fourteen (14) days, from March 7, 2007, up to and including March 21, 2007, within which to answer or otherwise respond to Defendant's Motion for Dismiss filed in the instant case on February 6, 2007. In support of this motion, counsel states:

1. Complaint in this case was filed on August 22, 2006.

2. Six months later, the government filed its motion to dismiss on February 6, 2007, after an opposed two extensions requested and obtained by the government.

3. Plaintiff's response to the motion to dismiss is currently due on March 7, 2007.

4. No previous extensions have been sought or obtained.

5. As a result of government's extensions, Counsel Jones' schedules and other responsibilities and commitments were severely affected to the extent this motion is being filed

requesting additional time in order for Jones to properly and adequately prepare for and respond to the lengthy motion and at the same time attend to and address his other commitments.

6. For medical reasons, Mr. Jones can not re-schedule and is expected to be in Kansas, Missouri, for a week long therapy that will commence on February 19, 2007, and will go on one week a month for the next nine months.

7. A final brief in *Richardson v. CIR,* Case No. 06-1963, Sixth Circuit Court of Appeals can not be re-scheduled and is due on March 1, 2007, wherein a substantial amount of time is required to prepare for and write a brief.

8. As a result of a status conference held last January 31, 2007, in *USA v. Seidel, et al.*, Case No. 06-539, United States District Court for the Northern District of California, currently Mr. Jones is preparing a motion to dismiss the indictment involving the same issues, which is due on March 16, 2007.

9. Between the filing of this motion and March 7, 2007, Mr. Jones do not have adequate time to address, among other things, government's raised issues in its motion to dismiss.

10. On February 12, 2007 and February 14, 2007, government counsel was contacted by telephone but has not returned our call to state his position on the requested enlargement of time.

**WHEREFORE**, Plaintiff respectfully request this Honorable Court to grant

/ / /

/ / /

/ / /

/ / /

this motion for enlargement of time within which to file a response for fourteen (14) days, from March 7, 2007, up to and including March 21, 2007, or as the Court Docket may permit.

DATED: This 14th day of February, 2007.

Respectfully submitted,

*//ss// Robert Alan Jones* _______________
Robert Alan Jones, Esq.
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that on February 15, 2007, I caused to be served the foregoing **MOTION FOR ENLARGEMENT OF TIME,** by First Class U.S. Mail, postage paid envelope, to the following:

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 14th day of February, 2007.

*//ss// Isolde Parr*
Office of Robert Alan Jones