# In the United States Court of Federal Claims

No. 06-598 T

(Filed February 16, 2007)

* * * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS *
INVESTMENTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 15, 2007, plaintiff filed a Motion for Enlargement of Time of fourteen days, to and including March 21, 2007, within which to respond to defendant's motion to dismiss. Plaintiff's counsel states that he attempted to inquire with defendant's counsel concerning the government's position on the subject enlargement, but was unsuccessful in reaching him. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge