**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff, No. 06-598 T

v. (Judge Bush)

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

Defendants.

**MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST)**

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, Plaintiff, by and through its counsel Robert Alan Jones, respectfully moves the Court for an enlargement of time of thirteen (13) days, from March 21, 2007, up to and including April 3, 2007, within which to answer or otherwise respond to Defendant's Motion for Dismiss. In support of this motion, counsel states:

1. On February 6, 2007, Defendant, United States filed its Motion to Dismiss the instant case.

2. On February 15, 2007, Plaintiff, Four Rivers Investment, filed its first motion for enlargement of time within which to file a response to the government's motion.

3. An Order was issued on February 16, 2007, granting Plaintiff's first request for extension and is currently due on March 21, 2007.

4. This is the second motion for enlargement of time that Plaintiff is seeking.

5. As a result of a status conference held last January 31, 2007, in *USA v. Seidel, et*

*al.*, Case No. 06-539, United States District Court for the Northern District of California, Mr. Jones had just finished and e-filed a motion to dismiss the indictment which was due March 16, 2007, involving the same issues as in the instant case, and some of the same parties including United States, and Defendant, Mrs. Vicki Seidel, who was the owner of Four Rivers Investment, Inc., in the instant case

6. Simultaneously, Mr. Jones prepares his initial draft to respond to the government's motion to dismiss in the instant case; however, Mr. Jones has been ill for a number of days and was not able to finalize adequately the response.

7. In addition, Mr. Jones is required to appear for an Arbitration Hearing on March 20, 2007, that may last more than two (2) days.

8. On March 19, 2007, the undersigned counsel discussed with the government counsel by telephone the instant motion and government counsel stated that he has no objection to this motion and the requested enlargement of time, from March 21, 2007, up to and including April 3, 2007.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to grant this motion for enlargement of time within which to file a response for fourteen (13) days, from March 21, 2007, up to and including April 3, 2007, or as the Court Docket may permit.

DATED: This 19th day of March, 2007.

Respectfully submitted,

*//ss// Robert Alan Jones* _______________

Robert Alan Jones, Esq.
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Tel. (702) 736-0773 Fax.
Rajltd@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that on March 19, 2007, I caused to be served the foregoing **SECOND MOTION FOR ENLARGEMENT OF TIME,** by using the CM/ECF system, which will send notification of this filing to the following interested parties**, and also,** by First Class U.S. Mail, postage paid envelope, to the following:

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 19th day of March, 2007.

*//ss// Isolde Parr*
Office of Robert Alan Jones