# In the United States Court of Federal Claims

No. 06-598 T

(Filed March 23, 2007)

* * * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS *
INVESTMENTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On March 19, 2007, plaintiff filed an unopposed Motion for Enlargement of Time of thirteen days, to and including April 3, 2007, within which to respond to defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge