# EXHIBIT 2

## Letter to Vicki Seidel from Stephen Penrod date 5/13/1999

03/29/2006 12:59 7034251567 ALVIN BROWN & ASSOC. PAGE 05/16
02/20/2006 10:52 FAX 8316264562 NBIS 002/002
MAY-13-1999 10:58 IRS SALINAS 831 771 1234 P.02

Internal Revenue Service
COLLECTION DIVISION
55 PLAZA CIR., A-200
SALINAS, CA. 93901
(831)771-1240 EXT# 16

Department of the Treasury

Date: MAY 13, 1999

In reply refer to:
BY FAX

VICKI R. SEIDEL

DEAR MRS. SEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 12, 1999 CONCERNING IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC, YOU HAVE NOT BEEN HELD TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. AS YOU KNOW THERE IS A NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. SEIDEL FOR THE IRC 6672 PENALTY. THOMAS E. SEIDEL IS THE PERSON WHO WAS DEEMED RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

STEPHEN PENRO
REVENUE OFFICER
BADGE # 77-01 '83



TOTAL P.02