# EXHIBIT 4

**Report of Interview with Indi[...]al Relative to Trust Fund Recovery Penalty ... Personal Liability for Excise Tax**

[...] of Interview: 10-22-96

Notice 609 was furnished during the interview. (Check here) [✓] (See instructions below.)

Name of Interviewer: STEPHEN [signature]

INSTRUCTIONS TO INTERVIEWER: The questions which follow are to be used as a guide as you conduct the interview. Other questions may be asked. You must prepare this form personally, recording the interviewee's answers. Where a question is not applicable, write "N/A." Do not leave any blocks or lines blank. Attach additional sheets if necessary.

Notice 609, Privacy Act and Paperwork Reduction Act Notice, must be given to persons who haven't received notice of their right to privacy. If furnished during the interview, check the box above. If not, explain in the case history.

IRC 6672, failure to collect and pay tax from *(date)* 10-01-93 to *(date)* 08-08-96

IRC 4103, failure to pay tax from *(date)* ______ to *(date)* ______

## Section I—Background Information

1. a. Person interviewed *(name)*: THOMAS SEIDEL
   b. *(address)*: 25360 BOOTS RD, MONTEREY, CA. 93940
   c. Telephone number *(home)*: 408-647-0507
   d. Telephone number *(work)*: 408-422-8173
   e. Social Security number: 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

2. a. Taxpayer (Corporation) *(name)*: T.E. SEIDEL ELECTRIC, INC.
   b. *(address)*: 1319 BURTON AVE, SALINAS, CA. 93901
   c. Incorporation *(date)*: 1992
   d. State where incorporated: CA
   e. Has the state revoked the corporation franchise? ☐ yes ☑ no
   f. If so, when?
   g. Has the corporation ever filed bankruptcy? ☑ yes ☐ no
   h. If so, when? 8-8-96

3. Was any of the property of the corporation sold, transferred, quitclaimed, donated or otherwise disposed of, for less than fair market value, since the accrual of the tax liability? ☐ yes ☑ no
   What happened to the corporate assets?

4. a. How were you associated with this corporation? PRESIDENT
   b. Describe your duties/responsibilities. All OPERATIONS
   c. By whom were you hired? N/A
   d. What were the dates of your employment with the corporation? N/A

Form **4180** (Rev. 2-93) Cat. No. 22710P

Department of the Treasury — Internal Revenue Service

| | | | |
|---|---|---|---|
| | [illegible] from the corporation? ☐ yes ☑ no | f. In writing? | ☐ yes ☐ no |
| g. | When? | h. Is a copy of your resignation available? | ☐ yes ☐ no |
| i. | To whom was your resignation submitted? | | |
| j. | Did you have your name removed from the bank signature cards? ☐ yes ☑ no | k. | When? |
| h. | Do you have any money invested in the corporation? ☑ yes ☐ no | m. | Amount $ UNDETERMINED |

5. a. Have you ever been involved with another company which had tax problems? ☐ yes ☑ no

b. If so, explain. *(Corporate name, EIN, etc.)*

6. With what banks or financial institutions did the corporation have transactions such as checking and other accounts, loans, financing agreements, etc.? *(attach additional sheet, if necessary)*

| Financial Institution | Transaction(s) | Address | Date(s) |
|---|---|---|---|
| FIRST NATIONAL BANK OF THE CENTRAL COAST | CHECKING + Payroll | S. MAIN ST. SALINAS | |
| | | | |

7. Where are the financial records located? 1319 BURTON AVE SALINAS, CA.

8. Please indicate the names, dates of service and percentage of ownership for the positions indicated below.

| Position | Name | Dates of Service | % Ownership |
|---|---|---|---|
| Chairman of the board | | | |
| Other Directors *(list)* | | | |
| | | | |
| | | | |
| President | THOMAS E. SEIDEL | CONTINUOUS | 100 % |
| Vice President | | | |
| Secretary | | | |
| Treasurer | | | |
| Others *(shareholders, owners)* | | | |
| | | | |
| | | | |
| | | | |

## Section II—Ability t‹ .ect

Interviewee

Please indicate whether you performed any of the duties/functions indicated below for the corporation and the time periods during which you performed them. If another person performed these duties, please list names and time periods.

| Did you... | Yes | No | Dates from | Dates to | Did anyone else? *(name)* | Dates from | Dates to |
|---|---|---|---|---|---|---|---|
| 1. Hire/fire employees | YES | | | | | | |
| 2. Manage employees | YES | | | | | | |
| 3. Direct (authorize) payment of bills | YES | | | | | | |
| 4. Deal with major suppliers and customers | YES | | | | | | |
| 5. Negotiate large corporate purchases, contracts, loans | YES | | | | | | |
| 6. Open/close corporate bank accounts | YES | | | | | | |
| 7. Sign/countersign corporate checks | YES | | | | | | |
| 8. Guarantee/co-sign corporate bank loans | YES | | | | | | |
| 9. Make/authorize bank deposits | YES | | | | | | |
| 10. Authorize payroll checks | YES | | | | | | |
| 11. Prepare federal payroll tax returns | Y | NO | | | | | |

| Did you... | Yes | No | Dates from | Dates to | Did anyone (name) | Dates from | Dates to |
|---|---|---|---|---|---|---|---|
| 12. Prepare federal excise tax returns | | NO | | | | | |
| 13. Sign federal excise tax returns | | NO | | | | | |
| 14. Authorize payment of federal tax deposits | yes | | | | | | |
| 15. Review federal income tax returns | YES | | | | | | |
| 16. Determine Company financial policy | YES | | | | | | |

17. Please provide the information requested below for each person, other than yourself, listed for the above questions. Also, please provide any additional information indicating their knowledge and/or control over the corporation's financial affairs. *(Attach additional sheets if necessary.)*

Name | Address

Phone Number | Social Security number

Additional information

Name | Address

Phone Number | Social Security number

Additional information

Name | Address

Phone Number | Social Security number

Additional information

Name | Address

Phone Number | Social Security number

Additional information

**Section III—Knov  uge**

Interviewee

1. When and how did you first become aware of the delinquent taxes?

IRS CONTACT 1995

2. What action did you take to see that the tax liabilities were paid? Negotiated payments

3. Were discussions or meetings ever held by stockholders, officers or other interested parties regarding the non-payment of the taxes?
Identify who attended, the dates of the meetings, and any decisions reached.
*(Attach additional sheets, if necessary.)*

☐ yes ☑ no

4. Are minutes available from any meetings described in question 3 above? ☐ yes ☑ no

5. Who maintained or has access to the books and records of the corporation?
When?
*(Please provide name, address and phone number, if possible)*

ROBERT McBride CPA - 978-2600

6. Were financial statements ever prepared for the corporation?
If so, by whom? Who reviewed them and to whom were they submitted?
*(Please provide time periods.)*

☑ yes ☐ no

ROBERT McBride C.P.A. 978-2600

7. Did the corporation employ an outside accountant?
If so, please provide the name, address and phone number of the person or firm.

☑ yes ☐ no

SAME AS ABOVE

8. Who in the corporation had the sibility of dealing with the outside acc

Tom Seidel

9. Did you personally have discussions with the accountant or bookkeeper of the corporation regarding the tax liability?

If so, when? ☒ yes ☐ no

What was discussed? BALANCE OWED

10. Who reviewed the payroll tax returns or tax payments?

Tom Seidel

11. Who reviewed the excise tax returns or tax payments?

? Tom Seidel

12. Who handled IRS contacts, such as IRS correspondence, phone calls from IRS, or visits by IRS personnel?

When?

What were the results of these contacts? Tom Seidel

13. During the time the delinquent taxes were increasing, or at any time thereafter, were any financial obligation of the corporation paid?

If so, which ones? ? ☐ yes ☐ no

14. Which individual or individuals authorized or allowed any of these obligations to be paid?

Tom Seidel

15. During the time that the delinquent taxes were increasing, or at any time thereafter, were all or a portion of the payrolls met?

☒ yes ☐ no

16. When there was not enough money to pay all the bills, what decisions were made and what actions were taken to deal with the situation? Who made the decisions?

Tom Seidel

17. Did any person or organization provide funds to pay net corporate payrolls? ☐ yes ☒ no

If so, explain in detail.

## ..ction IV—Special Circumstan(

1. Is the corporation required to file federal excise tax returns? ? ☐ yes ☐ no
   If so, are you aware of any required excise tax returns which have not been filed? ☐ yes ☑ ~~no~~
   *(If either response is negative, do not complete remaining questions in Section IV.)*

2. With respect to excise taxes, were the patrons or customers informed that the tax was included in the sales price? ? ☐ yes ☐ no

3. If the tax liability is one of the so-called "collected" taxes—transportation of persons or property and communications:

   a. Was the tax collected? ? ☐ yes ☐ no

   b. Were you aware, during the period tax accrued, that the law required collection of the tax? ? ☐ yes ☐ no

Continue answers from Sections I through III below. Identify by section and item number.

## Section V—Additional Comments

Is there anyone else who may have been involved or who could provide additional information regarding this matter?
☐ yes ☒ no

Please add any comments you may wish to make regarding this matter.

#1. THE CORP. WAS STRUGGLING FINANCIALLY, THERE WAS NO MONEY TO PAY ANY BILLS BEYOND THE CURRENT PAYROLL.

#2. I'M NOT SURE I KNOW WHAT THE EXCISE TAX IS

**I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct and complete.**

| Person interviewed *(signature)* | Date |
|---|---|
| | |
| Interviewer *(signature)* [signature] R/O | Date 10-22-96 |
| Date copy given to person interviewed 10-22-96 | |