# EXHIBIT 7

000828

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC* EMP NO 79-315-51142
KB-00539
ACCOUNT NO 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 11-21-2006
NAME CONT- SEID CYCLE-200647
****************************************************************************************
FOR-7931551142 BY-7931551144 ON-11212006 TYP-S-55-199609
TIME-09:32 SRC-I KB-00539 PROCESSED ON-325
REQUESTED TAX MODULE FOUND ON MF

2000 3 THOMAS E SEIDEL
25360 BOOTS RD
199416 MONTEREY CA 93940-6667-604 BODC-WI BODCLC-
SPOUSE SSN-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
LOC-7715 PRIOR NAME CONTROL- FZ> -Z
YEAR REMOVED- ENT EXT CYC-399599 MFR-05 VAL-1 IRA- CAF-1
FYM-12 SCS-0 CRINV-Z 130-
RPTR- PMF- SHELT- BNKRPT- BLLC-
ACCRETION- MIN SE-
JUSTIFICATION-1 IRS EMPL- FED EMPL-

1988 1 THOMAS SEIDEL
1990 2 THOMAS & (b)(6) SEIDEL
1993 2 THOMAS & VICKI R SEIDEL (b)(3)
PTNL THOMAS E SEIDEL 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

LSTRET-2004 ME- CND-R FLC-00 200519
**************************
* TAX PERIOD 55 199609 * REASON CD- MOD EXT CYC-
**************************
TFRP-1 CRINV- LIEN-4
TDA COPYS- 89218-704-02150-6 CAF-1 FZ>T -Z
INT TOLERANCE- MATH INCREASE- TDI COPYS-
MF MOD BAL- HISTORICAL DO-77 BWNC- BWI-
388,397.35
ACRUED INTEREST- 575,027.90 12042006 CSED-01182008
ACCRUED PENALTY- 0.00 12042006 RSED-
FMS- IA CD-0 ARDI-0 ASED-00000000

670 10291996 0.00 19964808 89218-704-02150-6
PRC-
DESG PAY CD-99

360 12091996 26.00 19964808 89218-704-02150-6
PRC-

240 10231996 601,251.24 19964908 77251-297-14900-6
PEN CODE-618 PRC-
CSED-01182008

370 10231996 0.00 19964908 77251-297-14900-6

290 10231996 0.00 19964908 77251-297-14900-6
*****************************CONTINUED ON NEXT PAGE*****************************

000829

PAGE NO-0002 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-315-51142
KB-00539

ACCOUNT NO 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
NAME CONT- SEID

11-21-2006
CYCLE-200647

****************************************************************************

HC ARC INTD PC
CORRESPONDDT- CREDIT DT-
REFUND STATUTE CONTROL DT-
AMD CLMS DT- CIS MF IND-0
CSED-

196 12161996 8,036.12 19964908 89218-704-02150-6
REFERENCE AMT-

971 10231996-------------- 20052908 89277-748-03340-6
XREF-77-0278294 199503 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03341-6
XREF-77-0278294 199406 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03342-6
XREF-77-0278294 199409 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03344-6
XREF-77-0278294 199609 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03345-6
XREF-77-0278294 199606 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03347-6
XREF-77-0278294 199603 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20033808 89277-748-03348-6
XREF-77-0278294 199312 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03349-6
XREF-77-0278294 199506 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03350-6
XREF-77-0278294 199412 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03351-6
XREF-77-0278294 199403 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

*****************************CONTINUED ON NEXT PAGE*****************************

000830

PAGE NO-0003 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC* EMP NO 79-315-51142
KB-00539

ACCOUNT NO 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 11-21-2006
NAME CONT- SEID CYCLE-200647

**************************************************************************************

971 10231996--------------- 20032608 89277-748-03352-6
XREF-77-0278294 199509 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

706 04151997 3,981.00- 19971908 89218-704-02150-6
XREF- 30 199612
INTEREST TO DATE-

706 10231996 1,400.00- 19972108 89218-704-02150-6
XREF- 30 199512
INTEREST TO DATE-

736 10231996 56.66- 19972108 89218-704-02150-6
XREF- 30 199512
INTEREST TO DATE-

700 04301996 1,506.71- 19982108 89224-541-00712-8
XREF-77-0382210 01 199603
INTEREST TO DATE-
DESG PAY CD-

582 07282000--------------- 20003208 84277-614-07760-0
REGULAR LIEN

582 08042000--------------- 20003308 84277-621-55381-0
REGULAR LIEN

670 08082000 0.00 20003308 29218-621-00109-0
PRC-
DESG PAY CD-99

360 08282000 6.00 20003308 29218-621-00109-0
PRC-

971 08242000--------------- 20003508 77277-637-00720-0
XREF-
X-MFT-00 MEMO- 971 CD-069
FTD ALRT-0

971 08282000--------------- 20003608 77277-641-00623-0

****************************CONTINUED ON NEXT PAGE*****************************

000831

PAGE NO-0004 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

ACCOUNT NO 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 11-21-2006 EMP NO 79-315-51142
NAME CONT- SEID CYCLE-200647 KB-00539

************************************************************************************

XREF- 971 CD-066
X-MFT-00 MEMO- FTD ALRT-0

480 10192000-------------- 20004408 77277-697-01013-0
JURISDICTION-

582 11242000-------------- 20004908 84277-733-05331-0
REGULAR LIEN

670 11282000 0.00 20004908 29218-733-00022-0
PRC-
DESG PAY CD-99

360 12182000 6.00 20004908 29218-733-00022-0
PRC-

706 04152001 1,228.00- 20011508 89218-704-02150-6

XREF- 30 200012
INTEREST TO DATE-

706 07232001 300.00- 20012808 89218-704-02150-6

XREF- 30 200012
INTEREST TO DATE-

706 04152002 4,956.00- 20021708 89218-704-02150-6

XREF- 30 200112
INTEREST TO DATE-

706 04142003 996.00- 20031408 89218-704-02150-6

XREF- 30 200212
INTEREST TO DATE-

481 04022003-------------- 20031808 29277-494-02117-3
COLCLOS- CYCLES-

670 05052003 4,011.87- 20032308 29217-129-01803-3
PRC-
DESG PAY CD-05

971 04122003-------------- 20032508 92277-504-00178-3

***************************CONTINUED ON NEXT PAGE*****************************

000832

PAGE NO-0005 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

EMP NO 79-315-51142
KB-00539

ACCOUNT NO 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
NAME CONT- SEID

11-21-2006
CYCLE-200647

*****************************************************************************

XREF-
X-MFT-00 MEMO-

971 CD-611
FTD ALRT-0

| | | | |
|---|---|---|---|
| 670 | 04282003 | 41,007.32- | 20033108 29217-122-00600-3<br>PRC-<br>DESG PAY CD-05 |
| 670 | 11162004 | 161,334.55- | 20044908 29217-323-11107-4<br>PRC-<br>DESG PAY CD-07 |
| 582 | 10251996--------------- | | 20050508 17277-407-00923-5<br>REGULAR LIEN |
| 670 | 03072005 | 143.90- | 20051208 29217-070-00405-5<br>PRC-<br>DESG PAY CD-07 |
| 706 | 04152005 | 6.00- | 20051908 89218-704-02150-6 |
| | | | XREF- 30 200412<br>INTEREST TO DATE- |
| 960 | 06272006--------------- | | 20062908 93277-578-00549-6<br>MF CAF CODE-1 |

| | | | |
|---|---|---|---|
| MF STAT-21 | 10231996 | 601,251.24 | 199649 |
| MF STAT-26 | 03241997 | 609,313.36 | 199711 |
| MF STAT-58 | 04212003 | 594,900.99 | 200315 |
| MF STAT-24 | 05192003 | 594,900.99 | 200319 |
| MF STAT-26 | 01022006 | 388,397.35 | 200551 |