# DECLARATION OF VICKI SEIDEL

1. Declarant is a resident and citizen of the state California.

2. I am over the age of 21 and if called to testify, am competent and willing to do so and would testify as follows:

3. I am married to Thomas Seidel.

4. I am the President and sole owner of Four Rivers Investment, Inc., a Nevada Corporation doing business in California.

5. On April 7, 2003, without notice and opportunity for a hearing, the IRS wrongfully levied a bank account owned and held in the name of Four Rivers Investment, Inc., from Wells Fargo Bank, account number 0117-326983, in the amount of $4,011.87.

6. On April 24, 2003, without notice and opportunity for a hearing, the IRS wrongfully levied an investment account owned and held in the name of Four Rivers from A.G. Edwards & Sons, Inc. investment account, in the amount of $41,007.32.

7. On November 14, 2004, without notice and opportunity for a hearing, the IRS wrongfully seized an amount from proceeds of a real estate transaction, owned and held in the name of Four Rivers, in the amount of $161,334.55.

8. Four Rivers Investment, Inc. has no obligation to the United States Government nor the Internal Revenue Service with respect to the above-referenced seizures.

9. My husband does not own, control, nor participate in the operations of Four Rivers Investment, Inc. Nor was he a source of funds for the monies seized from Four Rivers by the IRS.

10. By letter dated May 13, 1999, from Steve Penrod to me, I have been absolved of any responsibility for T.E. Seidel Electric, Inc. payroll taxes. (*See* Exhibit 1 to this Declaration).

I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct to the best of my personal knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT.**

DATED:, 15 day of August, 2006.

Vicki Seidel
President and Sole Owner of Four Rivers Investment, Inc.

# Exhibit 1 to Declaration of Vicki Seidel

**Internal Revenue Service**
COLLECTION DIVISION
55 PLAZA CIR., A-200
SALINAS, CA. 93901
(831)771-1240 EXT# 16

Department of the Treasury

Date: MAY 13, 1999

In reply refer to:
BY FAX

VICKI R. SEIDEL

DEAR MRS. SEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 12, 1999 CONCERNING
IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. YOU HAVE NOT BEEN HELD
TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER
IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. AS YOU KNOW THERE IS A
NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. SEIDEL FOR
THE IRC 6672 PENALTY. THOMAS E. SEIDEL IS THE PERSON WHO WAS DEEMED
RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

[signature], R/O
STEPHEN PENRO)
REVENUE OFFICER
BADGE # 77-01'85