# In the United States Court of Federal Claims

No. 06-598 T

(Filed April 16, 2007)

* * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| FOUR RIVERS INVESTMENTS, INC., | * |
| *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant.* | * |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 11, 2007, plaintiff filed a document titled First Amended Complaint. This document was not accompanied by a motion for leave to file an amended complaint, as required by Rule 15 of the Rules of the United States Court of Federal Claims (RCFC). RCFC 15(a). Because defendant has already filed its motion to dismiss the complaint in this case, plaintiff must either seek defendant's consent to amend the complaint, or explain to the court why justice requires amending the complaint in the midst of the briefing schedule of a dispositive motion. *See id*. The court notes that defendant's reply brief is due on or before April 20, 2007, and that this schedule remains unaltered by plaintiff's attempted filing of an amended complaint.

Accordingly, it is hereby **ORDERED** that the Clerk shall **STRIKE** plaintiff's First Amended Complaint, filed April 11, 2007, from the docket.

/s/Lynn J. Bush
LYNN J. BUSH
Judge