# In the United States Court of Federal Claims

No. 06-598 T

(Filed April 18, 2007)

* * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS INVESTMENTS, INC., *
*Plaintiff*, *
v. *
THE UNITED STATES, *
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 16, 2007, the court struck plaintiff's amended complaint, filed April 11, 2007. Despite the absence of controlling precedent on this issue, upon closer examination of decisions of this court interpreting the term "responsive pleading" in Rule 15 of the Rules of the United States Court of Federal Claims (RCFC), the court is inclined to follow the reasoning of those cases and interpret the rule so as to permit the filing of an amended complaint "as a matter of course," even if it is filed during the briefing schedule of a motion to dismiss. *See, e.g.*, *Am. Int'l Specialty Lines Ins. Co. v. United States*, 71 Fed. Cl. 37, 39 (2006) (citing *Cuyahoga Metro. Hous. Auth. v. United States*, 57 Fed. Cl. 751, 780 n.40 (2003) and *Devon Energy Corp. v. United States*, 45 Fed. Cl. 519, 525-26 (1999)). Even were plaintiff not entitled to amendment of its complaint "as a matter of course" at this juncture, *see* RCFC 15(a), the court cannot find sufficient cause to reject, in the circumstances of this case, plaintiff's filing of an amended complaint, *see Mitsui Foods, Inc. v. United States*, 867 F.2d 1401, 1403-04 & n.4 (Fed. Cir. 1989) (stating that "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue

prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment' may justify the denial of a motion for leave to amend" (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962))).

Accordingly, it is hereby **ORDERED** that

(1) The Clerk shall **STRIKE** the court's order of April 16, 2007;

(2) Plaintiff's **First Amended Complaint**, electronically submitted April 11, 2007, is **REINSTATED** on the docket as of the date of this order; and

(3) Defendant's pleading in response to plaintiff's First Amended Complaint shall be **FILED** on or before **May 4, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge