IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

---

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**DECLARATION OF JOSEPH B. SYVERSON**

---

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for Thomas E. Seidel, covering civil penalties for the tax period ending on September 30, 1996.

**Exhibit 2.** Notice of Levy (Form 668-A(c)) the Internal Revenue Service served upon Wells Fargo Bank on or about April 3, 2003, dated March 31, 2003.

**Exhibit 3.** Cashier's check drawn on Wells Fargo Bank in the amount of $4,011.87, payable to the order of the IRS, dated April 25, 2003, and an associated payment record, also dated April 25, 2003.

**Exhibit 4.** Notice of Levy (Form 668-A(c)) the IRS served upon A.G. Edwards & Sons, Inc., on or about April 3, 2003, dated March 31, 2003

**Exhibit 5.** Letter from Harry A. Carr IV, administrative paralegal for A.G. Edwards & Sons, Inc. to the IRS, dated April 24, 2003, and an enclosed draft drawn on A.G. Edwards & Sons, Inc. in the amount of $41,007.32, payable to the order of the IRS, dated April 24, 2003.

**Exhibit 6.** Notice of Federal Tax Lien filed with the Monterey County, CA Recorder's Office on April 3, 2003 against "Four Rivers Investments, Inc., A corporation, as the Nominee, alter ego and/or transferee of Thomas E. Seidel."

**Exhibit 7.** Grant Deed, dated September 28, 2004, executed by Evelyn L. Olds, granting real property to Four Rivers Investments, Inc.

**Exhibit 8.** Deed of Trust executed on September 28, 2004, by Vicki Seidel on behalf of Four Rivers Investments, Inc.

**Exhibit 9.** Contract between Anne Cathey and Four Rivers Investments, Inc. for the sale of real property, executed on September 11, 2004.

**Exhibit 10.** Preliminary title report issued by Stewart Title of California, Inc. for real property located at 7595 Pine Tree Way, Salinas, CA, dated October 26, 2004.

**Exhibit 11.** Facsimile from Internal Revenue Service Advisor Alan Pobre to Vicki Seidel, sent November 1, 2004, and the associated transmission sheet.

**Exhibit 12.** Facsimile from Vicki Seidel to Internal Revenue Service Advisor Alan Pobre, dated November 1, 2004.

**Exhibit 13.** Letter from Vicki Seidel to Internal Revenue Service Advisor Alan Pobre, dated November 3, 2004.

**Exhibit 14.** Facsimile from the Internal Revenue Service to Jyme Smith of Stewart Title of California, Inc., dated November 10, 2004.

**Exhibit 15.** Check, drawn on the First National Bank of Central California, the payor of which is Stewart Title of California, Inc., payable to the order of the Internal Revenue Service in the amount of $161,334.55, dated November 16, 2004.

**Exhibit 16.** Check, drawn on the First National Bank of Central California, the payor of which is Stewart Title of California, Inc., payable to the order of the Internal Revenue Service in the amount of $143.90, dated March 7, 2005.

**Exhibit 17.** Grant Deed, dated September 28, 2004, executed by Evelyn L. Olds, granting real property to Four Rivers Investments, Inc.

**Exhibit 18.** Seller’s Final Closing Statement prepared by Stewart Title of California, Inc. for the sale of real property located at 7595 Pine Tree Way, Salinas, CA 93907 by Four Rivers Investments, Inc. to Anne Cathey.

**Exhibit 19.** Letter from the Internal Revenue Service to Stewart Title of California, dated March 16, 2005, containing two enclosures: (1) a Certificate of Discharge of Property from Federal Tax Lien (Form 669-B) for real property located at 7595 Pine Tree

Way, Salinas, CA, 93907, dated March 10, 2005; and (2) a legal description of the real property located at 7595 Pine Tree Way, Salinas, CA 93907.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 5, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508