

United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 5, 2006

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Thomas E. Seidel, Social Security Number: ███9700, covering Civil Penalty for the period ending September 30, 1996 under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations



Catalog Number 19002E        Ex. 1 pg. 1        Form **2866** (Rev. 09-1997)

----------------------------------------------------------------

THOMAS E SEIDEL                          EIN/SSN: ▮▮▮▮▮


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: SEPT 1996

```
                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                  (REVERSAL)    (REVERSAL)   RAC 006 )
```
----------------------------------------------------------------

12-09-1996 FEES AND COLLECTION COSTS               26.00

           PROMPT ASSESSMENT           601,251.24              10-23-1996
           IRC 6672 - TRUST FUND
           RECOVERY PENALTY
           77251-297-14900-6

           PROMPT ASSESSMENT                         0.00     10-23-1996
           77251-297-14900-6

           INTEREST ASSESSED            8,036.12              12-16-1996
           19964908

10-23-1996 XREF 100% PENALTY
           941         199503
           77-0278294

10-23-1996 XREF 100% PENALTY
           941         199406
           77-0278294

10-23-1996 XREF 100% PENALTY
           941         199409
           77-0278294

10-23-1996 XREF 100% PENALTY
           941         199609
           77-0278294

FORM 4340 (REV. 01-2002)            [PAGE   1]

CERTIFICATES OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

THOMAS E SEIDEL                    EIN/SSN: ▮▮▮▮▮


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1996

```
                                   ASSESSMENT,   PAYMENT,    ASSESSMENT
 DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE (23C,
                                   (REVERSAL)    (REVERSAL)  RAC 006 )
--------------------------------------------------------------------

10-23-1996 XREF 100% PENALTY
           941       199606
           77-0278294

10-23-1996 XREF 100% PENALTY
           941       199603
           77-0278294

10-23-1996 XREF 100% PENALTY
           941       199312
           77-0278294

10-23-1996 XREF 100% PENALTY
           941       199506
           77-0278294

10-23-1996 XREF 100% PENALTY
           941       199412
           77-0278294

10-23-1996 XREF 100% PENALTY
           941       199403
           77-0278294

10-23-1996 XREF 100% PENALTY
           941       199509
           77-0278294

04-15-1997 OVERPAID CREDIT APPLIED                  3,981.00
           1040      199612
```

FORM 4340  (REV. 01-2002)              [PAGE   2]

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------

THOMAS E SEIDEL                          EIN/SSN: ███


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1996

```
                                ASSESSMENT,    PAYMENT,     ASSESSMENT
 DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------

10-23-1996 OVERPAID CREDIT APPLIED                    1,400.00
           1040       199512

10-23-1996 INTEREST OVERPAYMENT                          56.66
           CREDIT
           1040       199512

04-30-1996 OVERPAID CREDIT APPLIED                    1,506.71
           941        199603
           77-0382210

07-28-2000 FEDERAL TAX LIEN

08-04-2000 FEDERAL TAX LIEN

08-28-2000 FEES AND COLLECTION COSTS     6.00

08-24-2000 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

08-28-2000 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-19-2000 OFFER IN COMPROMISE
           PENDING

11-24-2000 FEDERAL TAX LIEN
```

FORM 4340 (REV. 01-2002)              [ PAGE   3 ]

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

THOMAS E SEIDEL                    EIN/SSN: ▮▮▮▮▮


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

```
                                  ASSESSMENT,     PAYMENT,      ASSESSMENT
 DATE     EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                  (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------

12-18-2000 FEES AND COLLECTION COSTS              6.00

04-15-2001 OVERPAID CREDIT APPLIED            1,228.00
           1040       200012

07-23-2001 OVERPAID CREDIT APPLIED              300.00
           1040       200012

04-15-2002 OVERPAID CREDIT APPLIED            4,956.00
           1040       200112

04-14-2003 OVERPAID CREDIT APPLIED              996.00
           1040       200212

04-02-2003 OFFER IN COMPROMISE
           REJECTED

05-05-2003 SUBSEQUENT PAYMENT                 4,011.87
           LEVY

04-28-2003 SUBSEQUENT PAYMENT                41,007.32
           LEVY

11-16-2004 SUBSEQUENT PAYMENT               161,334.55
           FEDERAL TAX LIEN

10-25-1996 FEDERAL TAX LIEN

03-07-2005 SUBSEQUENT PAYMENT                   143.90
           FEDERAL TAX LIEN
```

FORM 4340 (REV. 01-2002)        [PAGE  4]

Ex. 1 pg. 5

---------------------------------------------------------------------

THOMAS E SEIDEL                          EIN/SSN:


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: SEPT 1996

```
                                  ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT     DATE (23C,
                                  (REVERSAL)    (REVERSAL)  RAC 006 )
```
---------------------------------------------------------------------

04-15-2005 OVERPAID CREDIT APPLIED                6.00
           1040      200412

06-27-2006 RECEIVED POA/TIA

10-23-1996 Statutory Notice of Balance Due

04-21-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)           [PAGE   5]

---

THOMAS E SEIDEL                          EIN/SSN:  ▇▇▇▇▇▇▇

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: SEPT 1996
---

BALANCE        388,397.35

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: _[signature]_

PRINT NAME: ___David R. Martin_____

TITLE: ___Chief, Accounting Operations_____

DELEGATION ORDER: ___CS/SP – F : 19 (Rev. 10)_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/01/2006

FORM 4340  (REV. 01-2002)                PAGE    6

Ex. 1 pg. 7