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 55/9609
SEID

-LEVY-

WELLS FARGO BANK, N.A.
LEGAL ORDER PROCESSING
P.O. BOX 29779
PHOENIX, AZ 85038-9779

CASHIER'S CHECK

11-24 / 2678
1210 (8)

0267-879823

Nº 0267879823

Reference Number: L030404S9174511

Date 4/25/03

FOR THE AMOUNT OF

FOUR THOUSAND ELEVEN AND 87/100 DOLLARS

$ **4,011.87
Void If Over $100,000

PAY TO THE ORDER OF

INTERNAL REVENUE SERVICE
55 PLAZA CIRCLE STE A-200
SALINAS CA 93901

VOID VOID VOID VOID

Frank A. Moeslein

⑈0267879823⑈ ⑆121000248⑆4861 503225⑈

**PAYMENT RECORD**

INTERNAL REVENUE SERVICE
SBSE - COMPLIANCE FIELD
MAY - 2 2003
AREA 13. TERRITORY SJ2

DATE: 4/25/03

Enclosed please find remittance for payment of the following levy:

| | | | |
|---|---|---|---|
| Levy Type: | IRSCA | Served Date: | SA4/04/03 |
| Agency Case Number: | | Check Number: | 0267-879823 |
| Agency Name : | INTERNAL REVENUE SERVICE | Check Amount: | 4,011.87 |
| Customer Name: | FOUR RIVERS INVESTME | Reference Number: | L030404S9174511 |

EXHIBIT
tabbles
3

Ex. 3 pg. 1

AGENCY COPY