**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

One North Jefferson
St. Louis, Missouri 63103
(314) 955-3000

April 24, 2003

Internal Revenue Service
55 Plaza Circle, A-200
Salinas, CA 93901
Attn: Stephen Penrod

RE: Four Rivers Investment, Inc. and Thomas Seidel
Tax ID:88-0411668 and ▮
Notice of Levy/$983,336.04

Dear Mr. Penrod:

    Pursuant to the above mentioned Notice of Levy dated March 31, 2003, and in accordance therewith, enclosed please find our draft in the amount of $41,007.32, which will partially satisfy the levy. This amount represents the entire cash balance in the Four Rivers Investment account #596-166180. No accounts were found under the name and social security number of Thomas Seidel.

    Upon receipt of this draft, please provide A.G. Edwards & Sons, Inc. with a Release of Levy/Release of Property from Levy form 668-D so that we may close our file.

Sincerely,

*Harry A. Carr IV*

Harry A. Carr, IV
Administrative Paralegal

HAC/kh

Enclosure

cc: Four Rivers Investment Inc.
    Jane McKenzie/Branch 596
    Anthony Piazza/Branch 596

34042403.66

Ex. 5 pg. 1

EXHIBIT 5

| | | | | | |
|---|---|---|---|---|---|
| 0596 | 166180 | 1 | 41,007.32 | UME | April 24, 2003 |

Interoffice Batch

INTERNAL REVENUE SERVICE
FAO: FOUR RIVERS INVESTMENTS
TAX ID: 88-0411668
LEVY PROCEEDS

INTERNAL REVENUE SERVICE
CHECK # UME 01174496

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

1 N JEFFERSON
ST. LOUIS, MO 63103   0011

**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*
Member New York Stock Exchange, Inc.
Void After 90 Days

01174496
90-1769(3)/0815
April 24, 2003
$41,007.32

| BRANCH | ACCOUNT NO. | FC | TYPE |
|---|---|---|---|
| 0596 | 166180 | 26 | 1 |

PAY THE SUM OF    A.G.EDWARDS & SONS INC    *41007*32 CTS CIS

PAY TO THE ORDER OF

INTERNAL REVENUE SERVICE
FAO: FOUR RIVERS INVESTMENTS
TAX ID: 88-0411668
LEVY PROCEEDS

US Bank
St Louis, MO

Second Signature Required For Amounts Of
$25,000.00 And Over
Authorized Signature(s)

Ex. 5 pg. 2