WHEN RECORDED MAIL TO:

Internal Revenue Service

Attn: Lien Department Stop FR-5530

5104 N. Blythe Ave. Suite 102

Fresno, CA 93722-6429

Stephen L. Vagnini   RALICIA
Monterey County Recorder   4/03/2003
Recorded at the request of   10:02:52
Internal Revenue Service

DOCUMENT: 2003038231

Titles 1/ Pages  4
Fees   0 00
Taxes
Other
AMT PAID   $0 00

THIS SPACE FOR RECORDER'S USE ONLY

### TITLE OF DOCUMENT

Federal Tax Lien

RE: 63104181-JS

EXHIBIT 6

Form 668(Y)
(Rev January 1999)

**Department of the Treasury - Internal Revenue Service**

# Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Central California | 77033112615 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** Four Rivers Investments, Inc., A Corporation, as the Nominee, alter ego and/or transferee of Thomas E. Seidel

**Residence** 310 S. Carson
Carson City, NV 89701

**IMPORTANT RELEASE INFORMATION:** With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| CIVPEN (IRC 6672) | 03/30/1996 | [redacted] | 10/23/1996 | 11/22/2006 | $595,896.99 |

This Notice of Federal Tax Lien attaches to property or rights to property of, or held in the name of, Four Rivers Investments, Inc., a Corporation, as Nominee, alter ego and/or transfer of Thomas E. Seidel. This includes, but is not limited to the property described on the attached legal description. (APN: 003-211-017; 617, 619, 621, 623 Sherwood Drive, Salinas, California)

| Place of Filing | | |
|---|---|---|
| County Recorder Monterey County Salinas, CA 93901 | Total | $ 595,896.99 |

This notice was prepared and signed at Salinas, CA, on this,

the 2nd day of April, 2003.

Signature: [signed] Stephen Penrod

Title: Revenue Officer Badge No. 7701785

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y) Rev 1-99

Description: Monterey,CA Document-Year.DocID 2003.38231 Page: 2 of 4
Order: DD Comment:

No. ______

United States

vs.

# Notice of Tax Lien

Filed this ______ day of ______, 19__ at ______ m.

Clerk (or Register).

Form 668(Y) (Rev. [illegible])

## Excerpts From Internal Revenue Code

### Sec. 6321. Lien For Taxes.

[illegible]

### Sec. 6322. Period Of Lien.

[illegible]

### Sec. 6323. Validity and Priority Against Certain Persons.

(a) Purchasers, Holders Of Security Interests, Mechanic's Lienors, And Judgment Lien Creditors. — [illegible]

(f) Place For Filing Notice; Form.—

[illegible]

Note: See section 6323(b) for protection for certain interests even though notice of lien imposed by section 6321 is filed with respect to:

1. Securities
2. Motor vehicles
3. Personal property purchased at retail
4. Personal property purchased in casual sale
5. Personal property subjected to possessory lien
6. Real property tax and special assessment liens
7. Residential property subject to a mechanic's lien for certain repairs and improvements
8. Attorney's liens
9. Certain insurance contracts
10. Passbook loans

(g) Refiling Of Notice. — For purposes of this section -

(1) General Rule. — [illegible]

(2) Place For Filing. — [illegible]

[illegible]

(3) Required Refiling Period. — [illegible]

### Sec. 6325. Release Of Lien Or Discharge Of Property.

(a) Release Of Lien. — [illegible]

### Sec. 6103. Confidentiality and Disclosure of Returns and Return Information.

(k) Disclosure of Certain Returns and Return Information For Tax Administration Purposes. —

[illegible]

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Monterey, City of SALINAS, described as follows:

CERTAIN REAL PROPERTY SITUATE, LYING AND BEING IN THE RANCHO EL SAUSAL WITHIN CORPORATED LIMITS OF THE CITY OF SALINAS, IN THE COUNTY OF MONTEREY, STATE OF CALIFORNIA, BEING THAT CERTAIN 54.637 ACRE (BEFORE EXCEPTION) TRACT OF LAND CONVEYED FROM MONTEREY COUNTY TRUST AND SAVINGS BANK, A CORPORATION, AS TRUSTED TO HIROSHI IWASHIGE BY DEED DATED MARCH 25, 1943 AND RECORDED IN VOLUME 791 OF OFFICIAL RECORDS AT PAGE 229, RECORDS OF MONTEREY COUNTY.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PARCELS:

(1) ALL THAT PORTION CONVEYED TO EUGENIO CORPUS AND ELLENE CORPUS, HIS WIFE BY DEED DATED SEPTEMBER 22, 1969 AND RECORDED MAY 27, 1972 ON REEL 773 OFFICIAL RECORDS, AT PAGE 106.

(2) ALL THAT PORTION THEREOF LYING SOUTHERLY AND WESTERLY OF COURSE (15) AND THE NORTHWESTERLY EXTENTION THEREOF AS THE SAME IS SET FORTH IN THAT GRANT DEED EXECUTED BY GALE IWASHIGE, ET AL. TO FRANK KOSAKI HIBINO, ET AL DATED MARCH 13, 1957 RECORDED APRIL 8, 1957 IN VOLUME 1782, OFFICE RECORDS, PAGE 384, MONTEREY COUNTY RECORDS.

APN: 003-211-017

End of Legal Description



Description: Monterey, CA Document-Year.DocID 2003.38231 Page: 4 of 4
Order: DD Comment: