Sanctity of Contract

ESCROW OFFICE:
STEWART TITLE OF CALIFORNIA, INC
450 Lincoln, Suite 101
Salinas, California 93901
(831)424-0334/FAX (831)424-9867
www.stewartmonterey.com
Contact: JYME SMITH

# STEWART TITLE OF CALIFORNIA, INC.

PRELIMINARY REPORT

2ND AMENDED

PROPERTY ADDRESS:

7595 PINE TREE WAY
SALINAS, CA

OUR ORDER NO.: 63104181

REFERENCE NO: FOUR RIVERS

BUYER: ANNE CATHEY

In response to the above referenced application for a policy of title insurance, Stewart Title of California, Inc. hereby reports that is prepared to issue, or cause to be issued, as of the date hereof a Policy or Policies of Title Insurance describing the land at the estate or therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception in Schedule B or not excluded from coverage pursuant to the printed Schedules, Conditions, and Stipulations of said Policy forms.

The printed Exceptions and Exclusions from the coverage of said Policy or Policies are set forth in the attached list. Copies of the Policy forms should be read. They are available from the office which issued this report.

**Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit B of this report carefully, The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.**

**It is important to note that this preliminary report is not written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.**

THIS REPORT (AND ANY SUPPLEMENTS OR AMENDMENTS HERETO) IS ISSUED FOR THE PURPOSE OF FACILITATING THE ISSUANCE OF A POLICY OF TITLE INSURANCE AND NO LIABILITY IS ASSUMED HEREBY. IF IT IS DESIRED THAT LIABILITY BE ASSUMED PRIOR TO THE ISSUANCE OF A POLICY OF TITLE INSURANCE, A BINDER OR COMMITMENT SHOULD BE REQUESTED.

EXHIBIT
tabbies
10

## SCHEDULE A

Order No.: 63104181

Dated as of: October 26, 2004 at 7:30 A.M.

The form of policy of title insurance contemplated by this report is:

California Land Title Association Owners Policy

American Land Title Association Loan Policy

The estate or interest in the land hereinafter described or referred to covered by this report is:

A FEE AS TO PARCEL(S) I HEREIN DESCRIBED AND EASEMENT(S) MORE PARTICULARLY DESCRIBED AS TO PARCEL(S) II, III, IV, V, AND VI.

Title to said estate or interest at the date hereof is vested in:

FOUR RIVERS INVESTMENTS, INC., A NEVADA CORPORATION

The land referred to in this report is situated in the State of California, County of Monterey, in an Unincorporated Area and is described as follows:

SEE LEGAL ATTACHMENT

# LEGAL DESCRIPTION

Order No.: 63104181

The land referred to herein is situated in the State of California, County of Monterey, Unincorporated Area described as follows:

PARCEL I:

SITUATE IN THE COUNTY OF MONTEREY, STATE OF CALIFORNIA AND BEING A PART OF THE RANCHO BOLSA NUEVA Y MORO COJO AND BEING ALSO A PORTION OF LOT 6 AS SHOWN ON THE MAP ENTITLED, "PART OF THE RANCHO BOLSA NUEVA Y MORO COJO THE PROPERTY OF C.F. LANGLEY", FILED FOR RECORD JANUARY 10, 1893 IN VOLUME 1 OF SURVEYS AT PAGE 55, MONTEREY COUNTY RECORDS, BEING ALSO A PORTION OF THE LANDS CONVEYED BY MARIETTE V. ROWE TO ERNEST RAMEIL, ET UX, BY DEED DATED OCTOBER 6, 1959 AND RE-RECORDED OCTOBER 9, 1959 IN VOLUME 1996 AT PAGE 506, OFFICIAL RECORDS MONTEREY COUNTY, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS TO-WIT:

BEGINNING AT A 3" X 4" POST STANDING AT THE NORTHEASTERLY OR MOST NORTHERLY CORNER OF SAID LOT 6 THENCE RUNNING ALONG THE EASTERLY BOUNDARY THEREOF BEING THE EASTERLY BOUNDARY OF SAID LANDS OF RAMEIL

(1) SOUTH 18° 19' EAST 611.7 FEET TO A 3/4" PIPE AT THE NORTHEASTERLY CORNER OF THAT CERTAIN 1.233 ACRE TRACT OF LAND CONVEYED IN THE DEED FROM ERNEST RAMEIL ET UX, TO WAYNE VANDERPLUYM, ET UX, DATED SEPTEMBER 7, 1961 AND RECORDED OCTOBER 3, 1961 IN VOLUME 2189 OF OFFICIAL RECORDS AT PAGE 113, MONTEREY COUNTY RECORDS; THENCE LEAVING SAID EASTERLY BOUNDARY OF RAMEIL AND RUNNING ALONG THE NORTHWESTERLY BOUNDARY OF SAID TRACT CONVEYED TO VANDERPLUYM

(2) SOUTH 59° 00" WEST, 229.69 FEET TO A 3/4" PIPE SET; THENCE

(3) NORTH 24° 39' 30" WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(4) SOUTH 59° 00' WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(5) SOUTH 24° 29' 30" EAST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(6) SOUTH 59° 00' WEST 30.18 FEET TO AN 8" SPIKE SET HEREIN DESIGNATED "A" FOR FUTURE REFERENCE IN THIS DESCRIPTION; THENCE LEAVE LAST MENTIONED BOUNDARY

Continued on next page



STEWART TITLE
Guaranty Company

LEGAL DESCRIPTION - continued
Order No.:63104181

(7) NORTH 24° 39' 30" WEST 534.90 FEET TO A 3/4" PIPE SET ON THE NORTHWESTERLY BOUNDARY OF SAID LANDS OF RAMEIL; THENCE RUNNING ALONG LAST MENTIONED BOUNDARY THIS LINE SHOWN OF RECORD AS NORTH 48° 25' 30" EAST

(8) NORTH 48° 28' EAST, 361.29 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO DUANE B. CHASE AND FLORENCE M. CHASE, HUSBAND AND WIFE, BY DEED RECORDED MARCH 27, 1963 IN REEL 161, OFFICIAL RECORDS, PAGE 299.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO CARL A. BOYER AND BARBARA R. BOYER, HUSBAND AND WIFE, BY DEED RECORDED MARCH 10, 1964 IN REEL 295, OFFICIAL RECORDS, PAGE 52.

ALSO EXCEPTING FROM THE ABOVE DESCRIBED PARCEL AN UNDIVIDED 5/8 INTEREST IN AND TO A WELL-SITE DESCRIBED AS:

BEGINNING AT A POINT FROM WHICH THE SOUTHWESTERLY CORNER OF THE ABOVE DESCRIBED PARCEL (AFTER EXCEPTIONS) BEARS SOUTH 32° 57' EAST, 20.00 FEET AND SOUTH 57° 03' WEST, 52.39 FEET.

(1) NORTH 32° 57' WEST, 20 FEET TO A POINT; THENCE

(2) NORTH 57° 03' EAST, 20 FEET TO A POINT; THENCE

(3) SOUTH 32° 57' EAST, 20 FEET TO A POINT; THENCE

(4) SOUTH 57° 03' WEST, 20 FEET TO A POINT OF BEGINNING.

PARCEL II:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES OVER A STRIP OF LAND 20 FEET WIDE DESCRIBED BY ITS EASTERLY BOUNDARY AS BEGINNING AT THE ABOVE REFERRED TO SPIKE DESIGNATED "A" AND RUNNING THENCE NORTH 24° 39' 30" WEST 270.21 FEET TO A POINT.



Continued on next page

LEGAL DESCRIPTION - continued
Order No.:63104181

PARCEL III:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES 60 FEET IN WIDTH DESCRIBED BY ITS CENTERLINE AS BEGINNING AT THE ABOVE-DESIGNATED "A" THENCE SOUTH 24° 39' 30" EAST, 402.46 FEET TO LANGLEY CANYON ROAD.

PARCEL IV:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS SOUTHERLY BOUNDARY AS BEGINNING AT POINT "A" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO DUANE B. CHASE AND FLORENCE M. CHASE, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 27, 1963 IN REEL 161 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 299, THENCE NORTH 57° 03' EAST, 165.00 FEET TO A STATION.

PARCEL V:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "A" SET FORTH UNDER PARCEL IV HEREIN, THENCE SOUTH 24° 39' 30" EAST, 135.00 FEET TO A STATION.

PARCEL VI:

A RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "B" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO CARL A. BOYER AND BARBARA R. BOYER, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 10, 1964 IN REEL 295 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 52, THENCE RUNNING SOUTH 24° 39' 30" EAST 115.00 FEET TO "C" THEREIN.

A.P.N.: 127-281-025 (PARCEL I)
127-281-026 (WELL LOT)

Order No. 63104181

## SCHEDULE B

**At the date hereof, exceptions to coverage in addition to the printed exceptions and exclusions in a Policy of Title Insurance are as follows:**

1. General and Special City and/or County Taxes, including any personal property tax and any assessments collected with taxes, for the fiscal year 2004 - 2005:
   A. P. No. :127-281-025
   Code Area :099-017
   1st Inst. :$223.07, Due; Delinquent after 12/10/04
   2nd Inst. :$223.07, Due; Delinquent after 04/11/05
   Land :$31,627.00
   Imp. :$7,864.00
   Exempt. :$-0-

2. General and Special City and/or County Taxes, including any personal property tax and any assessments collected with taxes, for the fiscal year 2004 - 2005:
   A. P. No. :127-281-026
   Code Area :099-017
   1st Inst. :$1.07, Due; Delinquent after 12/10/04
   2nd Inst. :$1.07, Due; Delinquent after 04/11/05
   Land :$-0-
   Imp. :$-0-
   Exempt. :$-0-

   Affects : Well Lot.

3. The lien of supplemental taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California.

4. Premises may lie within the boundaries of the Monterey Regional Water Pollution Control Agency and may be subject to assessments and obligations therein. Verification of current status should be made prior to the close of this transaction.
   Phone No.: (831) 372-2385

5. An easement for the purpose shown below and rights incidental thereto as reserved in a document:
   Reserved by: Ernest Rameil and Madeline C. Rameil, his wife
   Purpose : Road and utility.
   Recorded : March 20, 1963, in Reel 158, page 433, of Official Records of Monterey County.
   Affects : As described therein.

6. Terms and Conditions as contained in an Agreement
   By and Between : Dorothy Mortlock, et al
   Recorded : January 13, 1965 in Reel 384, page 1078, Official Records.

7. A Notice of Pendency of Building Permit Violation:
   By : The Monterey County Planning and

Continued on next page

SCHEDULE "B" CONTINUED:
Order No. 63104181

| | |
|---|---|
| | Building Inspection Department |
| Recorded: | October 16, 1992 in Reel 2859, page 1312, Official Records. |

Said Notice recites the violation as follows:

This Pendency is being put on because there has been no inspections within the 180 days required by code..

8. Deed of Trust to secure an indebtedness in the amount shown below, and any other obligations secured thereby:

| | | |
|---|---|---|
| Amount | : | $269,000.00 |
| Dated | : | September 28, 2004 |
| Trustor | : | Four Rivers Investments, Inc., a Nevada Corporation |
| Trustee | : | Stewart Title of California, Inc., a California corporation |
| Beneficiary | : | Evelyn L. Olds, surviving joint tenant |
| Recorded | : | October 20, 2004, Recorder's Series No. 2004111810, Official Records of Monterey County. |
| Loan No. | : | None Shown |

9. Notice of Federal Tax Lien against Four Rivers Investments, Inc., a corporation, in the amount of $595,896.99, plus costs, interest and additional taxes recorded April 3, 2003 as Recorder's Series No. 2003038231 of Official Records.

10. This Company will require the following documents in order to insure a conveyance or encumbrance by the corporation or unincorporated association named below:

Corporation: Four Rivers Investments, Inc., a Nevada corporation

(a) A copy of the Corporation By-Laws or Articles.

(b) An original or certified copy of the Resolution authorizing the subject transaction.

(c) If the Articles or By-Laws require approval by a "Parent" organization, we will also require a copy of those By-Laws or Articles.

Continued on next page

SCHEDULE "B" CONTINUED:
Order No. 63104181

(d) If an unincorporated association, a statement pursuant to applicable law ( such as California Corporation Code Section 20002). The right is reserved to add requirements or additional items after completion of such review.

NOTES:

NOTE 1:
This report is preparatory to the issuance of an ALTA Loan Policy of Title Insurance. We have no knowledge of any fact which would preclude the issuance of said ALTA Loan Policy with Endorsements 100 and 116 attached.

The Property Address of said land herein is known as:

7595 PINE TREE WAY
SALINAS, CA

NOTE 2:
There are no conveyances affecting said land recorded within two (2) years of the date of this report, except the following:

GRANT DEED:

Grantor : Evelyn L. Olds, Surviving Joint Tenant
Grantee : Four Rivers Investments, Inc., a Nevada corporation
Recorded: October 20, 2004, Recorder's Serial No: 2004111809, of Official Records of Monterey County.

NOTE 3:
Short Term Rate applicable:
NO

NOTE 4:
California "Good Funds" Law

Effective January 1, 1990, California Insurance Code Section 12413.1 (Chapter 598, Statutes of 1989) prohibits a title insurance company, controlled escrow company, or underwritten title company from disbursing funds from an escrow or sub-escrow account, (except for funds deposited by WIRE TRANSFER or ELECTRONIC PAYMENT) until the day those funds are made available to the depositor pursuant to Part 229 of Title 12 of the Code of

Continued on next page

SCHEDULE "B" CONTINUED:
Order No. 63104181

NOTE (Continued):
Federal Regulations, (REG.CC). Items such as CASHIER'S, CERTIFIED OR TELLERS CHECKS may by available for disbursement on the business day following the business day of deposit, however, other forms of deposits may cause extended delays in closing the escrow or sub-escrow.

STEWART TITLE OF CALIFORNIA, INC. will not be responsible for accruals of interest or other charges resulting from compliance with the disbursement restrictions imposed by State law.

JS/HM/EH 09/14/04




Description: Monterey,CA Assessor Map 127.28 Page 1 of 1 Only
Order: VV Comment: