**************** -IND. XMT JOU    IL- ***************** DATE NOV-01-    )4 ***** TIME 11:40 *********

| | | |
|---|---|---|
| DATE/TIME | = | NOV-01-2004 11:36 |
| JOURNAL No. | = | 08 |
| COMM. RESULT | = | OK |
| PAGE(S) | = | 006 |
| DURATION | = | 00:03:50 |
| FILE No. | = | 920 |
| MODE | = | TRANSMISSION |
| DESTINATION | = | 96432051 |
| RECEIVED ID | = | / 831 643 2051 |
| RESOLUTION | = | STD |

-IRS SALINAS CA -

************************************** - - ***** - 831 771 1234- **********



EXHIBIT
tabbies
11

**Pobre Alan D**

**From:** Pobre Alan D
**Sent:** Friday, October 29, 2004 6:36 PM
**To:** 'vrseidel@msn.com'
**Subject:** Discharge Docs

FAX 831-643-2051
Hi Vicki, Tel. 831-424-0334

Thanks for all your explanation of the facts and circumstances of the conveyance of the property to Four Rivers and for the information you shared with me about the property itself.

Attached are Publication 783 and Form 8821.

Pub 783 Instr Discharge Appl.p...

F8821 Tax Information Authori...

In Publication 783, please be sure to go through information items 1 - 14. In your application, you may simply state that certain items have been previously provided by the Escrow Officer, and you need only respond to the other items on which you know I do not have the information. Note that you are asked to state whether you are requesting the discharge of the property from the tax lien for $0.00 or for some specific amount.

Your "appointee" in F8821 would normally be the Escrow Officer, to whom I or my designee may need to disclose tax information as part of the process.

I recommend that you send your application and the completed F8821 to me by fax transmission.

Have a good weekend.

*Alan Pobre*

Technical Services, Advisory 14
55 Plaza Circle, Ste. A-200
Salinas, CA 93906
Tel. 831-771-1240, Ext. 51
Fax 831-771-1234

Instructions on how to apply for

# Certificate of Discharge of Property From Federal Tax Lien

**Since there is no standard form available for an application for a certificate of discharge of property from a Federal tax lien, a typewritten request will be considered as an application. Submit your written request and all accompanying documents in duplicate to:**

**INTERNAL REVENUE SERVICE**
**Technical Services, Advisory 14**
**55 Plaza Circle, Suite A-200**
**Salinas, CA 93901**

**Attn: Alan Pobre**

Give date of application.

## Information required on application

Please give the name and address of the person applying under section **6325(b)** of the Internal Revenue Code, for a certificate of discharge. See the reverse of this publication for applicable Internal Revenue Code sections. Give the name and address of the taxpayer, and describe the property as follows:

1. Give a detailed description, including the location of the property for which you are requesting the certificate of discharge. If real property is involved, submit a legible copy of the title or deed to the property, and the complete address (street, city, state). If the certificate is requested under section **6325(b)(1),** also give a description of all the taxpayer's remaining property subject to the lien.

2. Show how and when the taxpayer has been or will be, divested of all rights, title and interest in and to the property for which a certificate of discharge is requested.

3. Attach a copy of each notice of Federal tax lien, or furnish the following information as it appears on each filed notice of Federal tax lien:
   a. The name of the Internal Revenue District;
   b. The name and address of the taxpayer against whom the notice was filed;
   c. The serial number shown on the lien;
   d. The taxpayer social security number or employer identification number shown on the lien; and
   e. The date and place the notice was filed.

4. In lieu of the above, a preliminary title report may be substituted listing the required information.

5. List the encumbrances (or attach a copy of the instrument that created each encumbrance) on the property, which you believe, have priority over the Federal tax lien. For each encumbrance show:
   a. The name and address of the holder.
   b. A description of the encumbrance.
   c. The date of the agreement.
   d. The date and place of the recording, if any.
   e. The original principal amount and the interest rate.
   f. The amount due as of the date of the application, if known (show costs and accrued interest separately).
   g. Your family relationship, if any, to the taxpayer and to the holders of any other encumbrances on the property.

6. In lieu of the above, a preliminary title report may be substituted listing the required information.

7. Itemize all proposed or actual costs, commissions and expenses of any transfer or sale associated with the property.

8. Furnish information to establish the value of the property, if the certificate is requested under section **6325(b)(1)** furnish an estimate of the fair market value of the property, which will remain subject to the lien. In addition,
   a. If private sale-Submit written appraisals by two disinterested people qualified to appraise the property, and a brief statement of each appraiser's qualification.
   b. If public sale (auction) already held-Give the date and place the sale was held, and the amount for which the property was sold.
   c. If public sale (auction) to be held-Give the proposed date and place of the sale, and include a statement that the United States will be paid in the proper priority from the proceeds of the sale.

9. Give any other information that might, in your opinion, have bearing upon the application, such as pending judicial actions.

10. The District Director may request that you furnish additional information.

11. If you are submitting the application under the provisions of section **6325(b)(3),** dealing with the substitution of proceeds of sale, attach a copy of the proposed agreement containing the following:
   a. The name and address of the proposed escrow agent.
   b. The caption, type of account, name and address of depositary for the account.
   c. The condition under which the escrow funds are to be held.

d. The conditions under which payment will be made from escrow, including the limitation for negotiated settlement of claims against the fund.
e. The estimated costs of the escrow.
f. The name and address of any other party you and the District Director determine to be a party to the escrow agreement.
g. Your signature, and those of the escrow agent, the District Director and any other party to the escrow agreement; and
h. Any other specific information the District Director requests.

12. Give the name, address and telephone number where you may be reached.

13. Give the name, address and telephone number of your attorney or other representative, if any.

14. Make the following declaration over your signature and title: "Under penalties of perjury, I declare that I have examined this application, including any accompanying schedules, exhibits, affidavits, and statements, and to the best of my knowledge and belief it is true, correct, and complete."

## Additional Information

Please follow the instructions in this publication when applying for a Certificate of Discharge of Property From Federal Tax Lien.

The District Director has the authority to issue a certificate of discharge of a lien that is filed on any part of a taxpayer's property subject to the lien. The following sections and provisions of the Internal Revenue Code applies:

**Section 6325(b)(1)**-A specific property may be discharged; if the taxpayer's property remaining subject to the lien has a Fair Market Value (FMV) which is double the sum of the balance due a) all Federal Tax Liens b) all other liens. (FMV=(a+b)x2)

**Section 6325(b)(2)(A)**-If there is paid in partial satisfaction of the liability secured by the lien an amount determined to be not less than the value of the interest of the United States in the property to be discharged.

**Section 6325(b)(2)(B)**-It is determined that the interest of the United States in the property to be discharged has no value.

**Section 6325(b)(3)**-If the property subject to the lien is sold, and, under an agreement with the Internal Revenue Service, the proceeds from the sale are to be held as a fund subject to the liens and claims of the United States in the same manner and with the same priority as the liens and claims on the discharged property.

**Section 6325(b)(4)**-At the request of the non-taxpayer owner, a discharge will be issued on any property subject to a lien. But the owner must deposit an amount equal to the value of the government's interest or furnish an acceptable bond in an amount subject to the government's interest in the property.

1. No payment is required for the issuance of a certificate under **section 6325(b)(1) or 6325(b)(2)(B)** of the Internal Revenue Code. Payment is required for certificates issued under **section 6325(b)(2)(A).** Do not send the payment with your application. The District Director will notify you after determining the amount due.

2. The District Director will have your application investigated to determine whether to issue the certificate, and will let you know the outcome.

3. A certificate of discharge under **section 6325(b)(2)(A)** will be issued upon receipt of the amount determined to be the interest of the United States in the subject property under the Federal tax lien. Make payments in cash, or by a certified, cashier's, or treasurer's check. It must be drawn on any bank or trust company incorporated under the laws of the United States, or of any state, or possession of the United States. Payment can also be made by United States postal, bank, express or telegraph money order. (If you pay by uncertified personal check, issuance of the certificate of discharge will be delayed until the bank honors the check.)

4. If application is made under **sections 6325(b)(2)(A) or 6325(b)(3)** and is for the sale of a principal residence, the taxpayer may be eligible for a relocation expense allowance based on an inability to pay, and subject to limitations. This allowance will be taken from sale proceeds and will not reduce the tax liability. To apply for the allowance complete and submit **Form 12451** *Request for Relocation Expense Allowance*, **with** the application for discharge.

5. If application is made under the provisions of **section 6325(b)(2)(A), or 6325(b)(2)(B)** because a mortgage foreclosure is contemplated, there will be a determination of the amount required for discharge or a determination that the Federal tax lien interest in the property is valueless.

Within 30 days from the date of the application, the applicant will receive a written conditional commitment for a certificate of discharge. When the foreclosure proceeding has been concluded, a certificate of discharge will be issued in accordance with the terms of the commitment letter. Also, see Publication 487, *How to Prepare Application Requesting the United States to Release Its Right to Redeem Property Secured by a Federal Tax Lien.*

6. If application is made under the provisions of **section 6325(b)(3)**, the District Director has the authority to approve an escrow agent selected by the applicant. Any reasonable expenses incurred in connection with sale of the property, the holding of the fund, or the distribution of the fund shall be paid by the applicant or from the proceeds of the sale before satisfaction of any claims or liens. Submit a copy of the proposed escrow agreement as part of the application.

7. A certificate of discharge under section 6325(b)(4) will be issued when an amount equal to the United States interest in the property is received. The United States interest in the property may be made in the form of cash, other certified funds, or the posting of a bond acceptable to the Secretary.

8. Submit Form 12180, *Third Party Authorization*. Completing this document gives the Internal Revenue Service the authority to contact individuals or companies, if necessary, when determining if the discharge is appropriate.

9. Provide the name, address, and telephone number of your attorney or representative as well as the closing attorney or Settlement Company.

IRS
Department of the Treasury
**Internal Revenue Service**
Publication 783 (Rev.1-2000)
Catalog Number 46755I

Form **8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

OMB No. 1545-1165
**For IRS Use Only**
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.**

| Taxpayer name(s) and address (please type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| | Daytime telephone number ( ) | Plan number (if applicable) |

**2 Appointee.**

Name and address (please type or print)

CAF No.
Telephone No. ( )
Fax No. ( )
Check if new: Address
Telephone No.

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) . . . . . ▶
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you **must** check the box on line 5a or b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . ▶

**b** If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . ▶

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . . . ▶
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

Signature Date | Signature Date

Print Name Title (if applicable) | Print Name Title (if applicable)

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use **Form 2848,** Power of Attorney and Declaration of Representative.

Use **Form 56,** Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

**Partnership items.** Sections 6221–6231 authorize a Tax Matters Partner to perform certain acts on behalf of an affected partnership. Rules governing the use of Form 8821 do not replace any provisions of these sections.

**When to file.** Form 8821 must be received by the IRS within 60 days of the date it was signed and dated by the taxpayer.

**Where to file.** Generally, mail or fax Form 8821 directly to the Centralized Authorization File (CAF) Unit at the service center where the related return was, or will be, filed. To find the service center address, see the related tax return instructions. To get the fax number, call **1-800-829-1040.**

If Form 8821 is for a specific tax matter, mail or fax it to the office handling that matter. For more information, see the instructions for line 4.

## Specific Instructions

### Line 1—Taxpayer information

***Individuals.*** Enter your name, TIN, and your street address in the space provided. **Do not** enter your appointee's address or post office box. If a joint return is used, also enter your spouse's name and TIN. Also enter your EIN if applicable.

***Corporations, partnerships, or associations.*** Enter the name, EIN, and business address.

***Employee plan.*** Enter the plan name, EIN of the plan sponsor, three-digit plan number, and business address of the plan sponsor.

***Trust.*** Enter the name, title, and address of the trustee, and the name and EIN of the trust.

***Estate.*** Enter the name, title, and address of the decedent's executor/personal representative, and the name and identification number of the estate. The identification number for an estate includes both the EIN, if the estate has one, and the decedent's TIN.

**Line 2—Appointee.** Enter your appointee's full name. Use the identical full name on all submissions and correspondence. If you wish to name more than one appointee, indicate so on this line and attach a list to the form.

**Note:** *Only the first three appointees you list will be input on the CAF.*

Enter the nine-digit CAF number for each appointee. If an appointee has a CAF number for any previously filed Form 8821 or power of attorney (Form 2848), use that number. If a CAF number has not been assigned, enter "NONE," and the IRS will issue one directly to your appointee.

The CAF number is a number that the IRS assigns to appointees. The appointee's CAF number must be used on all future Forms 8821 or 2848. The IRS does not assign CAF numbers to requests for employee plans and exempt organizations.

**Line 3—Tax matters.** Enter the type of tax, the tax form number, the years or periods, and the specific tax matter. Enter "Not applicable," in any of the columns that do not apply.

In **column (c),** write the years using the YYYY format, for example, "2000." **Do not** use general references such as "all years," or "all periods." If you do, your application will be returned.

You may list any prior years or periods, but for future periods, you are limited to the 3 future periods that end no later than 3 years after the date Form 8821 is received by the IRS. For **employment tax** or **excise tax** returns, enter the applicable quarters of the tax year. For **estate tax** returns, enter the date of the decedent's death instead of the year or period.

In **column (d),** enter any specific information you want the IRS to provide. Examples of column (d) information are: transcript of an account, a balance due amount, a specific tax schedule, or a tax liability.

For requests regarding a **foreign certification** shown on **Form 6166,** Certification of Filing A Tax Return, enter "Form 6166" in column (d) and check the box on line 4.

**Line 4—Specific use not recorded on CAF.** Generally, the IRS records all tax information authorizations on the CAF system. However, authorizations relating to a specific issue are not recorded.

Check the box on line 4 if Form 8821 is filed for any of the following reasons: (1) requests to disclose information to loan companies or educational institutions, (2) requests to disclose information to Federal or state agency investigators for background checks, (3) civil penalty issues, (4) trust fund recovery penalty, (5) application for EIN, or (6) claims filed on **Form 843,** Claim for Refund and Request for Abatement. If you check the box on line 4, your appointee should mail or fax Form 8821 to the IRS office handling the matter. Otherwise, your appointee should bring a copy of Form 8821 to each appointment to inspect or receive information. A specific use tax information authorization does not automatically revoke any prior tax information authorizations.

**Line 6—Retention/revocation of tax information authorizations.** Check the box on this line and attach a copy of the tax information authorization you do not want to revoke.

To revoke an existing authorization, send a copy of the previously executed Form 8821 to the IRS office where it was filed. Write "REVOKE" across the top of the form and sign your name again under the existing signature (line 7). If you do not have a copy of the prior Form 8821, send a letter to the IRS office where you filed it. The letter must indicate that the authority of the tax information authorization is revoked and must be signed by the taxpayer. Include the name and address of each appointee whose authority is revoked.

**Note:** *Filing Form 8821 does not revoke any Form 2848 that is in effect.*

### Line 7—Signature of taxpayer(s)

***Individuals.*** You must sign and date the authorization. **Either** husband or wife must sign if Form 8821 applies to a joint return.

***Corporations.*** Generally, Form 8821 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer, and (4) any other person authorized to access information under section 6103(e).

***Partnerships.*** Generally, Form 8821 can be signed by any person who was a member of the partnership during any part of the tax period covered by Form 8821. See **Partnership items** above.

***All others.*** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Form 8821 is provided by the IRS for your convenience and its use is voluntary. If you designate an appointee to inspect and/or receive confidential tax information, you are required by section 6103(c) to provide the information requested on the form. Under section 6109, you must disclose your social security number (SSN), employer identification number (EIN), or individual taxpayer identification number (ITIN). If you do not provide all the information requested on this form, we may not be able to honor the authorization.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia for use in administering their tax laws. We may also give this information to other countries pursuant to tax treaties.

You are not required to provide the information requested on a form unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Disclosure of the information on this form may be made as provided in section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping,** 7 min.; **Learning about the law or the form,** 12 min.; **Preparing the form,** 24 min.; **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send Form 8821 to this address. Instead, see **Where to file** on this page.