# FACSIMILE TRANSMISSION

SMALL BUSINESS/SELF-EMPLOYED DIVISION
COMPLIANCE FIELD OPERATIONS – TECHNICAL SERVICES

INTERNAL REVENUE SERVICE
55 PLAZA CIRCLE, STE. A-200
SALINAS, CA 93901

November 10, 2004

TO: JYME SMITH
Stewart Title of California, Inc
**Fax 831-424-9867**
Tel. 831-424-0334

From: Alan Pobre, Advisor
Technical Services Group 14
**Fax 831-771-1234**
Tel. 831-771-1240, Ext. 51

Subj: 7595 Pine Tree Way

Page 1 of 6

---

Nancy:

Ref. Escrow 63104181

Following is our Commitment Letter to discharge the subject property from the federal tax lien/s, subject to conditions enumerated in the letter.

If you have any questions, please call me.

EXHIBIT
14

**CONFIDENTIALITY NOTICE: This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone call, or return the communication to the address above via the United States Postal Service. Thank you.**

*************** -IND. XMT JOURNAL- *************** DATE NOV-10-2004 ***** TIME 17:38 ********

| | | |
|---|---|---|
| DATE/TIME | = | NOV-10-2004 17:35 |
| JOURNAL No. | = | 03 |
| COMM. RESULT | = | OK |
| PAGE(S) | = | 006 |
| DURATION | = | 00:01:51 |
| FILE No. | = | 314 |
| MODE | = | TRANSMISSION |
| DESTINATION | = | 918314249867 |
| RECEIVED ID | = | |
| RESOLUTION | = | STD |

-IRS COLLECTIONS -

************************************ - - ***** - 408 817 6545- *********

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION
COMPLIANCE FIELD OPERATIONS – TECHNICAL SERVICES, ADVISORY

55 PLAZA CIRCLE, SUITE A-200
SALINAS, CA 93901

November 10, 2004

**STEWART TITLE OF CALIFORNIA, INC.**
Jyme Smith, Escrow Officer
450 Lincoln, Suite 101
Salinas, CA 93901

Escrow No. 63104181
Taxpayer: Four Rivers Investments Inc., as nominee, alter-ego, or transferee of Thomas E. Seidel
Property: 7595 Pine Tree Way, Salinas, 93907

Dear Ms. Jyme Smith:

Mrs. Vicki R. Seidel's application, as sole officer of Four Rivers Investments Inc., for a Certificate of Discharge under the provisions of Section 6325(b)(2)(A) of the Internal Revenue Code has been investigated. Based on the information furnished, we have determined that the interest of the United States under the Federal Tax lien outstanding against the taxpayer named above in the following described property is at present approximately ONE HUNDRED SIXTY-ONE THOUSAND THREE HUNDRED THIRTY-FOUR AND 55/100 ($161,334.55.00).

Property description:

See Attachment, "Legal Description"

A certificate of discharge will not be issued if any payment is made from the loan to the taxpayer named above or to either Vicki or Thomas Seidel, or to any person whose interest is not prior to the Federal tax liens, or if any amount is disbursed against any claim not previously listed in escrow and disclosed to us.

The amount stated above represents the balance of the proceeds from the sale of the property after payment to the holders of encumbrances that are prior to the Federal tax liens and after payments of necessary and reasonable expenses of the sale. The amount, when paid, will be applied in the best interest of the government and, for this reason, such amount may not be designated in any manner.

Unless later circumstances disclose the interest of the United States in the property to be greater than the amount shown, we will issue a Certificate discharging the property from the federal tax liens outstanding against the taxpayer named above, upon receipt of the following:

1. Payment of ONE HUNDRED SIXTY-ONE THOUSAND THREE HUNDRED THIRTY-FOUR AND 55/100 ($161,334.55.00).

2. A certified closing statement.

3. A copy of the new Grant Deed.

You are allowed to advertise that you have obtained a conditional commitment to discharge the property described above from the Federal tax liens.

This commitment letter will be valid for a period of fifteen (15) days from the date hereon. Recordation costs are not payable by the Internal Revenue Service.

Please make check payable to the Treasury Department. Mail payment, required documents, and correspondence to the attention of Alan Pobre, Advisor, at:

Internal Revenue Service
Technical Services Group 14
55 Plaza Circle, Ste. A-200
Salinas, CA 93901

If you have any questions, please contact Alan Pobre at (813) 771-1240, Extension 51.

Sincerely,

G. Kinkade

GERALD L. KINKADE
Manager, Technical Services Advisory 14
Technical Territory West, Area 12/13

Attch: ~~Exhibit A~~ "Legal Description"

Cc: Four Winds Investments Inc.,
Vicki R. Seidel, Officer

## LEGAL DESCRIPTION

Order No.: 63104181

The land referred to herein is situated in the State of California, County of Monterey, Unincorporated Area described as follows:

PARCEL I:

SITUATE IN THE COUNTY OF MONTEREY, STATE OF CALIFORNIA AND BEING A PART OF THE RANCHO BOLSA NUEVA Y MORO COJO AND BEING ALSO A PORTION OF LOT 6 AS SHOWN ON THE MAP ENTITLED, "PART OF THE RANCHO BOLSA NUEVA Y MORO COJO THE PROPERTY OF C.F. LANGLEY", FILED FOR RECORD JANUARY 10, 1893 IN VOLUME 1 OF SURVEYS AT PAGE 55, MONTEREY COUNTY RECORDS, BEING ALSO A PORTION OF THE LANDS CONVEYED BY MARIETTE V. ROWE TO ERNEST RAMEIL, ET UX, BY DEED DATED OCTOBER 6, 1959 AND RE-RECORDED OCTOBER 9, 1959 IN VOLUME 1996 AT PAGE 506, OFFICIAL RECORDS MONTEREY COUNTY, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS TO-WIT:

BEGINNING AT A 3" X 4" POST STANDING AT THE NORTHEASTERLY OR MOST NORTHERLY CORNER OF SAID LOT 6 THENCE RUNNING ALONG THE EASTERLY BOUNDARY THEREOF BEING THE EASTERLY BOUNDARY OF SAID LANDS OF RAMEIL

(1) SOUTH 18° 19' EAST 611.7 FEET TO A 3/4" PIPE AT THE NORTHEASTERLY CORNER OF THAT CERTAIN 1.233 ACRE TRACT OF LAND CONVEYED IN THE DEED FROM ERNEST RAMEIL ET UX, TO WAYNE VANDERPLUYM, ET UX, DATED SEPTEMBER 7, 1961 AND RECORDED OCTOBER 3, 1961 IN VOLUME 2189 OF OFFICIAL RECORDS AT PAGE 113, MONTEREY COUNTY RECORDS; THENCE LEAVING SAID EASTERLY BOUNDARY OF RAMEIL AND RUNNING ALONG THE NORTHWESTERLY BOUNDARY OF SAID TRACT CONVEYED TO VANDERPLUYM

(2) SOUTH 59° 00" WEST, 229.69 FEET TO A 3/4" PIPE SET; THENCE

(3) NORTH 24° 39' 30" WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(4) SOUTH 59° 00' WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(5) SOUTH 24° 29' 30" EAST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(6) SOUTH 59° 00' WEST 30.18 FEET TO AN 8" SPIKE SET HEREIN DESIGNATED "A" FOR FUTURE REFERENCE IN THIS DESCRIPTION; THENCE LEAVE LAST MENTIONED BOUNDARY

Continued on next page



STEWART TITLE
Guaranty Company

LEGAL DESCRIPTION - continued
Order No.:63104181

(7) NORTH 24° 39' 30" WEST 534.90 FEET TO A 3/4" PIPE SET ON THE NORTHWESTERLY BOUNDARY OF SAID LANDS OF RAMEIL; THENCE RUNNING ALONG LAST MENTIONED BOUNDARY THIS LINE SHOWN OF RECORD AS NORTH 48° 25' 30" EAST

(8) NORTH 48° 28' EAST, 361.29 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO DUANE B. CHASE AND FLORENCE M. CHASE, HUSBAND AND WIFE, BY DEED RECORDED MARCH 27, 1963 IN REEL 161, OFFICIAL RECORDS, PAGE 299.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO CARL A. BOYER AND BARBARA R. BOYER, HUSBAND AND WIFE, BY DEED RECORDED MARCH 10, 1964 IN REEL 295, OFFICIAL RECORDS, PAGE 52.

ALSO EXCEPTING FROM THE ABOVE DESCRIBED PARCEL AN UNDIVIDED 5/8 INTEREST IN AND TO A WELL-SITE DESCRIBED AS:

BEGINNING AT A POINT FROM WHICH THE SOUTHWESTERLY CORNER OF THE ABOVE DESCRIBED PARCEL (AFTER EXCEPTIONS) BEARS SOUTH 32° 57' EAST, 20.00 FEET AND SOUTH 57° 03' WEST, 52.39 FEET.

(1) NORTH 32° 57' WEST, 20 FEET TO A POINT; THENCE

(2) NORTH 57° 03' EAST, 20 FEET TO A POINT; THENCE

(3) SOUTH 32° 57' EAST, 20 FEET TO A POINT; THENCE

(4) SOUTH 57° 03' WEST, 20 FEET TO A POINT OF BEGINNING.

PARCEL II:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES OVER A STRIP OF LAND 20 FEET WIDE DESCRIBED BY ITS EASTERLY BOUNDARY AS BEGINNING AT THE ABOVE REFERRED TO SPIKE DESIGNATED "A" AND RUNNING THENCE NORTH 24° 39' 30" WEST 270.21 FEET TO A POINT.



Continued on next page

LEGAL DESCRIPTION - continued
Order No.:63104181

PARCEL III:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES 60 FEET IN WIDTH DESCRIBED BY ITS CENTERLINE AS BEGINNING AT THE ABOVE-DESIGNATED "A" THENCE SOUTH 24° 39' 30" EAST, 402.46 FEET TO LANGLEY CANYON ROAD.

PARCEL IV:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS SOUTHERLY BOUNDARY AS BEGINNING AT POINT "A" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO DUANE B. CHASE AND FLORENCE M. CHASE, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 27, 1963 IN REEL 161 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 299, THENCE NORTH 57° 03' EAST, 165.00 FEET TO A STATION.

PARCEL V:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "A" SET FORTH UNDER PARCEL IV HEREIN, THENCE SOUTH 24° 39' 30" EAST, 135.00 FEET TO A STATION.

PARCEL VI:

A RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "B" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO CARL A. BOYER AND BARBARA R. BOYER, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 10, 1964 IN REEL 295 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 52, THENCE RUNNING SOUTH 24° 39' 30" EAST 115.00 FEET TO "C" THEREIN.

A.P.N.: 127-281-025 (PARCEL I)
127-281-026 (WELL LOT)