DO NOT ACCEPT THIS CHECK UNLESS THE PINK LOCK & KEY ICONS FADE WHEN WARMED AND YOU CAN SEE A PENTAGON-SHAPED TRUE WATERMARK WHEN HELD TO THE LIGHT

**stewart**
title of california, inc.
**MONTEREY DIVISION**
**ESCROW TRUST ACCOUNT**
450 LINCOLN AVENUE, SUITE 101
P.O. BOX 157
SALINAS, CALIFORNIA 93901
(831) 424-0334

First National Bank of Central California
495 Washington Street
Monterey, California 93940
11-49/1210

63-103971

File : 63104181 11/16/2004

Pay One Hundred Sixty One Thousand Three Hundred Thirty Four and 55/100 Dollars **$161,334.55

To the order of

Treasury Department
Attn: Alan Pobre, Advisor
Internal Revenue Service
Technical Services Group 14
55 Plaza Circle, Ste A-200
Salinas, CA 93901

Void after 150 days
Two signatures required

VOID COPY

⑈63103971⑈ ⑆121140713⑆ 41096066⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS—COLOR WILL FADE AND THEN REAPPEAR ON AN AUTHENTIC CHECK—IF COLOR DOES NOT FADE DO NOT ACCEPT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. PLEASE DETACH BEFORE DEPOSITING.
Stewart Title of California, Inc. * Monterey County Division * Escrow Trust Account *

First National Bank of Central California
495 Washington Street
Monterey, California 93940

63-103971

File : 63104181 11/16/2004

**$161,334.55

Buyer/Borrower: Anne Evelyn Cathey, Trustee
Seller : Four Rivers Investment , Inc. a Nevada Corporation
Property Address : 7595 Pine Tree Way Salinas, CA 93907
**Escrow Officer : Jyme Smith**
(1317) Tax Lien - $161,334.55

EXHIBIT
15