DO NOT ACCEPT THIS CHECK UNLESS THE PINK LOCK & KEY ICONS FADE WHEN WARMED AND YOU CAN SEE A PENTAGON-SHAPED TRUE WATERMARK WHEN HELD TO THE LIGHT

**stewart**
title of california, inc.
**MONTEREY DIVISION**
**ESCROW TRUST ACCOUNT**
450 LINCOLN AVENUE, SUITE 101
P.O. BOX 157
SALINAS, CALIFORNIA 93901
(831) 424-0334

First National Bank of Central California
495 Washington Street
Monterey, California 93940
11-49/1210

63-105626

File : 63104181 3/7/2005

Pay One Hundred Forty Three and 90/100 Dollars ******$143.90

EXHIBIT 16

Void after 150 days
Two signatures required

To the order of

Treasury Department
Attn: Alan Povre, Advior
Internal Revenue Service
Technical Services Group 14
55 Plaza Circle Service
Salinas, CA 93901

safechecks.com

⑈63105626⑈ ⑆121140713⑆ 41096066⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS—COLOR WILL FADE AND THEN REAPPEAR ON AN AUTHENTIC CHECK—IF COLOR DOES NOT FADE DO NOT ACCEPT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. PLEASE DETACH BEFORE DEPOSITING.
Stewart Title of California, Inc. * Monterey County Division * Escrow Trust Account *

First National Bank of Central California
495 Washington Street
Monterey, California 93940

63-105626

File : 63104181 3/7/2005

******$143.90

Buyer/Borrower: Anne Evelyn Cathey, Trustee
Seller : Four Rivers Investment , Inc. a Nevada Corporation
Property Address : 7595 Pine Tree Way Salinas, CA 93907
**Escrow Officer : Jyme Smith**
(1318) Taxpayer: Four Rivers Investments Inc., as nominee, alter-ego, or transferee of Thomas E. Seidel - $143.90