RECORDING REQUESTED BY:
**Stewart Title of California, Inc.**

WHEN RECORDED MAIL TO:

Anne Evelyn Cathey, Trustee, et al.
63 Desmond Road
Prunedale, CA 93907

corrected pg 5 of 5

ORDER NO. 63104181
ESCROW NO. 63104181
APN. 127-282-025 127-282-026

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s):

DOCUMENTARY TRANSFER TAX is: $548.90 CITY TAX
Monument Preservation Fee is:

☒ computed on full value of property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale.
☒ Unincorporated area: ☐ City of ____________________, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Four Rivers Investments, Inc., A Nevada Corporation

hereby **GRANT(S)** to

Anne Evelyn Cathey, Trustee under The Homer Tercero and Anne Cathey Living Trust Date August 2, 2001

the following described real property in the , County of Monterey, State of California
LEGAL DESCRIPTION ON EXHIBIT " A " ATTACHED HERETO AND MADE A PART HEREOF.

DATE: October 22, 2004

FOR SIGNATURES, SEE SIGNATURE PAGE
ATTACHED HERETO AND MADE A PART HEREOF

MAIL TAX STATEMENTS AS DIRECTED ABOVE

EXHIBIT
17

# GRANT DEED

## SIGNATURE PAGE

**Seller(s):**

Four Rivers Investment, Inc. a Nevada Corporation

By: ______________________ ______________________
Vicki R. Seidel, President

STATE OF CALIFORNIA }
} ss.
COUNTY OF Monterey }

On Oct 22, 2004 before me, Jyme Smith, personally appeared Vicki R Seidel personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s), whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature ______________________

JYME SMITH
Comm. # 1288655
Notary Public-California
Monterey County
My Comm. Exp. Jan 24, 2005

(This area for official notarial seal)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

# LEGAL DESCRIPTION

Order No.: 63104181

The land referred to herein is situated in the State of California, County of Monterey, Unincorporated Area described as follows:

PARCEL I:

SITUATE IN THE COUNTY OF MONTEREY, STATE OF CALIFORNIA AND BEING A PART OF THE RANCHO BOLSA NUEVA Y MORO COJO AND BEING ALSO A PORTION OF LOT 6 AS SHOWN ON THE MAP ENTITLED, "PART OF THE RANCHO BOLSA NUEVA Y MORO COJO THE PROPERTY OF C.F. LANGLEY", FILED FOR RECORD JANUARY 10, 1893 IN VOLUME 1 OF SURVEYS AT PAGE 55, MONTEREY COUNTY RECORDS, BEING ALSO A PORTION OF THE LANDS CONVEYED BY MARIETTE V. ROWE TO ERNEST RAMEIL, ET UX, BY DEED DATED OCTOBER 6, 1959 AND RE-RECORDED OCTOBER 9, 1959 IN VOLUME 1996 AT PAGE 506, OFFICIAL RECORDS MONTEREY COUNTY, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS TO-WIT:

BEGINNING AT A 3" X 4" POST STANDING AT THE NORTHEASTERLY OR MOST NORTHERLY CORNER OF SAID LOT 6 THENCE RUNNING ALONG THE EASTERLY BOUNDARY THEREOF BEING THE EASTERLY BOUNDARY OF SAID LANDS OF RAMEIL

(1) SOUTH 18° 19′ EAST 611.7 FEET TO A 3/4" PIPE AT THE NORTHEASTERLY CORNER OF THAT CERTAIN 1.233 ACRE TRACT OF LAND CONVEYED IN THE DEED FROM ERNEST RAMEIL ET UX, TO WAYNE VANDERPLUYM, ET UX, DATED SEPTEMBER 7, 1961 AND RECORDED OCTOBER 3, 1961 IN VOLUME 2189 OF OFFICIAL RECORDS AT PAGE 113, MONTEREY COUNTY RECORDS; THENCE LEAVING SAID EASTERLY BOUNDARY OF RAMEIL AND RUNNING ALONG THE NORTHWESTERLY BOUNDARY OF SAID TRACT CONVEYED TO VANDERPLUYM

(2) SOUTH 59° 00" WEST, 229.69 FEET TO A 3/4" PIPE SET; THENCE

(3) NORTH 24° 39′ 30" WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(4) SOUTH 59° 00′ WEST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(5) SOUTH 24° 29′ 30" EAST, 20.00 FEET TO A 3/4" PIPE SET; THENCE

(6) SOUTH 59° 00′ WEST 30.18 FEET TO AN 8" SPIKE SET HEREIN DESIGNATED "A" FOR FUTURE REFERENCE IN THIS DESCRIPTION; THENCE LEAVE LAST MENTIONED BOUNDARY

Continued on next page



STEWART TITLE
Guaranty Company

LEGAL DESCRIPTION - continued
Order No.:63104181

(7) NORTH 24° 39′ 30" WEST 534.90 FEET TO A 3/4" PIPE SET ON THE NORTHWESTERLY BOUNDARY OF SAID LANDS OF RAMEIL; THENCE RUNNING ALONG LAST MENTIONED BOUNDARY THIS LINE SHOWN OF RECORD AS NORTH 48° 25′ 30" EAST

(8) NORTH 48° 28′ EAST, 361.29 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO DUANE B. CHASE AND FLORENCE M. CHASE, HUSBAND AND WIFE, BY DEED RECORDED MARCH 27, 1963 IN REEL 161, OFFICIAL RECORDS, PAGE 299.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO CARL A. BOYER AND BARBARA R. BOYER, HUSBAND AND WIFE, BY DEED RECORDED MARCH 10, 1964 IN REEL 295, OFFICIAL RECORDS, PAGE 52.

ALSO EXCEPTING FROM THE ABOVE DESCRIBED PARCEL AN UNDIVIDED 5/8 INTEREST IN AND TO A WELL-SITE DESCRIBED AS:

BEGINNING AT A POINT FROM WHICH THE SOUTHWESTERLY CORNER OF THE ABOVE DESCRIBED PARCEL (AFTER EXCEPTIONS) BEARS SOUTH 32° 57′ EAST, 20.00 FEET AND SOUTH 57° 03′ WEST, 52.39 FEET.

(1) NORTH 32° 57′ WEST, 20 FEET TO A POINT; THENCE

(2) NORTH 57° 03′ EAST, 20 FEET TO A POINT; THENCE

(3) SOUTH 32° 57′ EAST, 20 FEET TO A POINT; THENCE

(4) SOUTH 57° 03′ WEST, 20 FEET TO A POINT OF BEGINNING.

PARCEL II:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES OVER A STRIP OF LAND 20 FEET WIDE DESCRIBED BY ITS EASTERLY BOUNDARY AS BEGINNING AT THE ABOVE REFERRED TO SPIKE DESIGNATED "A" AND RUNNING THENCE NORTH 24° 39′ 30" WEST 270.21 FEET TO A POINT.

Continued on next page

LEGAL DESCRIPTION - continued
Order No.:63104181

PARCEL III:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITIES PURPOSES 60 FEET IN WIDTH DESCRIBED BY ITS CENTERLINE AS BEGINNING AT THE ABOVE-DESIGNATED "A" THENCE SOUTH 24° 39' 30" EAST, 402.46 FEET TO LANGLEY CANYON ROAD.

PARCEL IV:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS SOUTHERLY BOUNDARY AS BEGINNING AT POINT "A" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO DUANE B. CHASE AND FLORENCE M. CHASE, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 27, 1963 IN REEL 161 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 299, THENCE NORTH 57° 03' EAST, 165.00 FEET TO A STATION.

PARCEL V:

A NON-EXCLUSIVE RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "A" SET FORTH UNDER PARCEL IV HEREIN, THENCE SOUTH 24° 39' 30" EAST, 135.00 FEET TO A STATION.

PARCEL VI:

A RIGHT OF WAY FOR ROAD AND UTILITY PURPOSES, 20 FEET IN WIDTH, DESCRIBED BY ITS WESTERLY BOUNDARY AS BEGINNING AT THE POINT "B" DESCRIBED IN THE DEED FROM DOROTHY MORTLOCK TO CARL A. BOYER AND BARBARA R. BOYER, HIS WIFE, AS JOINT TENANTS, RECORDED MARCH 10, 1964 IN REEL 295 OF OFFICIAL RECORDS OF MONTEREY COUNTY AT PAGE 52, THENCE RUNNING SOUTH 24° 39' 30" EAST 115.00 FEET TO "C" THEREIN.

A.P.N.: 127-281-025 (PARCEL I)
127-281-026 (WELL LOT)