# EXHIBIT
# NO. 20

**Salinas, CLOSED, PreAct**

**U.S. Bankruptcy Court**
**Northern District of California (San Jose)**
**Bankruptcy Petition #: 96-58214**

*Assigned to:* Judge Arthur S. Weissbrodt
Chapter 7
Voluntary
No asset

*Date Filed:* 10/25/1996
*Date Terminated:* 02/28/1997
*Date Discharged:* 02/23/1997

***Debtor***
**Thomas Everett Seidel**
25360 Boots Rd.
Monterey, CA 93940
SSN: xxx-xx-9700

represented by **Jennifer J. Hagan**
Hagan Law Firm
350 Cambridge Ave. #150
Palo Alto, CA 94306
(650) 322-8498
Email: jhagan@haganlaw.com

***Debtor***
**Vicki Renee Seidel**
25360 Boots Rd.
Monterey, CA 93940
SSN: xxx-xx-1138

represented by **Jennifer J. Hagan**
(See above for address)

***Trustee***
**John W. Richardson**
5161 Soquel Dr. #F
Soquel, CA 95073
(831) 475-2202

| Docket Date | # | Docket Text |
|---|---|---|
| 10/28/1996 | 1 | Voluntary Petition missing documents: Matrix Due on 11/12/96 Order for Mtg of Creditors Due On 11/12/96 ( Filing Fee $ 175 Receipt # 56242203). (cm) (Entered: 10/28/1996) |
| 10/28/1996 | | First Meeting of Creditors Scheduled For 4:30 11/26/96 At Salinas Quadrangle Suite 214 Last Day To Oppose Discharge: 1/25/97 . (cm) (Entered: 10/28/1996) |
| 10/29/1996 | 2 | Amended Schedules F,H, Statement of Financial Affairs ( Filing Fee $ 20.00 Receipt # 56242309) (femp) (Entered: 10/29/1996) |
| 10/29/1996 | 3 | Matrix. (femp) (Entered: 10/29/1996) |
| 11/06/1996 | 4 | [4-1] Order for Meeting of Creditors and Certificate of Service Re: |

EXHIBIT
tabbies
20

| | | |
|---|---|---|
| | | [0-0] First Meeting ( # of Notices: 101) (femp) (Entered: 11/06/1996) |
| 11/12/1996 | 5 | Request by Creditor Gulf Insurance Company For Special Notice w/cos. (femp) (Entered: 11/12/1996) |
| 11/18/1996 | 6 | Request by Creditor First National Insurance Company Of Amer For Notice. w/cos (femp) (Entered: 11/18/1996) |
| 11/18/1996 | 7 | Request by Creditor North Coast Electric Company For Notice. w/cos (femp) (Entered: 11/18/1996) |
| 12/03/1996 | 8 | Request by Creditor First National Bank of Central Californi For Notice. w/cos (femp) (Entered: 12/03/1996) |
| 12/10/1996 | 9 | First Meeting. Continued For 1:00 1/28/97 at Salinas Quadrangle Suite 214 . (femp) (Entered: 12/10/1996) |
| 01/22/1997 | | Complaint (97-5035) Gulf Insurance Company vs. Thomas Everett Seidel, et al . NOS 426 Dischargeability 523 . ( Filing Fee $ 150.00 Receipt # 57246181) (femp) (Entered: 01/22/1997) |
| 02/04/1997 | 10 | [10-1] First Meeting Held on 1.28.97. (femp) (Entered: 02/04/1997) |
| 02/18/1997 | 11 | Request by Creditor J.C. Compton Contractor, Inc. For Notice. w/cos (femp) (Entered: 02/18/1997) |
| 02/19/1997 | 12 | [12-1] Trustee's Report of No Assets. (femp) (Entered: 02/19/1997) |
| 02/28/1997 | 13 | [13-1] Order Discharging Debtor Vicki Renee Seidel in 96-58214, Debtor Thomas Everett Seidel in 96-58214 with Certificate of Mailing, # of Notices: 108. (femp) (Entered: 02/28/1997) |
| 02/28/1997 | 14 | [14-1] Final Decree. (femp) (Entered: 02/28/1997) |
| 02/28/1997 | | Case Closed. (femp) (Entered: 02/28/1997) |
| 09/04/1997 | | Disposition of Adversary (97-5035) Dismissing [5-1] Complaint NOS 426 Dischargeability 523 Dismissing [1-1] Complaint NOS 426 Dischargeability 523 (aw) (Entered: 09/04/1997) |
| 09/04/1997 | | Adversary Case (97-5035) Closed. (aw) (Entered: 09/04/1997) |
| 09/28/1999 | | Disposition of Adversary (97-5035) Dismissing [5-1] Complaint NOS 426 Dischargeability 523, Dismissing [1-1] Complaint NOS 426 Dischargeability 523 (aw) (Entered: 09/28/1999) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/30/2007 15:00:02 | | | |
| **PACER Login:** | dj0038 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 96-58214 Fil or Ent: entered From: 1/1/1995 To: 1/1/2000 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |