**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff,

v.

No. 06598 T

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

**Judge Bush**

Defendants.

**MOTION FOR LEAVE TO FILE ERRATA**

Plaintiff, Four Rivers, by and through counsel, Robert Alan Jones, hereby moves this Honorable Court for leave to file an Errata to its Amended Complaint.

In the course of compiling the Amended Complaint (Document #20) one item was inadvertently omitted in the document. Attached find Errata to Amended Complaint and attachment.

Wherefore, the plaintiff hereby prays this Honorable Court grant the instant motion granting leave to file the attached Errata.

Respectfully submitted this 17th day of May 2007.

/s/ Robert Alan Jones

Robert Alan Jones (Bar No. 43761)
R.A.J., Ltd., P.C.
1061 East Flamingo Road, Suite 7
Las Vegas, NV 89119
(702) 791-3403

*Attorney for Four Rivers*