**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff,

v.

No. 06598 T

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

**Judge Bush**

Defendants.

**ERRATA TO AMENDED COMPLAINT**

Plaintiff, by and through counsel, Robert Alan Jones, hereby submits this *errata* to its Amended Complaint filed on April 11, 2007 (Document #20).

In the course of compiling the Amended Complaint one item was inadvertently omitted in the document. That item is at the bottom of page one. The paragraph should read:

2. Jurisdiction is also conferred by The Tucker Act, 28 U.S.C. § 1491( See *Unico Services, Inc.*, 71 Fed.Cl. 464), 26 U.S.C.A. §7433A and 26 U.S.C.§ 7426(a)(1).

Attached please find a corrected page one.

Respectfully submitted this 17th day of May 2007.

/s/ Robert Alan Jones

Robert Alan Jones (Bar No. 43761)
R.A.J., Ltd., P.C.
1061 East Flamingo Road, Suite 7
Las Vegas, NV 89119
(702) 791-3403

*Attorney for Four Rivers*

**CERTIFICATE OF SERVICE**

This is to certify that on May 17, 2007, I caused to be served the foregoing **FIRST AMENDED COMPLAINT,** by First Class U.S. Mail, postage paid envelope, to the following:

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 17[TH] day of May, 2007.

*//ss// J. David Arthur*
Office of Robert Alan Jones