**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff,

v.

No. 06598 T

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

**Judge Bush**

Defendants.

**FIRST AMENDED COMPLAINT**

Four Rivers Investments, Inc., a Nevada corporation doing business in California (hereinafter "Four Rivers"), by and through its attorney of record, Robert Alan Jones, hereby files its complaint against the United States of America and Commissioner of Internal Revenue (hereinafter "CIR"), and alleges as follows:

**I. Jurisdiction**

1. The United States Court of Federal Claims has jurisdiction over the subject matter of this Complaint under 28 U.S.C.A. §1491(a)(1). The statute states in part: "The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort." 28 U.S.C.A. §1491(a)(1).

2. Jurisdiction is also conferred by The Tucker Act, 28 U.S.C. § 1491( See *Unico Services, Inc.*, 71 Fed.Cl. 464), 26 U.S.C.A. §7433A and 26 U.S.C.§ 7426(a)(1).