# EXHIBIT 3

# United States Bankruptcy Court
Northern District of California

# VOLUNTARY PETITION

IN RE: (Name of debtor - If individual, enter: Last, First, Middle)
T. E. Seidel Electric, Inc.

NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle)

ALL OTHER NAMES used by debtor in the last 6 years (inc. married, maiden, and trade names)
Visual Effects

ALL OTHER NAMES used by joint debtor in the last 6 years (inc. married, maiden, and trade names)

SOC. SEC./TAX I.D. NO. (If more than one, state all)
77-0278294

SOC. SEC./TAX I.D. NO. (If more than one, state all)

STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)
1319 Burton Avenue
Salinas, California 93901

STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code)

COUNTY OF RESIDENCE/BUSINESS: Monterey

COUNTY OF RESIDENCE/BUSINESS:

MAILING ADDRESS OF DEBTOR (If different from street address)

MAILING ADDRESS OF JOINT DEBTOR (If different from street address)

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If other than street address)

VENUE (Check one box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

INFORMATION REGARDING DEBTOR (Check applicable boxes)

TYPE OF DEBTOR (Check one box)
[ ] Individual
[ ] Joint (Husband & Wife)
[ ] Partnership
[ ] Other
[ ] Corporation Publicly Held
[X] Corporation Not Publicly Held
[ ] Municipality

CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION (Check one box)
[X] Chapter 7
[ ] Chapter 9
[ ] Chapter 11
[ ] Chapter 12
[ ] Chapter 13
[ ] Sec. 304

NATURE OF DEBT (Check one box)
[ ] Non-Business/Consumer
[X] Business - Complete A&B below

SMALL BUSINESS (Chapter 11 only)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (opt'l)

A. TYPE OF BUSINESS (Check one box)
[ ] Farming
[ ] Professional
[ ] Retail/Wholesale
[ ] Railroad
[ ] Transportation
[ ] Manufacturing/Mining
[ ] Stockbroker
[ ] Commodity Broker
[X] Construction
[ ] Real Estate
[ ] Other Business

FILING FEE (Check one box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b); see Official Form No. 3

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
Electrical Contractor

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Hagan, Saca & Hagan, L.C.
350 Cambridge Avenue
Suite 150
Palo Alto, California 94306

Telephone No: (415)322-8498

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
James Richard Hagan, Esq. 37149

[ ] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

ESTIMATED ASSETS (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE FOR COURT USE ONLY
96-55921-ASWSA-7
DEBTOR: T.E. SEIDEL ELECTRIC, INC.
DEBTOR'S ATTY: J. HAGAN
JUDGE: HON. A. WEISSBRODT
TRUSTEE: J. RICHARDSON
341 MEETING: 09/10/96, 11:30AM - sal
CHAPTER: 7 COUNTY: MONTEREY

FILED 08/08/96 - 1:56PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
DEPUTY: au
RECEIPT NO: 5-6-238149 $175

FORM 1. VOLUNTARY PETITION - Page 2

Name of Debtor(s): T. E. Seidel Electric, Inc.

Case Number:

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

[ ] A copy of debtor's proposed plan dated ____ is attached.

[ ] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

x [signature]
James Hagan, Esq.

Date August 8, 1996

### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

x Not Applicable
Signature of Debtor

Date

x Not Applicable
Signature of Joint Debtor

Date

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

x [signature]
Signature of Authorized Individual

Mr. Thomas E. Seidel
Print or Type Name of Authorized Individual

President
Title of Individual Authorized by Debtor to File this Petition

x 8/8/96
Date

If the debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, Exhibit "B" has been completed.

x Not Applicable
Signature of Debtor　　Date

x Not Applicable
Signature of Joint Debtor　　Date

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

x Not Applicable
Signature of Attorney　　Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable
Printed or Typed Name of Bankruptcy Petition Preparer

Not Applicable
Social Security Number

Address

Telephone

Name and Social Security number of all other individuals who prepared or assisted in preparing this document:

Not Applicable

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x Not Applicable
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# U.S. Bankruptcy Court
# Northern District of California (San Jose)
# Bankruptcy Petition #: 96-55921

*Assigned to:* Judge Arthur S. Weissbrodt
Chapter 7
Voluntary
No asset

*Date Filed:* 08/08/1996
*Date Terminated:* 03/14/1997

***Debtor***
**T.E. Seidel Electric, Inc.**
1319 Burton Ave.
Salinas, CA 93901
Tax id: 77-0278294
***aka***
**Visual Effects**

represented by **James R. Hagan**
Hagan Law Firm
350 Cambridge Ave. #150
Palo Alto, CA 94306
(650) 322-8498

***Responsible Ind***
**Thomas E. Seidel**
25360 Boot Rd.
Monterey, CA 93940

***Trustee***
**John W. Richardson**
5161 Soquel Dr. #F
Soquel, CA 95073
(831) 475-2202

| Filing Date | # | Docket Text |
|---|---|---|
| 08/08/1996 | 1 | Voluntary Petition missing documents:Application/Order designating responsible individual Exempt Property Due on 8/23/96 Order for Mtg of Creditors Due On 8/23/96 ( Filing Fee $ 175.00 Receipt # 56238149). (femp) (Entered: 08/09/1996) |
| 08/08/1996 | | First Meeting of Creditors Scheduled For 11:30 9/10/96 At Salinas Quadrangle Suite 214 . (femp) (Entered: 08/09/1996) |
| 08/08/1996 | 2 | Matrix. (femp) (Entered: 08/09/1996) |
| 08/12/1996 | 3 | Emergency Motion By First National Bank Of Central California For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral . (femp) (Entered: 08/13/1996) |
| | | |

| | | |
|---|---|---|
| 08/12/1996 | 3 | Notice of Motion [3-1] Motion For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral Scheduled For 10:00 8/13/96 at Salinas Quadrangle Suite 214 (femp) (Entered: 08/13/1996) |
| 08/12/1996 | 4 | Declaration filed by Robert Mendonsa for Creditor First National Bank of Central Calif. in Support of [3-1] Motion For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral . (femp) (Entered: 08/13/1996) |
| 08/12/1996 | 5 | Notice RE: [4-1] Declaration in Support of [3-1] Motion For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral by First National Bank of Central Calif., [3-1] Motion Notice of By Creditor First National Bank of Central Calif. (femp) (Entered: 08/13/1996) |
| 08/13/1996 | | Complaint (96-5491) First National Bank of Central Calif. vs. T.E. Seidel Electric, Inc. et al . NOS 454 Recover Money/Property . ( Filing Fee $ 120.00 Receipt # 238410) (femp) (Entered: 08/14/1996) |
| 08/13/1996 | 6 | Application for Order To Designate Responsible Individual: Mr. Thomas E. Seidel filed by Debtor T.E. Seidel Electric, Inc. (femp) (Entered: 08/14/1996) |
| 08/13/1996 | 7 | Amended Schedule C (femp) (Entered: 08/14/1996) |
| 08/13/1996 | | Hearing Held Re: [3-1] Motion For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral . Any property of the estate to be turned over to Tr. (femp) (Entered: 08/29/1996) |
| 08/14/1996 | 8 | Motion By Debtor T.E. Seidel Electric, Inc. For Sanctions Against FNBCC For Failure To Comply With Requirements For Notice . (femp) (Entered: 08/15/1996) |
| 08/14/1996 | 9 | Motion by Debtor T.E. Seidel Electric, Inc. To Dissolve Order Of Superior Court Motion For Sanctions For Willful Violation Of Automatic Stay (femp) (Entered: 08/15/1996) |
| 08/14/1996 | 10 | Objection By Debtor T.E. Seidel Electric, Inc. To Emergency Hearing on Emergency Motion . (femp) (Entered: 08/15/1996) |
| 08/14/1996 | 11 | Response By Debtor T.E. Seidel Electric, Inc. To [3-1] Motion For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral . (femp) (Entered: 08/15/1996) |

| | | |
|---|---|---|
| 08/14/1996 | 12 | Statement of By Debtor T.E. Seidel Electric, Inc. Of Disputed Facts . (femp) (Entered: 08/15/1996) |
| 08/14/1996 | 13 | Certificate Of Service By Debtor T.E. Seidel Electric, Inc. Of [12-1] Statement of by T.E. Seidel Electric, Inc., [11-1] Response To [3-1] Motion For Permission To Use Cash Collateral And Directing Debtor To Segregate And Account For Cash Collateral by T.E. Seidel Electric, Inc., [10-1] Objection by T.E. Seidel Electric, Inc., [9-1] Motion To Dissolve Order Of Superior Court Motion For Sanctions For Willful Violation Of Automatic Stay by T.E. Seidel Electric, Inc., [8-1] Motion For Sanctions Against FNBCC For Failure To Comply With Requirements For Notice by T.E. Seidel Electric, Inc. . (femp) (Entered: 08/15/1996) |
| 08/20/1996 | 14 | [14-1] Order for Meeting of Creditors and Certificate of Service Re: [0-0] First Meeting ( # of Notices: 134) (femp) (Entered: 08/21/1996) |
| 08/20/1996 | 15 | Order Granting [6-1] Application To Designate Responsible Individual: Mr. Thomas E. Seidel by T.E. Seidel Electric, Inc. Responsible Individual Thomas E. Seidel Designated . (femp) (Entered: 08/23/1996) |
| 08/27/1996 | 16 | Stipulation By and Between Creditor First National Bank of Central Calif., Debtor T.E. Seidel Electric, Inc. For Relief from automatic Stay . (femp) (Entered: 08/29/1996) |
| 08/27/1996 | 17 | Ex Parte Application Filed By Creditor First National Bank of Central Calif. To Approve Document: [16-1] Stipulation By and Between Creditor First National Bank of Central Calif., Debtor T.E. Seidel Electric, Inc. For Relief from automatic Stay by T.E. Seidel Electric, Inc., First National Bank of Central Calif. w/cos (femp) (Entered: 08/29/1996) |
| 08/29/1996 | 18 | Chpater 7 Trustee's signature in support of First National Bank's Application to Approve Stipulation for Relief from Stay by Creditor First National Bank of Central Calif. in 96-55921 w/cos (femp) (Entered: 09/03/1996) |
| 08/29/1996 | 19 | Order Granting [16-1] Stipulation By and Between Creditor First National Bank of Central Calif., Debtor T.E. Seidel Electric, Inc. For Relief from automatic Stay by T.E. Seidel Electric, Inc., First National Bank of Central Calif. . (femp) (Entered: 09/06/1996) |
| 09/09/1996 | 20 | Request by Creditor First National Ins. Co. of America For Notice. w/cos (femp) (Entered: 09/09/1996) |
| 09/18/1996 | 21 | First Meeting. Continued For 4:00 11/20/96 at Santa Cruz Grange |

| | | |
|---|---|---|
| | | Hall . (femp) (Entered: 09/19/1996) |
| 09/20/1996 | 22 | Notice of Entry of Order RE: [19-1] Order Granting [16-1] Stipulation By and Between Creditor First National Bank of Central Calif., Debtor T.E. Seidel Electric, Inc. For Relief from automatic Stay by T.E. Seidel Electric, Inc., First National Bank of Central Calif. . w/cos (femp) (Entered: 09/24/1996) |
| 09/23/1996 | 23 | Order For Failure To Comply To Appear at 341 Meeting with Certificate of Mailing, # of Notices: 4. Last Day to Comply, 12/2/96 (femp) (Entered: 09/24/1996) |
| 09/23/1996 | 24 | Motion By Creditor General Motors Acceptance Corporation For Relief From Stay, RS # 961429 ( Filing Fee $ 60.00 Receipt # 56240470) . w/cos (femp) (Entered: 09/24/1996) |
| 09/23/1996 | 24 | Notice of Motion [24-1] Motion For Relief From Stay, RS # 961429 ( Filing Fee $ 60.00 Receipt # 56240470) by General Motors Acceptance Corporation Scheduled For 10:00 10/11/96 at Salinas Quadrangle Suite 214 w/cos (femp) (Entered: 09/24/1996) |
| 09/23/1996 | 25 | Declaration filed by Mary Leland for Creditor General Motors Acceptance Corporation in Support of [24-1] Motion For Relief From Stay, RS # 961429 ( Filing Fee $ 60.00 Receipt # 56240470) by General Motors Acceptance Corporation . (femp) (Entered: 09/24/1996) |
| 09/30/1996 | 26 | Order For Turnover Of Property Of The Estate . (no motion found) (femp) (Entered: 10/02/1996) |
| 09/30/1996 | 27 | Certificate Of Service By Creditor First National Bank of Central Calif. Of [26-1] Order For Turnover Of Property Of The Estate . (femp) (Entered: 10/02/1996) |
| 10/02/1996 | 26 | Courts Certificate of Mailing Re: [26-1] Order For Turnover Of Property Of The Estate . (femp) (Entered: 10/02/1996) |
| 10/11/1996 | | Hearing Held Re: [24-1] Motion For Relief From Stay, RS # 961429 ( Filing Fee $ 60.00 Receipt # 56240470) by General Motors Acceptance Corporation . granted (femp) (Entered: 10/11/1996) |
| 10/21/1996 | 28 | Order Granting [24-1] Motion For Relief From Stay, RS # 961429 ( Filing Fee $ 60.00 Receipt # 56240470) by General Motors Acceptance Corporation . w/cos (femp) (Entered: 10/23/1996) |
| 10/28/1996 | 29 | Notice of Entry of Order RE: [28-1] Order Granting [24-1] Motion For Relief From Stay, RS # 961429 ( Filing Fee $ 60.00 Receipt # |

| | | |
|---|---|---|
| | | 56240470) by General Motors Acceptance Corporation . w/cos (femp) (Entered: 10/30/1996) |
| 11/27/1996 | 30 | [30-1] First Meeting Held. (femp) (Entered: 11/29/1996) |
| 12/13/1996 | 31 | [31-1] Trustee's Report of No Assets. (femp) (Entered: 12/17/1996) |
| 02/05/1997 | | Disposition of Adversary (96-5491) Dismissing [1-1] Complaint NOS 454 Recover Money/Property (femp) (Entered: 02/05/1997) |
| 02/14/1997 | 32 | Request by Creditor J.C. Compton Contractor, Inc. For Notice. w/cos (femp) (Entered: 02/14/1997) |
| 02/21/1997 | | Adversary Case (96-5491) Closed. (femp) (Entered: 02/21/1997) |
| 03/14/1997 | 33 | [33-1] Final Decree. (femp) (Entered: 03/14/1997) |
| 03/14/1997 | | Case Closed. (femp) (Entered: 03/14/1997) |
| 05/01/1997 | 34 | Motion By Creditor Honeywell Inc. For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) w/cos . (femp) (Entered: 05/02/1997) |
| 05/01/1997 | 34 | Notice of Motion [34-1] Motion For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) by Honeywell Inc. Scheduled For 10:45 5/21/97 at San Jose Courtroom 3099 w/cos (femp) (Entered: 05/02/1997) |
| 05/01/1997 | 35 | Memorandum of Points and Authorities filed by Creditor Honeywell Inc. in Support of: [34-1] Motion For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) by Honeywell Inc.; with declaration of Stephen H. Harris . w/cos (femp) (Entered: 05/02/1997) |
| 05/15/1997 | 36 | Certificate Of Service By Creditor Honeywell Inc. Of [34-1] Motion For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) by Honeywell Inc. . (femp) (Entered: 05/19/1997) |
| 05/21/1997 | | Hearing Held Re: [34-1] Motion For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) by Honeywell Inc. . comfort order granted w/no claim against debtoir or estate (femp) (Entered: 05/22/1997) |
| 05/28/1997 | 37 | Order Granting [34-1] Motion For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) by Honeywell Inc. . w/cos (femp) (Entered: 06/02/1997) |

| | | |
|---|---|---|
| 06/02/1997 | 37 | Courts Certificate of Mailing Re: [37-1] Order Granting [34-1] Motion For Relief From Stay, RS # 970666 ( Filing Fee $ 60.00 Receipt # 5-7-251531) by Honeywell Inc. # of Notices: 3. (femp) (Entered: 06/02/1997) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/15/2007 15:04:50 | | | |
| **PACER Login:** | rl0194 | **Client Code:** | seidel |
| **Description:** | Docket Report | **Search Criteria:** | 96-55921 Fil or Ent: filed From: 1/1/1996 To: 3/15/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |