# EXHIBIT 5

# United States Bankruptcy Court
## Northern District of California

# VOLUNTARY PETITION

**IN RE:** (Name of debtor - If individual, enter: Last, First, Middle)
Seidel, Thomas Everett

**NAME OF JOINT DEBTOR** (Spouse)(Last, First, Middle)
Seidel, Vicki Renee

**ALL OTHER NAMES** used by debtor in the last 6 years (inc. married, maiden, and trade names)
Visual Effects , AND DBA T.E. SEIDEL ELEC.

**ALL OTHER NAMES** used by joint debtor in the last 6 years (inc. married, maiden, and trade names)
Ficken, Vicki Renee

**SOC. SEC./TAX I.D. NO.** (If more than one, state all)
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 77-0278294

**SOC. SEC./TAX I.D. NO.** (If more than one, state all)
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

**STREET ADDRESS OF DEBTOR** (No. and street, city, state and zip code)
25360 Boots Road
Monterey, CA 93940

**STREET ADDRESS OF JOINT DEBTOR** (No. and street, city, state and zip code)
25360 Boots Road
Monterey, CA 93940

**COUNTY OF RESIDENCE/BUSINESS:** Monterey

**COUNTY OF RESIDENCE/BUSINESS:** Monterey

**MAILING ADDRESS OF DEBTOR** (If different from street address)

**MAILING ADDRESS OF JOINT DEBTOR** (If different from street address)

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If other than street address)

**VENUE** (Check one box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR** (Check one box)
[ ] Individual
[X] Joint (Husband & Wife)
[ ] Partnership
[ ] Other
[ ] Corporation Publicly Held
[ ] Corporation Not Publicly Held
[ ] Municipality

**NATURE OF DEBT** (Check one box)
[X] Non-Business/Consumer
[ ] Business - Complete A&B below

A. **TYPE OF BUSINESS** (Check one box)
[ ] Farming
[ ] Professional
[ ] Retail/Wholesale
[ ] Railroad
[ ] Transportation
[ ] Manufacturing/Mining
[ ] Stockbroker
[ ] Commodity Broker
[ ] Construction
[ ] Real Estate
[ ] Other Business

B. **BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION** (Check one box)
[X] Chapter 7
[ ] Chapter 9
[ ] Chapter 11•
[ ] Chapter 12
[ ] Chapter 13
[ ] Sec. 304

**SMALL BUSINESS** (Chapter 11 only)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (opt'l)

**FILING FEE** (Check one box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b): see Official Form No. 3

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Hagan, Saca & Hagan, L.C.
350 Cambridge Avenue
Suite 150
Palo Alto, California 94306

Telephone No: (415)322-8498

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**
Jennifer J. Hagan, Esq. 157127
See Attached Sheet

[ ] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

## STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
[ ] 1-15 [ ] 16-49 [X] 50-99 [ ] 100-199 [ ] 200-999 [ ] 1000-over

**ESTIMATED ASSETS** (in thousands of dollars)
[ ] Under 50 [ ] 50-99 [ ] 100-499 [X] 500-999 [ ] 1000-9999 [ ] 10,000-99,000 [ ] 100,000-

**ESTIMATED LIABILITIES** (in thousands of dollars)
[ ] Under 50 [ ] 50-99 [ ] 100-499 [ ] 500-999 [X] 1000-9999 [ ] 10,000-99,000 [ ] 100,000-

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**
[ ] 0 [ ] 1-19 [ ] 20-99 [ ] 100-999 [ ] 1000-over

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
[ ] 0 [ ] 1-19 [ ] 20-99 [ ] 100-999 [ ] 1000-over

**THIS SPACE FOR COURT USE ONLY**

96-58214-ASWJ9A-7
DEBTOR: THOMAS SEIDEL
CODEBT: VICKI SEIDEL
DEBTOR'S ATTY: J. HAGAN
JUDGE: HON. A. WEISSBRODT
TRUSTEE: J. RICHARDSON
341 MEETING: 11/26/96, 4:30PM - SA
CHAPTER: 7 COUNTY: MONTEREY

ORIGINAL FILED 10/25/96 - 1:46PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
DEPUTY: AB
RECEIPT NO: 5-6-242283 $175

FORM 1. VOLUNTARY PETITION - Page 2

Name of Debtor(s): Thomas Everett Seidel
Vicki Renee Seidel

Case Number:

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

[ ] A copy of debtor's proposed plan dated ____ is attached.

[ ] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (if more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

## REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

x ____
Jennifer J. Hagan, Esq.

Date ____

### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

x ____
Thomas Everett Seidel

Date 10/25/96

x ____
Vicki Renee Seidel

Date 10/25/96

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

x Not Applicable
Signature of Authorized Individual

Not Applicable
Print or Type Name of Authorized Individual

Not Applicable
Title of Individual Authorized by Debtor to File this Petition

Date ____

If the debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, Exhibit "B" has been completed.

x ____
Thomas Everett Seidel

Date 10/25/96

x ____
Vicki Renee Seidel

Date 10/25/96

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

x ____
Jennifer J. Hagan, Esq.

Date 10-25-96

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable
Printed or Typed Name of Bankruptcy Petition Preparer

Not Applicable
Social Security Number

Address

Telephone

Name and Social Security number of all other individuals who prepared or assisted in preparing this document:

Not Applicable

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x Not Applicable
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

In re: Thomas Everett Seidel
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

Vicki Renee Seidel
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

Case No. ______________

# Schedule E - Creditors Holding Unsecured Priority Claims

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## Types of Priority Claims

[ ] Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] Deposits by individuals

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ] Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[X] Taxes and Other Certain Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] Other Priority Debts

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: Thomas Everett Seidel
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

Vicki Renee Seidel
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

Case No. ______________

# Schedule E - Creditors Holding Unsecured Priority Claims

## TYPE OF PRIORITY: Taxes and other certain debts owed to governmental units

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCT. NO.<br>Deputy Labor Commissioner<br>Attention: Juan Garcia<br>360 22nd Street<br>Suite 510<br>Oakland, California 94606 | NO | C | | | 106,590.39 | 106,590.39 |
| ACCT. NO.<br>Employment Development Department<br>Mr. Allan Lee<br>P.O. Box 189<br>Monterey, California 93942 | YES | C | | | 50,000.00 | 50,000.00 |
| ACCT. NO.<br>Internal Revenue Service<br>Mr. Steve Penrod<br>55 Plaza Circle<br>Salinas, California 93901 | YES | C | | | 450,000.00 | 450,000.00 |
| | | | | Subtotal » (Total of this page) | 606,590.39 | |
| | | | | TOTAL » | 606,990.77 | |