# EXHIBIT 6

| Case Number 96-58214 aswsa | United States Bankruptcy Court<br>Chapter 7 Discharge of Debtor |
|---|---|
| In re<br>Thomas Everett Seidel, 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<br>Vicki Renee Seidel, 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<br>Soc. Sec./Tax ID Nos. | Address of Debtor<br>25360 Boots Rd.<br>Monterey, CA 93940 |

FILED BY THE COURT ON
02/23/97
Keenan G. Casady, Clerk,
U.S. Bankruptcy Court
Northern District of California (San Jose)

It appearing that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on 10/25/96, and that an order for relief was entered under chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court (or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, the objection was not sustained);

IT IS ORDERED that:

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

   a. debts dischargeable under 11 U.S.C. § 523;

   b. unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4), (6), and (15) of 11 U.S.C. § 523(a);

   c. debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

| U.S. Bankruptcy Court<br>280 S 1st St. #3035<br>San Jose, CA 95113-3099 | By the Court:<br><br>Arthur Weissbrodt<br>Bankruptcy Judge<br><br>Date 02/23/97 |
|---|---|

(2/3/95) DIS

123084483

Salinas, CLOSED, PreAct

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 96-58214

*Assigned to:* Judge Arthur S. Weissbrodt
Chapter 7
Voluntary
No asset

*Date Filed:* 10/25/1996
*Date Terminated:* 02/28/1997
*Date Discharged:* 02/23/1997

***Debtor***
**Thomas Everett Seidel**
25360 Boots Rd.
Monterey, CA 93940
SSN: xxx-xx-9700

represented by **Jennifer J. Hagan**
Hagan Law Firm
350 Cambridge Ave. #150
Palo Alto, CA 94306
(650) 322-8498
Email: jhagan@haganlaw.com

***Debtor***
**Vicki Renee Seidel**
25360 Boots Rd.
Monterey, CA 93940
SSN: xxx-xx-1138

represented by **Jennifer J. Hagan**
(See above for address)

***Trustee***
**John W. Richardson**
5161 Soquel Dr. #F
Soquel, CA 95073
(831) 475-2202

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/1996 | 1 | Voluntary Petition missing documents: Matrix Due on 11/12/96 Order for Mtg of Creditors Due On 11/12/96 ( Filing Fee $ 175 Receipt # 56242203). (cm) (Entered: 10/28/1996) |
| 10/25/1996 | | First Meeting of Creditors Scheduled For 4:30 11/26/96 At Salinas Quadrangle Suite 214 Last Day To Oppose Discharge: 1/25/97 . (cm) (Entered: 10/28/1996) |
| 10/28/1996 | 2 | Amended Schedules F,H, Statement of Financial Affairs ( Filing Fee $ 20.00 Receipt # 56242309) (femp) (Entered: 10/29/1996) |
| 10/28/1996 | 3 | Matrix. (femp) (Entered: 10/29/1996) |
| 11/05/1996 | 4 | [4-1] Order for Meeting of Creditors and Certificate of Service Re: |

| | | |
|---|---|---|
| | | [0-0] First Meeting ( # of Notices: 101) (femp) (Entered: 11/06/1996) |
| 11/08/1996 | 5 | Request by Creditor Gulf Insurance Company For Special Notice w/cos. (femp) (Entered: 11/12/1996) |
| 11/14/1996 | 6 | Request by Creditor First National Insurance Company Of Amer For Notice. w/cos (femp) (Entered: 11/18/1996) |
| 11/15/1996 | 7 | Request by Creditor North Coast Electric Company For Notice. w/cos (femp) (Entered: 11/18/1996) |
| 11/29/1996 | 8 | Request by Creditor First National Bank of Central Californi For Notice. w/cos (femp) (Entered: 12/03/1996) |
| 12/05/1996 | 9 | First Meeting. Continued For 1:00 1/28/97 at Salinas Quadrangle Suite 214 . (femp) (Entered: 12/10/1996) |
| 01/21/1997 | | Complaint (97-5035) Gulf Insurance Company vs. Thomas Everett Seidel, et al . NOS 426 Dischargeability 523 . ( Filing Fee $ 150.00 Receipt # 57246181) (femp) (Entered: 01/22/1997) |
| 01/31/1997 | 10 | [10-1] First Meeting Held on 1.28.97. (femp) (Entered: 02/04/1997) |
| 02/14/1997 | 11 | Request by Creditor J.C. Compton Contractor, Inc. For Notice. w/cos (femp) (Entered: 02/18/1997) |
| 02/19/1997 | 12 | [12-1] Trustee's Report of No Assets. (femp) (Entered: 02/19/1997) |
| 02/23/1997 | 13 | [13-1] Order Discharging Debtor Vicki Renee Seidel in 96-58214, Debtor Thomas Everett Seidel in 96-58214 with Certificate of Mailing, # of Notices: 108. (femp) (Entered: 02/28/1997) |
| 02/28/1997 | 14 | [14-1] Final Decree. (femp) (Entered: 02/28/1997) |
| 02/28/1997 | | Case Closed. (femp) (Entered: 02/28/1997) |
| 09/04/1997 | | Disposition of Adversary (97-5035) Dismissing [5-1] Complaint NOS 426 Dischargeability 523 Dismissing [1-1] Complaint NOS 426 Dischargeability 523 (aw) (Entered: 09/04/1997) |
| 09/04/1997 | | Adversary Case (97-5035) Closed. (aw) (Entered: 09/04/1997) |
| 09/28/1999 | | Disposition of Adversary (97-5035) Dismissing [5-1] Complaint NOS 426 Dischargeability 523, Dismissing [1-1] Complaint NOS 426 Dischargeability 523 (aw) (Entered: 09/28/1999) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/15/2007 14:43:00 | | | |
| **PACER Login:** | rl0194 | **Client Code:** | seidel |
| **Description:** | Docket Report | **Search Criteria:** | 96-58214 Fil or Ent: filed From: 1/1/1996 To: 3/15/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |