# EXHIBIT 7

000828

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*

ACCOUNT NO 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 EMP NO 79-315-51142
NAME CONT- SEID 11-21-2006 KB-00539
CYCLE-200647
*******************************************************************************************
FOR-7931551142 BY-7931551144 ON-11212006 TYP-S-55-199609
TIME-09:32 SRC-I KB-00539
PROCESSED ON-325
REQUESTED TAX MODULE FOUND ON MF

2000 3 THOMAS E SEIDEL
25360 BOOTS RD
199416 MONTEREY CA 93940-6667-604 BODC-WI BODCLC-
SPOUSE SSN-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
LOC-7715 PRIOR NAME CONTROL-
YEAR REMOVED- ENT EXT CYC-399599 MFR-05 VAL-1 IRA- FZ> -Z
FYM-12 SCS-0 CRINV-Z 130- CAF-1
RPTR- PMF- SHELT- BNKRPT- BLLC-
ACCRETION- MIN SE-
JUSTIFICATION-1 IRS EMPL- FED EMPL-

1988 1 THOMAS SEIDEL
1990 2 THOMAS & (b)(3) SEIDEL
1993 2 THOMAS & VICKI R SEIDEL
PTNL THOMAS E SEIDEL (b)(3)
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

LSTRET-2004 ME- CND-R FLC-00 200519
***************************
* TAX PERIOD 55 199609 *
***************************
TFRP-1 CRINV- LIEN-4 REASON CD- MOD EXT CYC-
TDA COPYS- 89218-704-02150-6 CAF-1 FZ>T -Z
INT TOLERANCE- MATH INCREASE- TDI COPYS-
MF MOD BAL- 388,397.35 HISTORICAL DO-77 BWNC- BWI-
ACRUED INTEREST- 575,027.90 12042006
ACCRUED PENALTY- 0.00 12042006 CSED-01182008
FMS- IA CD-0 RSED-
ARDI-0 ASED-00000000

670 10291996 0.00 19964808 89218-704-02150-6
PRC-
DESG PAY CD-99

360 12091996 26.00 19964808 89218-704-02150-6
PRC-

240 10231996 601,251.24 19964908 77251-297-14900-6
PEN CODE-618 PRC-
CSED-01182008

370 10231996 0.00 19964908 77251-297-14900-6

290 10231996 0.00 19964908 77251-297-14900-6

*****************************CONTINUED ON NEXT PAGE*****************************

000829

PAGE NO-0002 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

ACCOUNT NO 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
NAME CONT- SEID
11-21-2006
CYCLE-200647
EMP NO 79-315-51142
KB-00539

**************************************************************************************

HC ARC
CORRESPONDDT- INTD CREDIT DT- PC
REFUND STATUTE CONTROL DT-
AMD CLMS DT- CIS MF IND-0
CSED-

196 12161996 8,036.12 19964908 89218-704-02150-6
REFERENCE AMT-

971 10231996-------------- 20052908 89277-748-03340-6
XREF-77-0278294 199503 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03341-6
XREF-77-0278294 199406 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03342-6
XREF-77-0278294 199409 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03344-6
XREF-77-0278294 199609 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03345-6
XREF-77-0278294 199606 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03347-6
XREF-77-0278294 199603 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20033808 89277-748-03348-6
XREF-77-0278294 199312 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20032608 89277-748-03349-6
XREF-77-0278294 199506 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03350-6
XREF-77-0278294 199412 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

971 10231996-------------- 20051208 89277-748-03351-6
XREF-77-0278294 199403 971 CD-097
X-MFT-01 MEMO- 0.00 FTD ALRT-0

*****************************CONTINUED ON NEXT PAGE*****************************

000830

PAGE NO-0003 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

ACCOUNT NO 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 EMP NO 79-315-51142
NAME CONT- SEID KB-00539
11-21-2006
CYCLE-200647
**************************************************************************************

| | | |
|---|---|---|
| 971 10231996-------------- | | 20032608 89277-748-03352-6<br>XREF-77-0278294 199509 971 CD-097<br>X-MFT-01 MEMO- 0.00 FTD ALRT-0 |
| 706 04151997 | 3,981.00- | 19971908 89218-704-02150-6<br>XREF- 30 199612<br>INTEREST TO DATE- |
| 706 10231996 | 1,400.00- | 19972108 89218-704-02150-6<br>XREF- 30 199512<br>INTEREST TO DATE- |
| 736 10231996 | 56.66- | 19972108 89218-704-02150-6<br>XREF- 30 199512<br>INTEREST TO DATE- |
| 700 04301996 | 1,506.71- | 19982108 89224-541-00712-8<br>XREF-77-0382210 01 199603<br>INTEREST TO DATE-<br>DESG PAY CD- |
| 582 07282000-------------- | | 20003208 84277-614-07760-0<br>REGULAR LIEN |
| 582 08042000-------------- | | 20003308 84277-621-55381-0<br>REGULAR LIEN |
| 670 08082000 | 0.00 | 20003308 29218-621-00109-0<br>PRC-<br>DESG PAY CD-99 |
| 360 08282000 | 6.00 | 20003308 29218-621-00109-0<br>PRC- |
| 971 08242000-------------- | | 20003508 77277-637-00720-0<br>XREF-<br>X-MFT-00 MEMO- 971 CD-069<br>FTD ALRT-0 |
| 971 08282000-------------- | | 20003608 77277-641-00623-0 |

****************************CONTINUED ON NEXT PAGE*****************************

000831

PAGE NO-0004 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

ACCOUNT NO 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 EMP NO 79-315-51142
NAME CONT- SEID 11-21-2006 KB-00539
CYCLE-200647

****************************************************************************

| | | | |
|---|---|---|---|
| | | XREF-<br>X-MFT-00 MEMO- | 971 CD-066<br>FTD ALRT-0 |
| 480 10192000 | --------------- | 20004408 77277-697-01013-0<br>JURISDICTION- | |
| 582 11242000 | --------------- | 20004908 84277-733-05331-0<br>REGULAR LIEN | |
| 670 11282000 | 0.00 | 20004908 29218-733-00022-0<br>PRC-<br>DESG PAY CD-99 | |
| 360 12182000 | 6.00 | 20004908 29218-733-00022-0<br>PRC- | |
| 706 04152001 | 1,228.00- | 20011508 89218-704-02150-6<br>XREF-<br>INTEREST TO DATE- 30 200012 | |
| 706 07232001 | 300.00- | 20012808 89218-704-02150-6<br>XREF-<br>INTEREST TO DATE- 30 200012 | |
| 706 04152002 | 4,956.00- | 20021708 89218-704-02150-6<br>XREF-<br>INTEREST TO DATE- 30 200112 | |
| 706 04142003 | 996.00- | 20031408 89218-704-02150-6<br>XREF-<br>INTEREST TO DATE- 30 200212 | |
| 481 04022003 | --------------- | 20031808 29277-494-02117-3<br>COLCLOS- CYCLES- | |
| 670 05052003 | 4,011.87- | 20032308 29217-129-01803-3<br>PRC-<br>DESG PAY CD-05 | |
| 971 04122003 | --------------- | 20032508 92277-504-00178-3 | |

****************************CONTINUED ON NEXT PAGE****************************

000832

PAGE NO-0005 TAX PERIOD 55 199609*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*

ACCOUNT NO 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 EMP NO 79-315-51142
NAME CONT- SEID 11-21-2006 KB-00539
CYCLE-200647

************************************************************************

| | | | |
|---|---|---|---|
| | | XREF-<br>X-MFT-00 MEMO- | 971 CD-611<br>FTD ALRT-0 |
| 670 04282003 | 41,007.32- | 20033108 29217-122-00600-3<br>PRC-<br>DESG PAY CD-05 | |
| 670 11162004 | 161,334.55- | 20044908 29217-323-11107-4<br>PRC-<br>DESG PAY CD-07 | |
| 582 10251996-------------- | | 20050508 17277-407-00923-5<br>REGULAR LIEN | |
| 670 03072005 | 143.90- | 20051208 29217-070-00405-5<br>PRC-<br>DESG PAY CD-07 | |
| 706 04152005 | 6.00- | 20051908 89218-704-02150-6 | |
| | | XREF-<br>INTEREST TO DATE- 30 200412 | |
| 960 06272006-------------- | | 20062908 93277-578-00549-6<br>MF CAF CODE-1 | |

| | | | |
|---|---|---|---|
| MF STAT-21 | 10231996 | 601,251.24 | 199649 |
| MF STAT-26 | 03241997 | 609,313.36 | 199711 |
| MF STAT-58 | 04212003 | 594,900.99 | 200315 |
| MF STAT-24 | 05192003 | 594,900.99 | 200319 |
| MF STAT-26 | 01022006 | 388,397.35 | 200551 |