**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff, No. 06-598 T

v. (Judge Bush)

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

Defendants.

***EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION**

Pursuant to I.R.C. § 6331(i)(4)(B) , Plaintiff, by and through its counsel Robert Alan Jones, respectfully moves this Honorable Court for a Temporary Restraining Order, a hearing on the instant motion and an Injunction against the IRS regarding levies in violation of I.R.C. § 6331(i) for the reasons stated below.

I.R.C. § 6331(i)(1) states in pertinent part:

> No levy may be made ... on the property or rights to property of any person with respect to any unpaid divisible tax during the pendency of any proceeding brought by such person in a proper Federal trial court for the recovery of any portion of such divisible tax ... .

*Id.*

I.R.C. § 6331(i)(4)(B) states in pertinent part:

> ... a levy or collection proceeding prohibited by this subsection may be enjoined ... by the court in which the proceeding under paragraph (1) is brought.

*Id.*

Under I.R.C. § 6331(I) the government has waived Sovereign Immunity and its rights under

the Anti-Injunction Act.

This Honorable Court has stated its authority to enjoin the IRS under the circumstances present in the instant case in a recent decision *Unico Services v. U.S.*, 71 Fed. Cl. 464, 466 (2006), in which this Court stated "The Court finds that it has the authority to enjoin a levy or collection pursuant to I.R.C. § 6331(i)(4)(B)." *Id.*

The undersigned, on April 11, 2007, mailed a letter to IRS Supervisor Minnie Fields at the IRS office in El Sugundo, California.( See copy attached as exhibit 1). This letter was in response to a copy of IRS Form 9297 that was mailed to Mr. Thomas Seidel stating in part"I will begin enforcement actions such as levies ... . I will take collection action on your personal residence ... ."

In the April 10, 2007 letter counsel informed Ms. Fields that the taxes at issue consisted of the employment taxes of T.E Seidel Electric, Inc. seized from Four Rivers Investments, Inc., a corporation that is alleged by the IRS to be an alter ego of Thomas Seidel, and is the Plaintiff herein. The issue of those taxes is currently the subject of a claim in this Honorable Court. Counsel went on to notify the IRS supervisor that "If your office intends to move forward with any levies or collection activities a motion to enjoin any and all collection activities will be filed in the Federal Court of Claims." (See Exhibit 1).

On June 4, 2007 Thomas E. Seidel and Vicki R. Seidel received five Notice of Levy Forms the IRS dated May 29, 2007. (See Declaration of James D. Arthur and copies of the Levy Forms attached as Exhibits 2 and 3). These Forms seek to levy the same divisible tax and trust refund recovery penalties that are at issue in the instant case pending before this Court.

The Plaintiff should prevail in the instant case due to the false assessment by the IRS that is at the heart of the instant case. The Plaintiff should also prevail because the false assessment was not discoverable under the Freedom of Information Act at the time of this fraud.

Finally, public policy dictates that the IRS is not allowed to attach assets while the taxes and penalties that are the subject of the IRS' collection activities are at issue in a Federal Court.

**WHEREFORE**, Plaintiff respectfully request this Honorable Court to grant this motion for a Temporary Restraining Order and further, set an immediate hearing on this motion with a preliminary injunction to follow. Furthermore, the Plaintiff requests that due to the location of the Plaintiff's counsel that he be allowed to attend the conference telephonically.

DATED: This 4th day of June, 2007.

Respectfully submitted,

*//ss// Robert Alan Jones* _______________

Robert Alan Jones, Esq.
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that on June 4, 2007, I caused to be served the foregoing **MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION,** by First Class U.S. Mail, postage paid envelope, to the following:

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 4th day of June, 2007.

*//ss// James D. Arthur*
Office of Robert Alan Jones