# EXHIBIT 1

April 11, 2007

Supervisor, Minnie Fields
Internal Revenue Service
222 N. Sepluveda
Suite 800
El Segundo, CA 90245

RE: Thomas E. Seidel
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

Dear Ms. Fields

I recently received a copy of the Form 9297, Summary of Taxpayer Contact, that your office in Santa Cruz mailed to Mr. Thomas Seidel regarding Revenue Officer Joseph Smith's contact with him on April 3, 2007. Since then I attempted to contact Revenue Officer Smith (wr2170) by telephone and he has spoken to my client again and is obviously ignoring my advice.

My name is Robert Alan Jones, Esq., and I represent Four Rivers Investments, Inc, Thomas Seidel and Vicki Seidel civilly. I am an attorney and the POA with respect to the trust fund recovery penalty at issue. As my clients are under criminal indictment regarding these taxes, I would require that you all not have any further personal contact with them. In the future all contact in regards to Tom Seidel, Vicki Seidel and Four Rivers should be directed to this office and conducted through the undersigned.

As you are no doubt aware, the taxes at issue consist of the employment taxes of, Thomas E. Seidel Electric Inc., and the IRS contends that Four Rivers Investments, Inc. is an alter ego of Mr. Seidel. Your comments on the Form 9297 state "I will begin enforcement actions such as levies ... . I will take collection action on your personal residence ... ." First, under California law the personal residence is community property, and as such Mrs. Vicki Seidel is owner of 50% of the

property. Because, there is a mortgage on the personal residence, if there was a valid lien and assessment, your recovery would be limited to Mr. Seidel's portion of the equity . Therefore, if the residence was sold and the mortgage and Vicki Seidel's half interest was paid there would be little or no funds available to pay the taxes that the IRS believes Mr. Seidel owes.

However, the aforementioned scenario is academic at the present time because the issue of the validity of the assessment of the underlying taxes is currently the subject of litigation brought by Four Rivers, for the return of a seized portion of the payroll taxes sought to be collected by Revenue Officer Joseph Smith. *FourRivers Investments, Inc. v. U.S.A.*, U.S. Federal Court of Claims Case No. 06-598.. If your office intends to move forward with any levies or collection activities a motion to enjoin any and all collection activities will be filed in the Federal Court of Claims case. the Federal Court of Claims has the authority to enjoin any such collection activities. *Unico Services, Inc. v. United States*, 71 Fed.Cl. 464 (2006).

Please, do not require me to file a formal written complaint against Revenue Agent Smith or your office, because you are failing to recognize and follow the applicable law.

Sincerely,

Robert Alan Jones, Esq.
Counsel for Thomas E., and
Vicki Seidel

cc: Revenue Officer Joseph Smith
Thomas Seidel

7005 2570 0000 1425 7034

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

EL SEGUNDO CA 90245

| | | |
|---|---|---|
| Postage | $ $0.39 | 0062 |
| Certified Fee | $2.40 | 07 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 04/11/2007 |

LAS VEGAS NV 891 APR 11 2007 POST OFFICE EXPRESS

Sent To Supervisor, Minnie Fields

Street, Apt. No.; or PO Box No. Internal Revenue Service

City, State, ZIP+4 ~~222 N Sepluveda Suite 800~~
El Segundo, Ca 90245

PS Form 3800, June 2002 See Reverse for Instructions