# EXHIBIT 2

**DECLARATION OF JAMES DAVID ARTHUR**

My name is James David Arthur. I am more than twenty-one years of age and have been employed by Robert Alan Jones for thirty months. I am a law clerk for attorney Robert Alan Jones in Las Vegas, Nevada. I am competent to testify and if called to testify would testify as follows:

On Monday June 4, 2007 at approximately 8:00 am pacific time I received a telephone call from Thomas Seidel in which he stated that he had received from the IRS copies of five Notice of Levy Forms for bank accounts of Mr. Seidel and his wife, Vicki Seidel. Mr. Seidel emailed copies of these Forms to the offices of Robert Alan Jones where I was able to view them.

I declare under penalty of perjury under the laws of the United States that the information contained herein is true and accurate to the best of my personal knowledge.

Dated: June 4, 2007.

*/ss/ James David Arthur*
James David Arthur