# EXHIBIT 3

Form **668-A(ICS)**
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **05/29/2007**

REPLY TO: **Internal Revenue Service**
**JOE SMITH**
**303 WATER ST**
**SUITE 3**
**SANTA CRUZ, CA 95060-4017**

TELEPHONE NUMBER
OF IRS OFFICE: **(831)426-4567x400**

TO: **COMERICA BANK**
**PO BOX 2249**
**SAN JOSE, CA 95109**

NAME AND ADDRESS OF TAXPAYER:
**THOMAS E AND VICKI R SEIDEL**
**VICKI R FICKEN**
**25360 BOOTS ROAD**
**MONTEREY, CA 93940**

IDENTIFYING NUMBER(S): **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**

**SEID**

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

**DBA Advantage electrical Services**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================ ⇒ | | **Total Amount Due** | 1007916.53 |
|---|---|---|---|

We figured the interest and late payment penalty to **06-28-2007**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must hold your money for 21 calendar days</u> before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| **/S/ JOE SMITH** | **REVENUE OFFICER** |

**Part 4 –** For Taxpayer

Form **668-A(ICS)**
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **05/29/2007**

REPLY TO: **Internal Revenue Service**
**JOE SMITH**
**303 WATER ST**
**SUITE 3**
**SANTA CRUZ, CA 95060-4017**

TO: **WASHINGTON MUTUAL BANK**
**PO BOX 2515**
**CHATSWORTH, CA 91313**

TELEPHONE NUMBER
OF IRS OFFICE: **(831)426-4567x400**

NAME AND ADDRESS OF TAXPAYER:
**THOMAS E AND VICKI R SEIDEL**
**VICKI R FICKEN**
**25360 BOOTS ROAD**
**MONTEREY, CA 93940**
DBA Advantage Electrical Service

IDENTIFYING NUMBER(S): **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**

**SEID**

**possible account# 1881979373 1486. levy attaches to all accounts**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

| | | | |
|---|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ============================== ⇒ | | **Total Amount Due** | 1007916.53 |

We figured the interest and late payment penalty to **06-28-2007**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on *Form 8546* within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| **/S/ JOE SMITH** | **REVENUE OFFICER** |

**Part 4 –** For Taxpayer

Form **668-A(ICS)**
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **05/29/2007**

REPLY TO: **Internal Revenue Service**
**JOE SMITH**
**303 WATER ST**
**SUITE 3**
**SANTA CRUZ, CA 95060-4017**

TELEPHONE NUMBER
OF IRS OFFICE: **(831)426-4567x400**

NAME AND ADDRESS OF TAXPAYER:
**THOMAS E AND VICKI R SEIDEL**
**VICKI R FICKEN**
**25360 BOOTS ROAD**
**MONTEREY, CA 93940**

TO: **UNION BANK OF CALIFORNIA**
**8071 SAN MIGUEL CANYON ROAD**
**PRUNEDALE, CA 93907**

IDENTIFYING NUMBER(S): **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**

**SEID**

**DBA Advantage electrical Services** DBA Seidel Electric

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================ ⇒

**Total Amount Due** 1007916.53

We figured the interest and late payment penalty to **06-28-2007**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must hold your money for 21 calendar days</u> before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| **/S/ JOE SMITH** | **REVENUE OFFICER** |

**Part 4 –** For Taxpayer

Form **668-A(ICS)**
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service
**Notice of Levy**

DATE: **05/29/2007**

REPLY TO: **Internal Revenue Service**
**JOE SMITH**
**303 WATER ST**
**SUITE 3**
**SANTA CRUZ, CA 95060-4017**

TELEPHONE NUMBER
OF IRS OFFICE: **(831)426-4567x400**

TO: **COMMUNITY BANK**
**1915 MAIN STREET**
**WATWONVILLE, CA 95076**

NAME AND ADDRESS OF TAXPAYER:
**THOMAS E AND VICKI R SEIDEL**
**VICKI R FICKEN**
**25360 BOOTS ROAD**
**MONTEREY, CA 93940**

IDENTIFYING NUMBER(S): **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**

**SEID**

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

**DBA Advantage electrical Services** DBA Seidel Electric

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

| | | | |
|---|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================ ⇒ | | **Total Amount Due** | 1007916.53 |

We figured the interest and late payment penalty to **06-28-2007**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| **/S/ JOE SMITH** | **REVENUE OFFICER** |

**Part 4 –** For Taxpayer

Form **668-A(ICS)**
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **05/29/2007**

REPLY TO: **Internal Revenue Service**
**JOE SMITH**
**303 WATER ST**
**SUITE 3**
**SANTA CRUZ, CA 95060-4017**

TELEPHONE NUMBER
OF IRS OFFICE: **(831)426-4567x400**

TO: **COMERICA BANK**
**PO BOX 2249**
**SAN JOSE, CA 95109**

NAME AND ADDRESS OF TAXPAYER:
**THOMAS E AND VICKI R SEIDEL**
**VICKI R FICKEN**
**25360 BOOTS ROAD**
**MONTEREY, CA 93940**

IDENTIFYING NUMBER(S): **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**

**SEID**

494-77 1138

**DBA Advantage electrical Services**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================ ⇒

**Total Amount Due** 1007916.53

We figured the interest and late payment penalty to **06-28-2007**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative
**/S/ JOE SMITH**

Title
**REVENUE OFFICER**

**Part 4 –** For Taxpayer