**IN THE UNITED STATES FEDERAL COURT OF CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff, No. 06-598 T

v. (Judge Bush)

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

Defendants.

**MOTION TO STRIKE *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION (DOCUMENT # 29)**

The defendant, Four Rivers Investments, Inc., by and through counsel hereby moves this Honorable Court to Strike Document # 29, Ex Parte Motion For Temporary Restraining Order for the following reasons:

1. Counsel for the Plaintiff was appearing at a hearing in a criminal case in United States District Court for the Southern District of Illinois (CR: 4:07-cr-40040), when the Plaintiff received the notices of levy that are the cause for the Temporary Restraining Order.

2. During the process of drafting the motion via email and fax and filing Document # 29 clerical errors caused omissions in the pleading as well as the Motion itself to be mistakenly filed as a motion requiring a hearing.

3. The Plaintiff has subsequently filed a second motion for temporary restraining order, Document # 30.

4. Government counsel is aware of the motion for a Temporary Restraining Order and objects to that motion.

DATED: This 6th day of June, 2007.

Respectfully submitted,
*//ss// Robert Alan Jones* _______________

Robert Alan Jones, Esq.
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that on June 6, 2007, I caused to be served the foregoing **MOTION TO STRIKE,** by First Class U.S. Mail, postage paid envelope, to the following:

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 6th day of June, 2007.

*//ss// James D. Arthur*
Office of Robert Alan Jones