# In the United States Court of Federal Claims

No. 06-598 T

(Filed June 7, 2007)

* * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS INVESTMENTS, INC., *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 4, 2007, plaintiff filed what it termed an "*Ex Parte* Motion for Temporary Restraining Order and Injunction." On June 6, 2007, plaintiff filed a Request for Temporary Restraining Order and Injunction, and a motion to strike its *Ex Parte* Motion for Temporary Restraining Order and Injunction.[1] For the reasons stated therein, the court grants plaintiff's Motion to Strike *Ex Parte* Motion for Temporary Restraining Order and Injunction, filed June 6, 2007.

For the efficient consideration of both plaintiff's Request for Temporary Restraining Order and Injunction, filed June 6, 2007, and Defendant's Motion to Dismiss, filed May 3, 2007, the parties shall adhere to the briefing schedule set forth below.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff's Motion to Strike *Ex Parte* Motion for Temporary Restraining Order and Injunction, filed June 6, 2007, is **GRANTED** and the Clerk's Office shall **STRIKE** document 29 from the docket;

(2) Defendant's reply to plaintiff's Opposition to Defendant's Motion to Dismiss Amended Complaint shall be **FILED** on or before **5 P.M. eastern time**, **June 21, 2007**;

---

[1]/ Plaintiff's filings were marked as deficient by the Clerk's Office because the signature block did not comply with this court's conventions for an electronic signature. *See* ¶ 6 of this order.

(3) Defendant's response to plaintiff's Request for Temporary Restraining Order and Injunction shall be **FILED** on or before **5 P.M. eastern time**, **June 21, 2007**;

(4) Plaintiff's reply to defendant's response to plaintiff's Request for Temporary Restraining Order and Injunction shall be **FILED** on or before **5 P.M. eastern time**, **June 27, 2007**;

(5) The parties shall, when addressing the issue of standing in plaintiff's request for a temporary restraining order and injunction, among other arguments of their choosing, **ADDRESS** the applicability of 26 U.S.C. § 6331(i)(1) (2000) and its term "brought by such person," to the circumstances of plaintiff Four Rivers Investments, Inc. and the Seidels; and

(6) Counsel are reminded that all electronic filings, pursuant to this court's instructions to CM/ECF filers, should be signed in the manner of "s/John S. Doe."

/s/Lynn J. Bush
LYNN J. BUSH
Judge