# In the United States Court of Federal Claims

No. 06-598 T

(Filed June 15, 2007)

* * * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS INVESTMENTS, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Briefing is currently underway on defendant's motion to dismiss and plaintiff's request for injunctive relief. One issue raised by both parties is the availability of equitable tolling of the limitations period set forth in 26 U.S.C. § 6532(c) (2000). As the parties consider arguments on this issue, among others of their choosing, the court draws their attention to this statement in *Kirkendall v. Department of Army*, 479 F.3d 830 (Fed. Cir. 2007):

> In sum, to determine the availability of equitable tolling in suits against the government, we engage in a two-part inquiry. First, we determine whether such tolling is available in a sufficiently analogous private suit. If so, we look to the *Brockamp* factors to determine whether Congress expressed a "clear intent" that equitable tolling not apply.

*Kirkendall*, 479 F.3d at 837 (referencing *United States v. Brockamp*, 519 U.S. 347 (1997)). Although this statement should not confine the parties to any particular analytical scheme, the court requires that each party present caselaw and argument to address *both* steps of the equitable tolling analysis described by *Kirkendall*.

Accordingly, it is hereby **ORDERED** that the topic described above be addressed in the parties' remaining briefs for defendant's motion to dismiss and/or plaintiff's request for injunctive relief.

/s/Lynn J. Bush
LYNN J. BUSH
Judge