IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**SUPPLEMENTAL DECLARATION OF JOSEPH B. SYVERSON**

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 21.** Docket sheet in *Seidel v. United States*, No. 5:07-cv-03141-JF (N.D. Cal.), as of June 19, 2007.

**Exhibit 22.** Complaint in *Seidel v. United States*, No. 5:07-cv-03141-JF (N.D. Cal.),

filed June 14, 2007.

**Exhibit 23.** Motion for Temporary Restraining Order in *Seidel v. United States*, No. 5:07-cv-03141-JF (N.D. Cal.), filed by Vicki Seidel on June 15, 2007.

**Exhibit 24.** Order entered in *Seidel v. United States*, No. 5:07-cv-03141-JF (N.D. Cal.), dated June 18, 2007.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 21, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov