RELATE

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:07-cv-03141-JF

Seidel v. United States of America
Assigned to: Hon. Jeremy Fogel
Referred to: Magistrate Judge Richard Seeborg
Relate Case Case: 5:06-cr-00539-JF
Cause: 26:7426 IRS: Wrongful Levy for Taxes

Date Filed: 06/14/2007
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Vicki R. Seidel** represented by **Chris Dietrich**
11300 West Olympic Boulevard
Suite 800
Los Angeles, CA 90064
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Alan Jones**
R.A.J. Limited, P.C.
1061 East Flamingo Road
Suite 7
Las Vegas, NV 89119
702-791-0742
Fax: 702-736-0773
Email: rajltd@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

EXHIBIT
tabbies
21

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2007 | 1 | COMPLAINT against United States of America; No Process ( Filing fee $ 350, receipt number 54611001171). Filed by Vicki R. Seidel. (dhm, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/14/2007 | 2 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 9/14/2007 10:30 AM. (dhm, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/14/2007 | 3 | APPLICATION of Robert Alan Jones leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 54611001172) filed by Vicki R. Seidel. |

| | | |
|---|---|---|
| | | (dhm, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/14/2007 | | Proposed Order re [3] APPLICATION of Robert Alan Jones leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 5461100117.) by Vicki R. Seidel. (dhm, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/14/2007 | 4 | **DUPLICATE ENTRY** APPLICATION of Robert Alan Jones leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 54611001172) filed by Vicki R. Seidel. (dhm, COURT STAFF) (Filed on 6/14/2007) Modified on 6/14/2007 (dhm, COURT STAFF). (Entered: 06/14/2007) |
| 06/15/2007 | 5 | MOTION for Temporary Restraining Order filed by Vicki R. Seidel. Motion Hearing set for 7/13/2007 09:00 AM in Courtroom 6, 4th Floor, San Jose. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Jones, Robert) (Filed on 6/15/2007) (Entered: 06/15/2007) |
| 06/15/2007 | 6 | MOTION to Amend/Correct 5 MOTION for Temporary Restraining Order filed by Vicki R. Seidel. Motion Hearing set for 6/19/2007 09:00 AM in Courtroom 6, 4th Floor, San Jose. (Attachments: # 1 Supplement Motion for Temporary Restraining Order# 2 Supplement Declaration of Vicki Seidel# 3 Supplement Proposed Order for Motion for TRO)(Jones, Robert) (Filed on 6/15/2007) (Entered: 06/15/2007) |
| 06/15/2007 | 7 | MOTION to Amend/Correct 6 MOTION to Amend/Correct 5 MOTION for Temporary Restraining Order MOTION to Amend/Correct 5 MOTION for Temporary Restraining Order, 5 MOTION for Temporary Restraining Order filed by Vicki R. Seidel. Motion Hearing set for 6/19/2007 09:00 AM in Courtroom 6, 4th Floor, San Jose. (Jones, Robert) (Filed on 6/15/2007) (Entered: 06/15/2007) |
| 06/18/2007 | 8 | Judicial Referral for Purpose of Determining Relationship of Cases. Signed by Judge Ronald M. Whyte on 6/18/07. (rmwlc1, COURT STAFF) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/18/2007 | 9 | ORDER RELATING CASE. Signed by Judge Jeremy Fogel on 06/18/2007. (jflc1, COURT STAFF) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/18/2007 | 10 | ORDER by Judge Jeremy Fogel denying 7 Motion for Temporary Restraining Order. (jflc1, COURT STAFF) (Filed on 6/18/2007) (Entered: 06/18/2007) |
| 06/19/2007 | | Pursuant to Related Case Order (9) Case Reassigned to District Judge Jeremy Fogel for all further proceedings and Magistrate Richard Seeborg for discovery matters. District Judge Ronald M. Whyte, Magistrate Howard R. Lloyd no longer assigned to the case. (srm, COURT STAFF) (Filed on 6/19/2007) (Entered: 06/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/19/2007 14:15:15 | | | |
| **PACER Login:** | us7724 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:07-cv-03141-JF |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE**

**VICKI R. SEIDEL**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**
Defendant.

CASE NO.: ____________

**COMPLAINT**

Vicki R. Seidel, by and through her attorneys, Robert Alan Jones, and John McCahill hereby files her complaint against the United States of America including its Commissioner of Internal Revenue and alleges as follows:

**I. Jurisdiction**

1. The United States has waived sovereign immunity for the instant action under 26 U.S.C. § 7426.

2. The United States has further waived its rights under the Anti-Injunction Act under 26 U.S.C. § 7426(b)(1).

EXHIBIT 22

3. The instant action is brought pursuant 26 U.S.C. § 7426 which states in pertinent part:

> If a levy has been made on property ... and any person (other than the person against whom is assessed the tax out of which such levy arose) who claims an interest in or lien on such property and that such property was wrongfully levied upon may bring a civil action against the United States in a District Court of the United States ... .

## II. Parties

4. Plaintiff, is Vicki R. Seidel, a married woman and the mother of young children. The Defendant is the United States Government, by and through its Department, United States Treasury Department, Internal Revenue Service.

## III. FACTS SUPPORTING THE CLAIMS

5. This is a complaint for replacement of monies wrongfully levied /seized on several occasions from a citizen who had no tax obligation to the United States government, nor the Internal Revenue Service, and was not related to the underlying transaction which is the cause of the seizures. (**Exhibit 1** - Declaration of Vicki Seidel).

6. Mr. Thomas Seidel, the president of T.E. Seidel Electric, Inc.(" Electric"), was allegedly assessed with a 100% penalty pursuant to 26 U.S.C. §6672 for failing to collect and pay over certain payroll taxes owed to the IRS on October 23, 1996. (Exhibit 1).

7. Mr. Seidel is married to Vicki Seidel, a California resident, and the Plaintiff herein. (Exhibit 1).

8. Mrs. Vicki Seidel was absolved of responsibility for any of Electric's payroll taxes in a letter from Steven Penrod of the IRS dated May 13, 1999. (Attached to Exhibit 1).

9 The seizures were in the absence of notice, demand, assessment or allowing Plaintiff a right to a due process hearing pursuant to IRC Sec. 6330, and Defendant may not prevail as a matter of law. Further, the ten year collections period following alleged assessment of the 100% penalty against Mr. Thomas E. Seidel has expired, and the penalty is no longer collectible against anyone as a matter of law.

///

10. Additionally, the Federal Trust Fund Recovery Penalty was never assessed as alleged, and is therefor fraudulent, void and of no effect.

## FIRST CLAIM FOR RELIEF

11. Vicki Seidel, incorporates herein by reference all the facts and allegations as set forth in the preceding paragraphs 1 through 9 as if set forth in full herein.

12. Without notice and opportunity for a hearing, Defendant United States, wrongfully levied the bank account of Vicki Seidel, from Washington Mutual Bank, account no. 0980711488 on or about May 29, 2007 (See Notice of Levy , Exhibit 2).

13. The monies were wrongfully levied against a non-assessed taxpayer who was not the subject of the tax (penalty) without cause, lawful authority or notice and right to a hearing afforded the plaintiff, in violation of 26 U.S.C.A. §7433A.

14. There are no administrative remedies to be exhausted for the United States wrongfully seized the property of taxpayer A; Plaintiff, to pay off taxpayer B's debts without notice or demand..

15. Plaintiff seeks return of the seized amount of $321.30 , plus lawful interest from that date, plus reasonable attorney's fees and costs, under IRC §7426(a), (h).

## SECOND CLAIM FOR RELIEF

16. Vicki Seidel, incorporates herein by reference all the facts and allegations as set forth in the preceding paragraphs 1 through 14 as if set forth in full herein.

17. Defendant United States on June 12, 2007 has wrongfully attempted to levy 100% of Vicki Seidel's salary from her employment ignoring statutory exemptions. (See levy, Exhibit 3). The amounts subject to levy are about $4,400. for June, 2007

18. There are no administrative remedies to be exhausted for the United States wrongfully seized the property of taxpayer A: Plaintiff to pay off taxpayer B's debts without notice or demand. Plaintiff was not afforded any notice, or opportunity for hearing.

19. Plaintiff seeks restoration to her bi-monthly compensation of any and all amounts withheld from her paycheck by her employer on account of the above referenced levy whether or not surrendered to the Secretary of the Treasury.

THIRD CLAIM FOR RELIEF

20. Vicki Seidel, incorporates herein by reference all the facts and allegations as set forth in the preceding paragraphs 1 through 19 as if set forth in full herein

21. Levy of 100% of Vicki Seidel's salary on a continuing basis is against the intent of the Internal Revenue Code and public policy.

22. Although the IRS may not prevail as a matter of law, or public policy, Vicki Seidel has no adequate remedy at law as this current levy is interfering with her employment relationship with her employer and her professional reputation in the employment community in which she works.

23. Vicki Seidel will prevail on the merits of this action *inter alia* because her property has been seized without due process, or the receipt of notice and the opportunity for her to defend her property in either a court proceeding, or a due process hearing.

24. Vicki Seidel is the mother of infant children and the seizure of 100% of her compensation will irreparably injure her and her children in that she will not have the funds available to her to support her children and herself

25. Therefore, in accord with IRC Sec. 7426 (b)(1) Vicki Seidel seeks by this action and is entitled to a preliminary and permanent injunction to restrain the United States, and its officers and agents including specifically the Commissioner of the IRS and his employees and agents from seizing, levying and garnishing any property in which Mrs. Seidel owns or has an interest, on account of the aforementioned alleged 100% penalty assessment against Thomas E. Seidel.

FOURTH CLAIM FOR RELIEF

26. Vicki Seidel, incorporates herein by reference all the facts and allegations as set forth in the preceding paragraphs 1 through 19 as if set forth in full herein.

27. IRS Collections Officer Joe Smith has recklessly, intentionally, and negligently after clear notice orally and in writing from Mrs. Vicki Seidel's duly authorized, undersigned attorneys disregarded the internal revenue laws of the United States including specifically the rights and obligations attendant to seizure of private property without due process, therefore the Plaintiff is entitled to damages in an amount of up to $1,000,000., the exact amount to be proven at trial, plus

the plaintiff is entitled to recover the costs of this action.

**WHEREFORE**, Plaintiff, Vicki Seidel, prays for an entry of a money judgment and other relief in her favor as follows:

A. The return of the monies seized in the amount of $321.30, plus lawful interest from the date of seizure, plus reasonable attorney's fees and costs, as provided under IRC §7426.

B. The return of the amount of compensation for employment seized, plus lawful interest from the date of seizure, plus reasonable attorney's fees and costs, as provided under IRC §7426.

C. Permanent injunctive relief in regards to levies and other collection efforts by the IRS, including levies of her bank accounts and levies of 100% compensation for her employment.

D. Damages pursuant to IRC Sec.7426(h)of up to $1,000,000.

E. Reasonable attorney's fees and costs of the instant action.

F. For such other and further relief as the Court may deem necessary and proper.

DATED: This ~~13th~~ 13 day of June, 2007.

Respectfully submitted,

Robert Alan Jones, Esq.
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com
USDC Electronic Login: huke-$wa

## CERTIFICATE OF SERVICE

This is to certify that on June ~~14~~ 13, 2007, I caused to be served the foregoing **COMPLAINT**, by First Class U.S. Mail, postage paid envelope, to the following:

United States Attorney
George S. Cardona
%United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113
(408) 535-5061

Attorney General Alberto Gonzales
Office of the Attorney General
1300 I Street
Sacramento, Ca 95814
(916-445-9555)

Area Director
Central California District
Internal Revenue Service
55 South Market Street
San Jose, California 95113

Dated this ~~14th~~ 13 day of June, 2007.

Stephanie Burton
Office of Robert Alan Jones

EXHIBIT 1

## DECLARATION OF VICKI SEIDEL

1. Declarant is a resident and citizen of the state California.

2. I am over the age of 21 and if called to testify, am competent and willing to do so and would testify as follows:

3. I am married to Thomas Seidel.

4. I am the President and sole owner of Four Rivers Investment, Inc., a Nevada Corporation doing business in California.

5. On April 7, 2003, without notice and opportunity for a hearing, the IRS wrongfully levied a bank account owned and held in the name of Four Rivers Investment, Inc., from Wells Fargo Bank, account number 0117-326983, in the amount of $4,011.87.

6. On April 24, 2003, without notice and opportunity for a hearing, the IRS wrongfully levied an investment account owned and held in the name of Four Rivers from A.G. Edwards & Sons, Inc. investment account, in the amount of $41,007.32.

7. On November 14, 2004, without notice and opportunity for a hearing, the IRS wrongfully seized an amount from proceeds of a real estate transaction, owned and held in the name of Four Rivers, in the amount of $161,334.55.

8. Four Rivers Investment, Inc. has no obligation to the United States Government nor the Internal Revenue Service with respect to the above-referenced seizures.

9. My husband does not own, control, nor participate in the operations of Four Rivers Investment, Inc. Nor was he a source of funds for the monies seized from Four Rivers by the IRS.

10. By letter dated May 13, 1999, from Steve Penrod to me, I have been absolved of any responsibility for T.E. Seidel Electric, Inc. payroll taxes. (*See* Exhibit 1 to this Declaration).

I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct to the best of my personal knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

DATED:, 15 day of August, 2006.

Vicki Seidel
President and Sole Owner of Four Rivers Investment, Inc.

ATTACHMENT TO EXHIBIT 1

Internal Revenue Service
COLLECTION DIVISION
55 PLAZA CIR., A-200
SALINAS, CA. 93901
(831)771-1240 EXT# 16

Department of the Treasury

MAY 13, 1999

BY FAX

VICKI L. SEIDEL

DEAR MRS. SEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 11, 1999 CONCERNING IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. YOU HAVE NOT BEEN HELD TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER IRC SECTION 6672 FOR T.E. SEIDEL ELECTRIC, INC. AS YOU KNOW THERE IS A NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. SEIDEL FOR THE IRC 6672 PENALTY. THOMAS E. SEIDEL IS THE PERSON WHO HAS DEEMED RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

[illegible signature], R/O
[illegible])
REVENUE OFFICER
BADGE # 77-01 [illegible]

TOTAL P.02

EXHIBIT 2

06/15/2007 18:03 FAX 702 736 0773 RAJ Ltd 014/034

06/12/2007 08:08 FAX 8316264562 NGIS 003/005

Form 668-W(ICS) (Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 05/29/2007

REPLY TO: Internal Revenue Service
JOE SMITH
303 WATER ST
SUITE 3
SANTA CRUZ, CA 95060-4017

TELEPHONE NUMBER OF IRS OFFICE: (831)426-4567x400

TO: MARC GOODWIN INC
PO BOX 2330
SALINAS, CA 93902

NAME AND ADDRESS OF TAXPAYER:
THOMAS E AND VICKI R SEIDEL
VICKI R FICKEN
25360 BOOTS ROAD
MONTEREY, CA 93940

IDENTIFYING NUMBER(S): 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

SEID 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

THIS LEVY ATTACHES TO 100% OF ALL COMPENSATION FOR THE MONTH OF JUNE. NO EXEMPTION AMOUNT

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

Employer or Other Addressee: Please complete the back of this page.

Total Amount Due → 1007916.53

We figured the interest and late payment penalty to 06-28-2007

**Statement of Exemptions and Filing Status** *(To be completed by taxpayer; instructions are on the back of Part 5)*

My filing status for my income tax return is (check one): ☐ Single; ☐ Married Filing a Joint Return; ☐ Married Filing a Separate Return; ☐ Head of Household; or ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: ______ *(Enter amount only if you or your spouse is at least 65 and/or blind.)*

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc.) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Taxpayer's Signature | Date

Part 4 – For Employer or other Addressee to keep after Taxpayer completes

Form 668-W(ICS) (7-2002)

EXHIBIT 3

n 668-W(ICS)
v. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

TE: 05/29/2007

TELEPHONE NUMBER
OF IRS OFFICE: (831)426-4567x400

PLY TO: Internal Revenue Service
JOE SMITH
303 WATER ST
SUITE 3
SANTA CRUZ, CA 95060-4017

NAME AND ADDRESS OF TAXPAYER:
THOMAS E AND VICKI R SEIDEL
VICKI R FICKEN
25360 BOOTS ROAD
MONTEREY, CA 93940

MARC GOODWIN INC
PO BOX 2330
SALINAS, CA 93902

IDENTIFYING NUMBER(S): 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

Re Vicki Seidel SEID 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

LEVY ATTACHES TO 100% OF ALL COMPENSATION FOR THE MONTH OF JUNE. NO EXEMPTION AMOUNT

| ...nd of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |
| | | | Total Amount Due ⇨ | 1007916.53 |

...ured the interest and late payment penalty to 06-29-2007

...SN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

...ternal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand ...ed by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that ...een earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other ...s that you have now or for which you are obligated.

...y this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without ...ting us at the telephone number shown above for instructions.

...don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you ...omplete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

...do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

| ...ure of Service Representative | Title |
|---|---|
| ...MITH *(signature)* | REVENUE OFFICER |

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

VICKI R. SEIDEL

**DEFENDANTS**

UNITED STATES OF AMERICA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)

Monterey

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Robert Alan Jones, RAJ LIMITED, P.C., 1061 E. Flamingo Road
Suite 7, Las Vegas, Nevada 89119

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding ☐ Removed from State Court ☐ Remanded from Appellate Court ☐ Reinstated or Reopened ☐ Transferred from Another district (specify) ☐ Multidistrict Litigation ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury Med Malpractice
- ☐ 365 Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights
- ☐ 445 Amer w/ disab - Empl
- ☐ 446 Amer w/ disab - Other

**PRISONER PETITIONS**
- ☐ 510 Motion to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl.Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (US Plaintiff or Defendant
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

[redacted]

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ CHECK YES only if demanded in complaint.

JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)

(PLACE AND "X" IN ONE BOX ONLY) ☐ SAN FRANCISCO/OAKLAND ☒ SAN JOSE

DATE SIGNATURE OF ATTORNEY OF RECORD

6/13/07 [signature]

Date Robert Alan Jones