Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| **VICKI R. SEIDEL**<br>Plaintiff,<br>v.<br><br>**UNITED STATES OF AMERICA,**<br>Defendant. | CASE NO: 5:07-CV-03141 |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Vicki R. Seidel, by and through her attorneys, Robert Alan Jones, and John McCahill hereby files her motion for Temporary Restraining Order against the United States of America including its Commissioner of Internal Revenue pursuant to Rule 65 Federal Rules of Civil Procedure for the reasons states *infra.*

**Jurisdiction**

On June 14, 2007, the plaintiff herein filed a complaint in this Honorable Court pursuant to 26 U.S.C. § 7426 for injunctive relief and damages due to wrongful levies against Vicki Seidel's property authorized by the Commissioner of the Internal Revenue Service. The United States has

EXHIBIT
23

waived sovereign immunity for the underlying action under 26 U.S.C. § 7426 which provides if a levy has been made on property of any person other than the person against whom is assessed the tax out of which such levy arose, that person who claims an interest in or lien on such property may bring a civil action against the United States ...in a district court of the United States. Further, the United States has further waived its rights under the Anti-Injunction Act pursuant 26 U.S.C. § 7426(b)(1).

The instant motion is brought pursuant Federal Rule of Civil Procedure 65(a), (b) and 26 U.S.C. § 7426(b)(1) which states in pertinent part: "If a levy or sale would irreparably injure rights in property which the court determines to be superior to rights of the United States in such property, the court may grant an injunction to prohibit the enforcement of such levy ... ."

**FACTS**

Vicki Seidel has had her personal bank account levied and 100% of her salary levied The seizures of Vicki Seidel's property (monies) were made in the absence of notice, demand, assessment or allowing Plaintiff a right to a due process hearing pursuant to IRC Sec. 6330.

Without notice and opportunity for a hearing, the United States, wrongfully levied the bank account of Vicki Seidel, from Washington Mutual Bank, account no. 0980711488 on or about May 29, 2007 (See Notice of Levy , Exhibit 1). Furthermore, Defendant United States on June 12, 2007 has wrongfully attempted to levy 100% of Vicki Seidel's salary from her employment ignoring statutory exemptions. (See Notice of Levy on Wages, Salary and Other Income, Exhibit 2). The amounts subject to levy are about $4,400. for June, 2007.

The underlying tax debt is not that of Vicki Seidel. Mr. Thomas Seidel, the president of T.E. Seidel Electric, Inc.(" Electric"), was allegedly assessed with a 100% penalty pursuant to 26 U.S.C. §6672 for failing to collect and pay over certain payroll taxes owed to the IRS on October 23, 1996. (Exhibit 3, Declaration of Vicki Seidel). Mr. Seidel is married to Vicki Seidel, a California resident, and the Plaintiff herein.(Exhibit 3).

Mrs. Vicki Seidel was absolved of responsibility for any of Electric's payroll taxes in a letter

from Steven Penrod of the IRS dated May 13, 1999. (See Exhibit 4).

The monies wrongfully levied /seized on several occasions were from a citizen who had no tax obligation to the United States government, nor the Internal Revenue Service, and was not related to the underlying transaction which is the cause of the seizures. (See Declaration of Vicki Seidel, Exhibit 3 ).

**The Government Cannot Prevail**

The seizures were in the absence of notice, demand, assessment or allowing Plaintiff a right to a due process hearing pursuant to IRC Sec. 6330, and the United States may not prevail as a matter of law. Further, Vicki Seidel was absolved of responsibility for any of the underlying payroll taxes in a letter from Steven Penrod of the IRS dated May 13, 1999, and in their collections efforts for these same taxes the United States cannot prevail as a matter of law. Finally, the ten year collections period following alleged assessment of the 100% penalty against Mr. Thomas E. Seidel has expired, and the penalty is no longer collectible against anyone as a matter of law.

**Irreparable Injury**

Vicki Seidel is the mother of infant children and the seizure of 100% of her compensation will irreparably injure her and her children in that she will not have the funds available to her to support her children and herself. Furthermore, this current levy is interfering with Vicki Seidel's employment relationship with her employer and her professional reputation in the employment community in which she works. Finally, levy of 100% of Vicki Seidel's salary on a continuing basis is against the intent of the Internal Revenue Code and public policy.

///

///

///

///

///

///

**WHEREFORE**, Plaintiff, Vicki Seidel, prays that the Court grant the instant motion for a Temporary Restraining Order and schedule a hearing regarding preliminary injunctive relief in regards to levies and other collection efforts by the IRS, including levies of her bank accounts and levies of 100% compensation for her employment as soon as practicable.

DATED: This 15th day of June, 2007.

Respectfully submitted,

*/s/ Robert Alan Jones*
Robert Alan Jones, Esq.
*Pro hac vice*
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

*/s/ Chris Dietrich*
CHRIS DIETRICH, Bar No. 092592
11300 West Olympic Boulevard
Suite 800
Los Angeles, California 90064
(310) 312-6888

EXHIBIT 1

Form 668-A(ICS)
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy

DATE: **05/29/2007**

REPLY TO: **Internal Revenue Service**
**JOE SMITH**
**303 WATER ST**
**SUITE 3**
**SANTA CRUZ, CA 95060-4017**

TELEPHONE NUMBER
OF IRS OFFICE: **(831)426-4567x400**

TO: **WASHINGTON MUTUAL BANK**
**PO BOX 2515**
**CHATSWORTH, CA 91313**
(818) 725-0075

NAME AND ADDRESS OF TAXPAYER:
**THOMAS E AND VICKI R SEIDEL**
**VICKI R FICKEN**
**25360 BOOTS ROAD**
**MONTEREY, CA 93940**
DBA Advantage Electrical Service

IDENTIFYING NUMBER(S): **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**
[illegible]

**SEID**

**possible account# 1881979373 1486. levy attaches to all accounts**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |

| | | | |
|---|---|---|---|
| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒ | | **Total Amount Due** | 1007916.53 |

We figured the interest and late payment penalty to **06-28-2007**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must hold your money for 21 calendar days</u> before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.**

If you decide to pay the amount you owe now, please <u>bring</u> a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| /S/ JOE SMITH | REVENUE OFFICER |

**EXHIBIT 2**

m 668-W(ICS)
v. July 2002)

Department of the Treasury – Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

TE: 05/29/2007

PLY TO: Internal Revenue Service
JOE SMITH
303 WATER ST
SUITE 3
SANTA CRUZ, CA 95060-4017

TELEPHONE NUMBER
OF IRS OFFICE: (831)426-4567x400

MARC GOODWIN INC
PO BOX 2330
SALINAS, CA 93902

NAME AND ADDRESS OF TAXPAYER:
THOMAS E AND VICKI R SEIDEL
VICKI R FICKEN
25360 BOOTS ROAD
MONTEREY, CA 93940

IDENTIFYING NUMBER(S): 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

Re Vicki Seidel

SEID

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

LEVY ATTACHES TO 100% OF ALL COMPENSATION FOR THE MONTH OF JUNE. NO EXEMPTION AMOUNT

| od of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 09/30/1996 | 388397.35 | 619519.18 | 1007916.53 |
| | | | Total Amount Due ⇒ | 1007916.53 |

ured the interest and late payment penalty to 06-29-2007

SN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

ternal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand id by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that een earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other that you have now or for which you are obligated.

y this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without ting us at the telephone number shown above for instructions.

don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you omplete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

| ure of Service Representative | Title |
|---|---|
| MITH *J Smith* | REVENUE OFFICER |

For Employer or other Addressee — Catalog No. 35390F — www.irs.gov — Form 668-W(ICS) (7-2002)

**EXHIBIT 3**

DECLARATION OF VICKI SEIDEL

1. Declarant is a resident and citizen of the state California.

2. I am over the age of 21 and if called to testify, am competent and willing to do so and would testify as follows:

3. I am married to Thomas E. Seidel.

4. I am the President and sole owner of Four Rivers Investment, Inc., a Nevada Corporation doing business in California.

5. On April 7, 2003, without notice and opportunity for a hearing, the IRS wrongfully levied a bank account owned and held in the name of Four Rivers Investment, Inc., from Wells Fargo Bank, account number 0117-326983, in the amount of $4,011.87.

6. On April 24, 2003, without notice and opportunity for a hearing, the IRS wrongfully levied an investment account owned and held in the name of Four Rivers from A.G. Edwards & Sons, Inc. investment account, in the amount of $41,007.32.

7. On November 14, 2004, without notice and opportunity for a hearing, the IRS wrongfully seized an amount from proceeds of a real estate transaction, owned and held in the name of Four Rivers, in the amount of $161,334.55.

8. Four Rivers Investment, Inc. has no obligation to the United States Government nor the Internal Revenue Service with respect to the above-referenced seizures.

9. My husband does not own, control, nor participate in the operations of Four Rivers Investment, Inc. Nor was he a source of funds for the monies seized from Four Rivers by the IRS.

10. By letter dated May 13, 1999, from Steve Penrod to me, I have been absolved of any responsibility for T.E. Seidel Electric, Inc. payroll taxes. (*See* Exhibit 1 to this Declaration).

I declare under penalty of perjury under the laws of the United States, the foregoing is true and correct to the best of my personal knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: 15 day of August 2006.

Vicki Seidel
President and Sole Owner of Four Rivers Investment, Inc.

**EXHIBIT 4**

Internal Revenue Service
COLLECTION DIVISION
55 PLAZA CIR., A-200
SALINAS, CA. 93901
(831)771-1240 EXT# 16

Department of the Treasury

Date: MAY 13, 1999

In reply refer to:
BY FAX

VICKI L. WEIDEL

DEAR MRS. WEIDEL:

THIS IS IN REGARDS TO YOUR LETTER DATED MAY 11, 1999 CONCERNING IRC SECTION 6672 FOR V.L. WEIDEL [illegible], INC. YOU HAVE NOT BEEN HELD TO BE A RESPONSIBLE PERSON FOR THE TRUST FUND RECOVERY PENALTY UNDER IRC SECTION 6672 FOR T.E. WEIDEL [illegible], INC. AS YOU KNOW THERE IS A NOTICE OF FEDERAL TAX LIEN FILED UNDER YOUR HUSBAND THOMAS E. WEIDEL FOR THE IRC 6672 PENALTY. THOMAS E. WEIDEL IS THE PERSON WHO WAS DEEMED RESPONSIBLE FOR THE IRC 6672 ASSESSMENT.

STEPHEN [illegible]
REVENUE OFFICER
BADGE # 77-01 [illegible]

TOTAL P.02

**SUPPLEMENTAL DECLARATION OF VICKI SEIDEL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

1. Declarant is a resident and citizen of the state of California.

2. I am over the age of 21 and if called to testify, am competent and willing to do so and would testify as follows:

3. I am married to Thomas E. Seidel.

4. Without notice and opportunity for a hearing, the United States wrongfully levied my bank account at Washington Mutual Bank, Account No. 0980711488 on about May 29, 2007.

5. The amount of money seized was $321.30.

6. On June 12, 2007, United States wrongfully attempted to levy 100% of my salary due to me from employment in the amount of about $4,400.00, ignoring statutory exemptions.

7. Both of the above seizures occurred in the absence of an assessment being made against me, and without granting me due process in the form of notice or hearing, and the opportunity for me to defend myself.

8. The levies against me are attempts to collect monies due from my husband for alleged Trust Fund Recovery Penalties for failure of his business T.E. Seidel Electric, Inc. to pay the proper amount of payroll taxes back in 1996.

9. I have been previously exonerated by the Internal Revenue Service of responsibility for any portion of these taxes by letter of IRS Agent Steve Penrod dated May 13, 1999.

10. Because the IRS seizures are against myself, a taxpayer not involved in the transactions which created the alleged debt, I have no adequate remedy excepting an equitable legal action against the IRS.

11. Because the levies are against me for 100% of my salary without exemption and I have minor children who are dependent for their sustenance, and because the sending of levies to my place of business have created havoc with my reputation and my credibility in the insurance community, I am suffering continuing irreparable harm.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct to the best of my personal knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT**

Dated 15th day of June, 2007.

/s/
Vicki R. Seidel

**E-Filed 6/18/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VICKI R. SEIDEL,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case Number C 07-3141 JF<br>ORDER[1] DENYING MOTION FOR TEMPORARY RESTRAINING ORDER<br>[re: docket no. 7] |

Having reviewed the submissions of Plaintiff, the Court concludes that the motion for a temporary restraining order should be DENIED. The parties shall appear for a hearing regarding preliminary injunctive relief on July 6, 2007 at 9.00 a.m. Each party may submit a brief, limited to ten pages, on or before June 29, 2007.

IT IS SO ORDERED.

[1] This disposition is not designated for publication and may not be cited.

EXHIBIT
tabbies
24

DATED: June 18, 2007

JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| Gary G. Fry | gary.fry@usdoj.gov |
| Robert Alan Jones | rajltd@aol.com, jean@rajlv.com |
| Eugene Jesus Martinez | ejmlawoffice@aol.com, denisegarcia_ejmlaw@hotmail.com |
| John A. McCahill | jmccahill@rfem.com |

Chris Dietrich
11300 West Olympic Boulevard
Suite 800
Los Angeles, CA 90064