EXHIBIT 1

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Washington, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

March 10, 2003

MEMORANDUM FOR James Whitten
Attorney, District Counsel

THRU: Barbara Robinson
Group Manager, Collection

FROM: Stephen Penrod
Revenue Officer
55 Plaza Circle, A-200
Salinas, CA. 93901

SUBJECT: Request for District Counsel Advisory Opinion on Alter Ego or Nominee Lien and Levy

TAXPAYER: **Thomas E. Seidel**
SSN: **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**
Address: **25360 Boots Road**
**Monterey, CA. 93940**

Prospective Alter Ego/Nominee: **Four Rivers Investments, Inc.**
EIN: **88-0411668**
Address: **310 S. Carson**
**Carson City, NV. 89701**

## INTRODUCTION

This report requests an "expedited approval" for the filing of notices of Federal tax liens in the name of Four Rivers Investments, Inc. as the alter ego/nominee of Thomas Everett Seidel. It also requests approval for the service of a levy on bank accounts held in the same name. This action is required in order to collect unpaid trust fund recovery taxes due from Thomas E. Seidel for the following tax periods:

| Type of Tax | Tax Period Ending | Date of Assessment | Balance Due (03/01/2003) | Refile Date |
|---|---|---|---|---|
| CIVP/55 | 09/30/1996 | 10/23/1996 | $973,315.37 | 11/22/2006 |