IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

---

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**MOTION FOR LEAVE TO FILE**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Defendant, the United States, respectfully moves this Court for leave to file the attached Notice of Supplemental Authority. The attached Notice informs the Court of two recent opinions of the United States Tax Court, *Davis v. Commissioner*, T.C. Memo 2007-201 (U.S. Tax Ct. July 24, 2007), and *Gillespie v. Commissioner*, T.C. Memo 2007-202 (U.S. Tax Ct. July 24, 2007). In both *Davis* and *Gillespie*, the petitioners raised an argument to the effect that the assessment date of their tax liabilities in suit had been "fraudulently backdated," and that this "backdating" was evidenced by the cycle post date reflected on their IRS individual master file transcripts for the tax periods in suit. In *Davis* and *Gillespie*, the Tax Court addressed this issue, holding that this contention was "frivolous or groundless" within the meaning of Section 6673(a)(1) of the Internal Revenue Code, and imposing a penalty against the petitioners pursuant to that

subsection. Plaintiff, who is represented by one of the attorneys for the petitioners in *Davis* and *Gillespie*, has advanced a similar argument in its complaint and in briefing on the pending motion to dismiss in this case. *See* Pl.'s Second Am. Compl. ¶ 10; Pl.'s Opp. to Def.'s Mot. to Dismiss Am. Compl. at 2, 4-6. Consequently, the Tax Court's opinions in *Davis* and *Gillespie* may be of assistance to the Court in resolving the issues raised in defendant's pending motion to dismiss.

Respectfully submitted,

July 26, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

July 26, 2007

s/ Mary M. Abate
Of Counsel