IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

---

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Defendant, the United States, respectfully gives notice to the Court of the opinions of the United States Tax Court in *Davis v. Commissioner*, T.C. Memo 2007-201 (U.S. Tax Ct. July 24, 2007), and *Gillespie v. Commissioner*, T.C. Memo 2007-202 (U.S. Tax Ct. July 24, 2007). Copies of these opinions are attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

July 26, 2007

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

July 26, 2007