# In the United States Court of Federal Claims

**No. 06-598 T**

**FOUR RIVERS INVESTMENTS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed July 27, 2007, granting defendant's Motion to Dismiss, filed May 3, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**July 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.