**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FOUR RIVERS INVESTMENTS, INC**., a
Nevada corporation doing business in California,

Plaintiff, No. 06-598 T

v. (Judge Bush)

**UNITED STATES OF AMERICA and**
**COMMISSIONER OF INTERNAL REVENUE**,

Defendants.

**MOTION FOR RECONSIDERATION OF**
**ORDER (Document 39) AND JUDGMENT (Document 41)**

______The defendant, Four Rivers Investments, Inc., by and through counsel hereby moves this Honorable Court for Reconsideration of the Order (Document 39) and Judgment (Document 41) pursuant Rules of the United States Court of Federal Claims, Rule 59, for the reasons set forth in the accompanying Memorandum, exhibits, and attachments in support of the instant motion.

Wherefore, Plaintiff respectfully request this Honorable Court grant the instant motion for Reconsideration of its Order and Judgment.

DATED: This 4th day of August, 2007.

Respectfully submitted,

*//ss// Robert Alan Jones* _______________
Robert Alan Jones, Esq.
RAJ LIMITED, PC
1061 East Flamingo Road, Suite #7
Las Vegas, Nevada 89119
(702) 791-0742 Telephone
(702) 736-0773 Facsimile
Rajltd@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that on August 4, 2007, I caused to be served the foregoing **MOTION FOR RECONSIDERATION OF ORDER (Document 39) AND JUDGMENT (Document 41),** using the electronic court filing system, and will be distributed to all parties shortly after its filing.

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 4th day of August, 2007.

*//ss// Stephanie Burton*
Office of Robert Alan Jones