**EXHIBIT 1**

LAW OFFICES OF
# Alvin Brown & Associates, LLC

PHONE: (703) 425-1400
TOLL FREE: (888) 712-7690
FAX: (703) 425-1567
E-MAIL: ab@IRStaxattorney.com
WEB: www.IRStaxattorney.com

EXECUTIVE OFFICE: 1025 Connecticut Ave, N.W., Suite 1012, Washington, DC 20036
VIRGINIA OFFICE: 9667 Main St, Suite B, Fairfax, Virginia 22031-3751
NEW YORK OFFICE: 2 Penn Plaza, Suite 1500, New York, New York, 10121

Alvin S. Brown
*Admitted in DC & CA*
Inna E. Boyd
*Admitted in VA*
Jacqueline Pyun
*Admitted in DC, MD & NJ*
Of Counsel
Donald L. Herskovitz
*Admitted in DC*
Richard E. Preston
*Admitted in DC*

April 4, 2005

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0012

**Re: Attachment to Form 843**
**Refund Claim**
**Vicki Seidel**
**Four Rivers Investments, Inc.**
**25360 Boots Road**
**Monterey, CA 93940**
**SSN 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 & EIN 88-0411668**

Dear IRS,

This letter serves to claim a refund for the money that the IRS has erroneously taken from the above taxpayer, Vicki Seidel based on the following provisions.

The original tax assessment was made by the IRS against Thomas Seidel (SSN 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), not Vicki Seidel, for taxable years 1998 through 2001. There was no tax assessment against her as an individual under IRC §6201. Vicki Seidel is a non-liable spouse. With regards to the tax liability of Thomas Seidel, the IRS has already finished its ongoing criminal and fraud investigation. However, the IRS started the levy action against Four Rivers Investments, Inc. that was owned solely by Vicki Seidel.

The IRS may administratively seize the taxpayer's property to satisfy a tax liability but it may not seize that of another person. IRC §6343(b); IRC §6532(c)(1); IRM 5.17.3.3.6.3. If the IRS is about to seize, or has already seized, property in which a third person has an interest, and, thus the property has been wrongfully levied upon, it shall return the specific property levied upon, an amount of money equal to the amount of money levied upon, or an amount of money equal to the amount of money received by the United States from a sale of such property. IRC §6343(b). A "wrongful levy" action can be brought administratively or filed in the district court. IRC §7426(a) and (b).

The refund claims generally must be filed with the IRS within the later of (i) three years from the return's due date or its actual filing date, whichever is later (the "three-year" rule), or (ii) two years from when some portion of the tax was paid with respect to which the taxpayer seeks refund (the "two-year" rule). IRC §6511(a). The IRS started the levy action against Vicki Seidel on April 7, 2003. Thus, the refund claim is timely submitted to the IRS.

The total amount that the IRS erroneously took from the taxpayer is $206,353.74.

For the reasons set forth above, it is requested that all of the money be refunded to the taxpayer.

DECLARATION

1. I, Alvin Brown, am submitting this Claim and any accompanying documents on behalf of the taxpayer; and
2. I have spoken with taxpayer and reviewed the documents he has submitted and believe them to be true and correct; however I have no personal knowledge of the veracity of these facts.

Sincerely,

Alvin Brown, Esq.
Alvin Brown & Associates, LLC

Cc: Vicki Seidel

**Refund Claim for Vicki Seidel**

| Date of Levy Action | Amount |
|---|---|
| 4/7/2003 | $4,011.87 |
| 4/24/2004 | $41,007.32 |
| 11/14/2004 | $161,334.55 |
| TOTAL | $206,353.74 |

Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Four Rivers Investments, Inc., Vicki Seidel** | Your SSN or ITIN<br>**494 : 12 : 1138** |
| Address (number, street, and room or suite no.)<br>**25360 Boots Road** | Spouse's SSN or ITIN<br>: : |
| City or town, state, and ZIP code<br>**Monterey, CA 93940** | Employer identification number (EIN)<br>**88 : 0411668** |
| Name and address shown on return if different from above<br>**POBox 29779, Phoenix, AZ 85038-9779** | Daytime telephone number<br>( **703** ) **425-1400** |

**1** Period. Prepare a separate Form 843 for each tax period
From **4** / **7** / **2003** to / /

**2** Amount to be refunded or abated
$ **$4,011.87**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☑ Other (specify) 1120

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**SEE ATTACHMENT**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] 4-4-05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

Form **843** (Rev. November 2002)
Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Four Rivers Investments, Inc., Vicki Seidel** | Your SSN or ITIN<br>**494 : 12 : 1138** |
| Address (number, street, and room or suite no.)<br>**25360 Boots Road** | Spouse's SSN or ITIN<br>: : |
| City or town, state, and ZIP code<br>**Monterey, CA 93940** | Employer identification number (EIN)<br>**88 : 0411668** |
| Name and address shown on return if different from above<br>**POBox 29779, Phoenix, AZ 85038-9779** | Daytime telephone number<br>( **703** ) **425-1400** |

**1** Period. Prepare a separate Form 843 for each tax period
From **4** / **24** / **2004** to / /

**2** Amount to be refunded or abated
$ **$41,007.32**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

**b** Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☑ Other (specify) **1120**

**4a** Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**SEE ATTACHMENT**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] 4-4-05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

Form **843** (Rev. November 2002)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for—*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>**Four Rivers Investments, Inc., Vicki Seidel** | Your SSN or ITIN<br>**494 : 12 : 1138** |
| Address (number, street, and room or suite no.)<br>**25360 Boots Road** | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>**Monterey, CA 93940** | Employer identification number (EIN)<br>**88 : 0411668** |
| Name and address shown on return if different from above<br>**POBox 29779, Phoenix, AZ 85038-9779** | Daytime telephone number<br>( **703** ) **425-1400** |
| 1 Period. Prepare a separate Form 843 for each tax period<br>From **11** / **24** / **2004** to / / | 2 Amount to be refunded or abated<br>$ **$161,334.55** |

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (see instructions)
☐ Penalty—IRC section ▶ ____________

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☑ Other (specify) **1120**

4a Request for abatement or refund of:
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**SEE ATTACHMENT**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] POA ............................................ 4-4-05

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature ............................................ Date