**EXHIBIT 2**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: February 10, 2006

Four Rivers Investments Inc
25360 Boots Road
Monterey, CA 93940

Attn: Vicki Seidel

Dear Mrs. Seidel:

The three (3) Form 843 claims, dated April 4, 2005, and received by the Ogden UT campus on April 5, 2005 cannot be processed. The proceeds from three Notices of Levy, totaling $206,353.74, were applied to the Trust Fund Recovery Penalty account, period ending September 30, 1996, for Thomas Seidel. This Trust Fund Recovery Penalty assessment is based upon employment tax liabilities incurred by another corporation.

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

Internal Revenue Service
915 2nd Ave., Stop W-245

Seattle WA 98174

Phone#: 206-220-5451
Fax#: 206-220-5496

Sincerely,

Jeffrey A. Heller
Technical Advisor
Employee ID#: 91-07486

Cc: Jacqueline Pyun and Inna Boyd.