# In the United States Court of Federal Claims

No. 06-598 T

(Filed August 10, 2007)

* * * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS INVESTMENTS, INC., *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 4, 2007, plaintiff filed a motion for reconsideration of this court's opinion dismissing plaintiff's complaint, issued on July 27, 2007. Plaintiff's motion is timely, pursuant to Rule 59(b) of the Rules of the United States Court of Federal Claims (RCFC). *See* RCFC 59(b). The court may, in its discretion, order a response to a motion for reconsideration. *See id.*

The court has reviewed plaintiff's motion and its allegations of error. Plaintiff's burden is a heavy one. *See, e.g., Browning Ferris Indus., Inc. & Subsidiaries v. United States*, No. 05–738T, 2007 WL 1412087, at *1 (Fed. Cl. May 10, 2007) (stating that "[a] party may not use a motion for reconsideration to raise arguments that it could have raised previously, but did not") (citations omitted). The court, in its desire to thoroughly consider each of plaintiff's arguments for reconsideration, will benefit from a response from defendant.

Accordingly, it is hereby **ORDERED** that defendant's Response to plaintiff's motion shall be filed on or before **September 10, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge