**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FOUR RIVERS INVESTMENTS, INC., a Nevada corporation doing business in California,**

**Plaintiff,** **No. 06-598 T**

**v.** **(Judge Bush)**

**UNITED STATES OF AMERICA and COMMISSIONER OF INTERNAL REVENUE,**

**Defendants.**

**MOTION FOR LEAVE TO FILE ERRATA**

Plaintiff, Four Rivers, by and through counsel, Robert Alan Jones, hereby moves this Honorable Court for leave to file an Errata to its Memorandum in Support of Motion for Reconsideration.

In the course of compiling the Memorandum in Support of Motion for Reconsideration one item, a code section, was inadvertently misprinted in the document. Attached find Errata to Memorandum in Support of Motion for Reconsideration and attachment.

Wherefore, the plaintiff hereby prays this Honorable Court grant the instant motion granting leave to file the attached Errata.

Respectfully submitted this 14th day of August 2007.

/s/ Robert Alan Jones
Robert Alan Jones (Bar No. 43761)
R.A.J., Ltd., P.C.
1061 East Flamingo Road, Suite 7
Las Vegas, NV 89119
(702) 791-3403
Attorney for Four Rivers