IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-598 T
(Judge Bush)

FOUR RIVERS INVESTMENTS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE ERRATA TO MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION**

Defendant, the United States, does not intend to file an opposition to plaintiff's Motion for Leave to File Errata to its Memorandum in Support of Motion for Reconsideration, filed with this Court on August 14, 2007. In accordance with the Court's Order of August 10, 2007, defendant will respond to plaintiff's motion for reconsideration on or before September 10, 2007, and will address in its response the arguments raised in plaintiff's memorandum in support of its motion for reconsideration.

Respectfully submitted,

August 16, 2007

s/ Joseph B. Syverson

JOSEPH B. SYVERSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

August 16, 2007

s/ Mary M. Abate
Of Counsel