# In the United States Court of Federal Claims

No. 06-598 T

(Filed August 16, 2007)

* * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| FOUR RIVERS INVESTMENTS, INC., | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 14, 2007, plaintiff filed a motion for leave to file errata, requesting permission to correct its reference to a United States Code section which occurred on page 3 of its memorandum in support of plaintiff's motion for reconsideration, filed August 4, 2007. Plaintiff wishes to substitute "26 U.S.C. 6672" for "26 U.S.C. 6330." Defendant does not object to the correction requested by plaintiff, as stated today in a filing responding to plaintiff's motion for leave to file errata.

Accordingly, it is hereby **ORDERED** that plaintiff's motion for leave to file errata, filed August 14, 2007, is **GRANTED**. Page 3 of document 43 on the court's docket for the subject matter is corrected, as requested by plaintiff, to reference "26 U.S.C. 6672." Defendant's deadline for its response to plaintiff's motion for reconsideration remains unchanged.

/s/Lynn J. Bush
LYNN J. BUSH
Judge