# In the United States Court of Federal Claims

No. 06-598 T

(Filed September 26, 2007)

* * * * * * * * * * * * * * * * * * * * * *
FOUR RIVERS INVESTMENTS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 4, 2007, plaintiff filed a motion for reconsideration of this court's opinion dismissing plaintiff's complaint, issued on July 27, 2007. On August 10, 2007, the court ordered a response from defendant, pursuant to RCFC 59(b). RCFC 59(b) states that "[n]o response to any motion under this rule may be filed, unless requested by the court." The language of the rule, and the rule's purpose, do not permit responsive briefing on a motion for reconsideration, unless ordered by the court. Responsive briefing, if any, is strictly limited to permit the swift resolution of a challenge to a judgment issued by the court. Defendant filed its response to plaintiff's motion on September 10, 2007.

Plaintiff submitted a reply to defendant's response to plaintiff's motion for reconsideration on September 20, 2007. The court did not order a reply, nor did plaintiff request leave to file a reply. Although the court's electronic docketing system automatically generated a reply deadline, as it would for any response to a motion, this attempted filing is not permitted by the court's rules.

Accordingly, it is hereby **ORDERED** that the Clerk's Office shall **STRIKE** plaintiff's Reply to Government's Opposition to Plaintiff's Motion for Reconsideration of Order and Judgment, electronically filed on September 20, 2007, from the court's docket. No further filings from the parties are contemplated in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge