ORIGINAL

FILED
DEC 3 2007
U.S. COURT OF FEDERAL CLAIMS

United States Court of Federal Claims

| | | |
|---|---|---|
| Four Rivers Investment, Inc., et al. Plaintiff | ) | Case No. 1:06-cv-00598 LJB |
| v. | ) | NOTICE OF APPEAL |
| United States of America Defendants | ) | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT FEDERAL CLAIMS**

Notice is hereby given that Four Rivers Investment, Inc., plaintiff in the above named case, by and through his counsel Robert Alan Jones, hereby appeals to the United States Court of Appeals for the Federal Circuit from the published opinion on July 27, 2007 dismissing the action as modified by the published opinion denying the Motion for Reconsideration in this action of October 4, 2007.

Submitted this 30th of November, 2007.

Robert Alan Jones

Robert Alan Jones
Attorney for Four Rivers Investment, Inc.
RAJ Limited, P.C.
1061 E. Flamingo Road, Suite 7
Las Vegas, Nevada 89119
(702) 791-3405

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that I caused to be served a true and correct copy of document , **NOTICE OF APPEAL** which was filed on November 30, 2007, by U.S. Mail, postage paid envelope, to the following interested party:

Joseph Syverson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington D.C. 20044

Dated this 30th day of November, 2007.

Stephanie D. Burton
Office of RAJ Limited, P.C.